Daniel Cooper (State Bar No. 153576)
Drevet Hunt (State Bar No. 240487)
LAWYERS FOR CLEAN WATER, INC.
1004 A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
e-mail: cleanwater@sfo.com, drev@lawyersforcleanwater.com

Christopher Sproul (State Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 561-2223, (415) 358-5695
e-mail: csproul@enviroadvocates.com

Counsel for Plaintiff
KLAMATH RIVERKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER, a project of the Klamath Forest Alliance, a non-profit public benefit corporation organized under the laws of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>Defendants. | Civil Case No.: C 07-3908 JL<br><br>**CERTIFICATE OF SERVICE**<br><br>(Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq.*) |

## CERTIFICATE OF SERVICE

I, Ashley Eagle-Gibbs, certify that I am a citizen of the United States. I am over the age of 18 years and not a party to this action. I certify that my work address is 1004A O'Reilly Avenue, San Francisco, CA 94129. I am familiar with this office's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On August 3, 2007, I served the following documents:

- **SUMMONS IN A CIVIL CASE**
- **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
- **STANDING ORDER FOR MAGISTRATE JUDGE JAMES LARSON**
- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**
- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**
- **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
- **DOCUMENT TITLED "WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO"**
- **ECF REGISTRATION INFORMATION HANDOUT**
- **ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**

1    **[X] BY CERTIFIED UNITED STATES MAIL** by causing a true copy thereof to be placed in a sealed envelope and deposited in the United States mail with postage prepaid to the addressees set forth below:

    Office of the United States Attorney      Alberto Gonzales, Attorney General
    Northern District      Department of Justice
    Attn: Civil Process Clerk, 9th floor      950 Pennsylvania Avenue, NW
    450 Golden Gate Avenue, Box 36055      Washington, DC 20530-0001
    San Francisco, CA 94102

    Stephen L. Johnson, Administrator      Wayne Nastri
    U.S. Environmental Protection Agency      Regional Administrator (R-1)
    1200 Pennsylvania Avenue, N.W.      U.S. Environmental Protection Agency
    Washington, D.C. 20460      Region IX
         75 Hawthorne Street
         San Francisco, CA 94105

    Alexis Strauss
    Director, Water Division (WTR-1)
    U.S. Environmental Protection Agency
    Region IX
    75 Hawthorne Street
    San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this August 3, 2007 at San Francisco, California.

*/s/ Ashley Eagle-Gibbs*
Ashley Eagle-Gibbs