1 | SCOTT N. SCHOOLS
Acting United States Attorney

CHARLES M. O'CONNOR (CA Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:    (415) 436-7180

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (CA Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 514-1950
Fax:    (202) 514-8865
Email: rochelle.russell@usdoj.gov
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER, a project of the Klamath Forest Alliance, a non-profit public benefit corporation organized under the laws of the State of California, | Civil Case No.  C 07-3908 JL |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9, | |
| Defendants. | |

Please enter the appearance of Rochelle L. Russell as counsel for Defendants United States Environmental Protection Agency, Stephen L. Johnson, and Wayne Nastri, in the above-captioned matter. Please direct all future pleadings and correspondence to Ms. Russell at the following addresses:

| **MAILING ADDRESS** | **OVERNIGHT ADDRESS (Not to be used for regular mail)** |
|---|---|
| Rochelle L. Russell<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, D.C. 20026-3986 | Rochelle L. Russell<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>601 D. Street, N.W., Suite 8000<br>Washington, D.C. 20004 |

**TELEPHONE**     (202) 514-1950

**FACSIMILE**     (202) 514-8865

**E-MAIL**        rochelle.russell@usdoj.gov

                                            Respectfully submitted,

Dated:   August 22, 2007         SCOTT N. SCHOOLS
                                 Acting United States Attorney

                                 RONALD J. TENPAS
                                 Acting Assistant Attorney General
                                 Environment & Natural Resources Division

                                  /s/ Rochelle L. Russell
                                 ROCHELLE L. RUSSELL
                                 Trial Attorney
                                 U.S. Department of Justice
                                 Environment & Natural Resources Division
                                 Environmental Defense Section
                                 P.O. Box 23986
                                 Washington, D.C. 20026-3986

**CERTIFICATE OF SERVICE**

I certify that on <u>August 22, 2007</u>, a true and correct copy of the foregoing NOTICE OF APPEARANCE was served electronically via the Court's e-filing system to Counsel of Record.

    <u>/s/ Rochelle L. Russell</u>
    ROCHELLE L. RUSSELL