1  SCOTT N. SCHOOLS
   Acting United States Attorney
2
   CHARLES M. O'CONNOR (CA Bar No. 56320)
3  Assistant United States Attorney
   450 Golden Gate Ave., 10th Floor
4  San Francisco, California 94102
   Tel:    (415) 436-7180
5
   RONALD J. TENPAS
6  Acting Assistant Attorney General
   Environment & Natural Resources Division
7
   ROCHELLE L. RUSSELL (CA Bar No. 244992)
8  Trial Attorney
   U.S. Department of Justice
9  Environment & Natural Resources Division
   Environmental Defense Section
10 P.O. Box 23986
   Washington, D.C. 20026-3986
11 Tel:    (202) 514-1950
   Fax:    (202) 514-8865
12 Email: rochelle.russell@usdoj.gov
   *Counsel for Defendants*
13

14
15                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
16

17  ┌─────────────────────────────────────────┐    Civil Case No.  C 07-3908 JL
18  │ KLAMATH RIVERKEEPER, a project of       )
    │ the Klamath Forest Alliance, a non-profit )
19  │ public benefit corporation organized under )
    │ the laws of the State of California,    )   **DECLINATION TO PROCEED**
20  │                                         )   **BEFORE A MAGISTRATE JUDGE**
    │               Plaintiff,                )              **AND**
21  │                                         )   **REQUEST FOR REASSIGNMENT**
    │        v.                               )   **TO A UNITED STATES DISTRICT**
22  │                                         )   **COURT JUDGE**
    │ UNITED STATES ENVIRONMENTAL             )
23  │ PROTECTION AGENCY, STEPHEN L.           )
    │ JOHNSON, as Administrator of the United )
24  │ States Environmental Protection Agency, )
    │ WAYNE NASTRI, as Regional               )
25  │ Administrator of the United States      )
    │ Environmental Protection Agency, Region 9, )
26  │                                         )
    │               Defendants.               )
27  └─────────────────────────────────────────┘

28

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

2     The undersigned counsel, on behalf of Defendants United States Environmental

3 Protection Agency, Stephen L. Johnson, and Wayne Nastri, hereby declines to consent to the

4 assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

5 requests the reassignment of this case to a United States District Court Judge.

7                                      Respectfully submitted,

9 Dated:    August 22, 2007                   SCOTT N. SCHOOLS
                                          Acting United States Attorney

10                                        RONALD J. TENPAS
                                       Acting Assistant Attorney General
11                                        Environment & Natural Resources Division

12                                         /s/ Rochelle L. Russell
                                       ROCHELLE L. RUSSELL
13                                        Trial Attorney
                                       U.S. Department of Justice
14                                        Environment & Natural Resources Division
                                       Environmental Defense Section
15                                        P.O. Box 23986
                                     Washington, D.C. 20026-3986
16
                                     Counsel for Defendants EPA, Johnson, and Nastri
17

**CERTIFICATE OF SERVICE**

I certify that on <u>August 22, 2007</u>, a true and correct copy of the foregoing DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE was served electronically via the Court's e-filing system to Counsel of Record.

       /s/ Rochelle L. Russell
      ROCHELLE L. RUSSELL