IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER, | No. C 07-03908 SBA |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL, | |
| Defendant. | |

**Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , **November 7, 2007, at 3:15 p.m., has been moved to, November 7, 2007, at 2:30 p.m, via telephone.**

**Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.**

**(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)**

**Dated: 11/1/07**

**FOR THE COURT,**

**Richard W. Wieking, Clerk**

**By: s/Lisa R. Clark**
    **Courtroom Deputy**