SCOTT N. SCHOOLS
United States Attorney

CHARLES M. O'CONNOR (CA Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:    (415) 436-7180

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (CA Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 514-1950
Fax:    (202) 514-8865
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants EPA, Johnson, and Nastri*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER, a project of the Klamath Forest Alliance, a non-profit public benefit corporation organized under the laws of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>Defendants. | Civil Case No. C 07-3908 SBA<br><br>**DEFENDANTS' NOTICE OF FILING OF CERTIFIED INDEX TO ADMINISTRATIVE RECORD** |

1   The undersigned counsel for Defendants United States Environmental Protection Agency
2   ("EPA"), Stephen L. Johnson, and Wayne Nastri, hereby gives notice of the filing of the enclosed
3   certified index to the administrative record for the above-captioned matter.  See Attachment 2.
4   Peter Kozelka of EPA Region IX has certified that the records identified in the attached index
5   constitute the complete administrative record for the agency action at issue in this case.  See
6   Attachment 1.  Concurrently with this filing, the undersigned counsel for Defendants has mailed
7   an electronic copy of the administrative record to Plaintiff's counsel via overnight delivery.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

Dated:   November 5, 2007          /s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
*Counsel for Defendants EPA, Johnson, and Nastri*

OF COUNSEL:

BARBARA E. PACE
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW (2355A)
Washington, D.C. 20460

# CERTIFICATE OF SERVICE

I certify that on November 5, 2007, a true and correct copy of the foregoing DEFENDANTS' NOTICE OF FILING OF CERTIFIED INDEX TO ADMINISTRATIVE RECORD was served electronically via the Court's e-filing system to Counsel of Record and that a true and correct electronic copy of the administrative record was mailed to Plaintiff's counsel via overnight delivery to the following addresses:

Drevet Hunt
Lawyers for Clean Water, Inc.
1004 A O'Reilly Avenue
San Francisco, CA 94129
(415) 440-6520

Christopher Sproul
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
(415) 533-3376

                                                /s/ Rochelle L. Russell
                                                ROCHELLE L. RUSSELL