**ADMINISTRATIVE RECORD**

Index to U.S. EPA Clean Water Act Section 303(d) Action on the
California State Water Quality Control Board's Submittal for 2006 Section 303(d) List:
*Klamath Riverkeeper v. EPA*, Case No. C 07-3908 SBA

| Bates Number | Category | Document |
|---|---|---|
|  | **A** | **EPA decision documents** |
| EPA0001 |  | Letter dated Nov. 30, 2006 (and enclosed staff report entitled "Review of California's 2004-2006 Section 303(d) List") from A. Strauss, U.S. EPA, to T. Howard, SWRCB;  re:  Partial Approval of 2006 CWA section 303(d) list |
| EPA0010 |  | Letter dated Mar. 8, 2007 (and enclosed staff report entitled "Review of California's 2004-2006 Section 303(d) List") from A. Strauss, U.S. EPA, to T. Howard, SWRCB;  re:  Partial Disapproval of 2006 CWA section 303(d) list |
| EPA0033 |  | EPA, Notice of Availability, "Clean Water Act Section 303(d): Availability of List Decisions", 72 Fed. Reg. 12175-12176 (Mar. 15, 2007) |
| EPA0035 |  | Letter dated June 28, 2007 (and enclosures, including "Responsiveness Summary") from A. Strauss, U.S. EPA, to D. Rice, SWRCB;  re:  final decision on waters added by EPA to California's 2006 CWA section 303(d) list |
|  |  |  |
|  | **B** | **Comments submitted to EPA re: partial disapproval and proposal to add waters to California's 2006 section 303(d) list** |
| EPA0057 |  | Letter dated Apr. 13, 2007, from R. Chichizola, Klamath Riverkeeper, to P. Kozelka, US EPA;  re:  comments on EPA's approval of State's 2006 CWA section 303(d) List; referencing attachments #A - #J  (although attachment # I is missing/not provided by commenter); with 4 related e-mails dated Apr.13, 2007, from Chris Sproul; and with related e-mail dated Apr. 16, 2007, from Michael Chapelle |
| EPA0073 |  | Letter dated Apr. 16, 2007, from W. Grader, Pacific Coast Federation of Fishermen's Association, to P. Kozelka, US EPA;  re:  comments on EPA's approval of State's 2006 CWA section 303(d) List; referencing attachments #A - #P  (all items provided by commenter) |
| EPA0075 |  | Letter dated Apr. 16, 2007, from L. Sheehan, California Coast Alliance; D. Beckman and A. Jaiswal, NRDC; and M. Gold, Heal the Bay,  to P. Kozelka, US EPA;  re:  comments on EPA's approval of State's 2006 CWA section 303(d) List |

| Bates Number | Category | Document |
|---|---|---|
| | | NOTE: attachments referenced in letters noted immediately above are indexed in Category F and G, below |
| | | |
| | C | **California 2006 CWA section 303(d) submittal documents** |
| EPA0077 | | Letter, undated, but noted as received on Nov. 24, 2006, from T. Howard, SWRCB, to A. Strauss, US EPA; re: submittal of California's CWA section 303(d) list requesting EPA approval |
| EPA0081 | | Document entitled "2006 Revision of California's Clean Water Act Section 303(d) list of Water Quality Limited Segments – outline" |
| EPA0083 | | Document entitled "Proposed 2006 CWA Section 303(d) List or Water Quality Limited Segments, North Coast Regional Board" |
| EPA0118 | | State Water Resources Control Board Resolution No. 2006 - 0079 |
| EPA0120 | | Transcript of "Board Meeting, State of California, Water Resources Control Board", Oct. 25, 2006 |
| EPA0406 | | Document entitled "Staff Report, Volume 1, Revision of the Clean Water Act Section 303(d) List of Water Quality Limited Segments", November 2006 (without appendices, except as noted below) |
| EPA0507 | | Portion of document entitled "Appendix 1: 2002 Section 303(d) List of Water Quality Limited Segments" (portion consists of material related to waters within jurisdiction of North Coast Regional Water Quality Control Board, and entitled "2002 CWA Section 303(d) List of Water Quality Limited Segments, Approved by USEPA: July 2003") |
| EPA0535 | | Portion of document entitled "Fact Sheets Supporting Revision of the Section 303(d) List, California Regional Water Quality Control Boards, Region 1, November 2006" (portion consists of material related to the Klamath River) |
| EPA0538 | | Document entitled "Water Quality Control Policy for Developing California's Clean Water Act Section 303(d) List, Adopted September 2004" |
| EPA0575 | | Document dated Apr. 30, 2004, signed by C. Cantu, SWRCB, and captioned "Notice of Public Solicitation of Water Quality Data and Information – 2004 Clean Water Act Section 303(d) List" |
| EPA0579 | | Portion of document entitled "State Water Resources Control Board, Division of Water Quality, Staff Report, Revision of the Clean Water Act Section 303(d) List of Water Quality Limited Segments, Responses to Comments, Volume IV, Final, November 2006" (portion consists of |

| Bates Number | Category | Document |
|---|---|---|
| | | material related to the Klamath River) |
| EPA0599 | | Letter dated Oct. 20, 2006, from R. Chichizola, Klamath Riverkeeper, to T. Doduc and board members, SWRCB; re: comments on proposed 2006 CWA section 303(d) List |
| EPA0615 | | Letter dated Oct. 18, 2006, from R. Chichizola, Klamath Riverkeeper, to D. Leland and M. St. John, North Coast Water Quality Control Board, and to T. Doduc and board members, SWRCB; re: official request for toxic algae listed as pollutant on Klamath River |
| | | |
| | D | **Other State documents** |
| EPA0623 | | Letter dated Mar. 23, 2007, from T. Doduc, SWRCB, to A. Vanderwarker; re: SWRCB BGA workgroup activities |
| EPA0628 | | Document entitled "Blue Green Algae Work Group of the State Water Resources Control Board and Office of Environmental Health and Hazard Assessment, Cyanobacteria in California Recreational Water Bodies, Providing Voluntary Guidance about Harmful Algal Blooms, Their Monitoring, and Public Notification, Draft, June 2007" |
| EPA0666 | | Document entitled "California Regional Water Quality Control Board, North Coast Region, Resolution No. R1-2007-0028" (unsigned) |
| EPA0673 | | Print of webpage maintained by State Water Resources Control Board, related to "Blue-Green Algae in Klamath River Basin", at: http://www.waterboards.ca.gov/bluegreenalgae/index.html (print of webpage as accessed on Oct. 10, 2007) |
| EPA0674 | | Letter dated Oct. 20, 2006, from C. Kuhlman, North Coast RWQCB, to S. Her, SWRCB, re: comments on 2006 Federal CWA section 303(d) List, and attached map of "Sediment Impacted Areas of the Klamath River Basin" |
| | | |
| | E | **Technical documents considered by EPA** |
| EPA0678 | | Report entitled "Scientific Assessment of Freshwater Harmful Algal Blooms, By The Interagency Working Group on Harmful Algal Blooms, Hypoxia and Human Health, March 2007" |
| EPA0752 | | Camargo JA, Alonso A, Ecological and toxicological effects of inorganic nitrogen pollution in aquatic ecosystems: a global assessment, *Environ. Impact Assess. Rev.* 26(6):831-849 (2006) |
| EPA0771 | | Graham, JL, Jones JR, Jones SB, Downing JA, Clevenger TE, Environmental factors influencing microcystin distribution and |

| Bates Number | Category | Document |
|---|---|---|
| | | concentration in the Midwestern United States, *Water Res*earch 38:4395-4404 (2004) |
| EPA0781 | | Print of webpages maintained by NALMs regarding "Bluegreen Initiative - Overview" at: http://www.nalms.org/Resources/BlueGreenInitiative/Overview.htm (print of webpages as accessed on Oct. 10, 2007) |
| EPA0796 | | Document entitled "Lost River, California, Total Maximum Daily Loads, Nitrogen and Biochemical Oxygen Demand to address Dissolved Oxygen and pH Impairments, Public Review Draft, March 2007" |
| | **F** | **Exhibits attached to, or referenced by, letter dated Apr. 13, 2007, from R. Chichizola, Klamath Riverkeeper, to P. Kozelka, US EPA** |
| EPA0882 | | Stone D, Bress W, Addressing Public Health Risks for Cyanobacteria in Recreational Freshwaters: The Oregon and Vermont Framework, *Integrated Environmental Assessment and Management* 3(1):137-143 (2007), identified as Exhibit A |
| EPA0889 | | Document entitled "Toxic Cyanobacteria in Water: A guide to their public health consequences, monitoring and management", Editors: I. Chorus and J. Bartram; ISBN 0-419-23930-8; 1999 |
| EPA0955 | | Attachment identified by electronic file name: attqz9ju.pdf ; entitled "*Microcystis aeruginosa* Occurrence in the Klamath River System of Southern Oregon and Northern California", J. Kann, Aquatic Ecosystem Sciences; for Yurok Tribe Environmental and Fisheries Programs; Feb. 3, 2006 |
| EPA0981 | | Letter dated Apr. 22, 2004, from R. Kanz, SWRCB, to M. Salas, FERC; re: application for new license, Klamath Hydroelectric project, FERC #2082 |
| EPA1006 | | Document entitled "Recommended Terms and Conditions, Klamath Hydroelectric Project, FERC License 2082-027, Operated by PacifiCorp, Submitted to FERC by the Karuk Tribe of California, March 28, 2006" |
| EPA1062 | | Attachment identified by electronic file name: attwhlib.pdf ; entitled "Technical Memorandum: Longitudinal Analysis of Klamath River Phytoplankton Data 2001-2004", prepared for the Yurok Tribe Environmental Program By Kier Associates …" , September, 2006 |
| EPA1101 | | Attachment identified by electronic file name: attsilot.pdf ; entitled "Partial Seasonal Summary of 2006 Toxic *Microcystis aeruginosa* Trends in Copco and Iron Gate Reservoirs and the Klamath River, CA" prepared by J. Kann, Aquatic Ecosystem Sciences; for Yurok Tribe |

| Bates Number | Category | Document |
|---|---|---|
| | | Department of Natural Resources, November, 2006 |
| EPA1116 | | Attachment identified by electronic file name: attnc83c.pdf ; entitled "Summary of 2005 Toxic *Microcystis aeruginosa* Trends in Copco and Iron Gate Reservoirs on the Klamath River, CA"; prepared by J. Kann, Aquatic Ecosystem Sciences; for Yurok Tribe Department of Natural Resources, March, 2006 |
| EPA1151 | | Material, 11 pages, commencing with page with caption "Toxic Cyanobacteraial B*looms in Klamath River System*, 2005, Presented by: Jacob Kann, Ph.D, …" |
| | G | **Exhibits attached to, or referenced by, letter dated Apr. 16, 2007, from W. Grader, Pacific Coast Federation of Fishermen's Association, to P. Kozelka, US EPA (and not previously indexed in Category F, above)** |
| EPA1162 | | Document entitled "Cover Sheet, Federal Energy Regulatory Commission, Draft Environmental Impact Statement for the Klamath Hydroelectric Project, Docket No. P-2082-027, Section 3, Environmental Consequences, Pages 3-1 to 3-192, DEIS" |
| EPA1221 | | Document entitled "U.S. Environmental Protection Agency, Region 9: News Releases", "Federal, state and tribal authorities advise caution on dangerous Klamath River algae, Release date: 9/30/2005" |
| EPA1223 | | Page with caption "Health Advisory, Avoid Water Contact in Iron Gate and Copco Reservoirs" |
| EPA1224 | | Photograph depicting boat in lake, location uncertain, dated October 18, 2005 |
| EPA1225 | | Newspaper article, "Health Risks of blue-green algae were overstated", by J Diehm, Daily News, date uncertain |
| EPA1226 | | Magalhaes V, et al., Microcystins (cyanobacteria hepatotoxins) bioaccumulation in fish and crustaceans from Sepetiba Bay (Brasil, RJ) *Toxicon* 42:289–295 (2003) |
| EPA1233 | | Scientific abstract, Organ distribution and bioaccumulation of microcystins in freshwater fish at different trophic levels from the eutrophic Lake Chaohu, China, L Xie; Environ. Toxicol. 20; 2005 |
| | H | **EPA comment letters on State's draft and proposed final 2006 303(d) List** |
| EPA1235 | | Letter dated Oct. 19, 2006, (with enclosures) from A. Strauss, U.S. EPA to |

| Bates Number | Category | Document |
|---|---|---|
| | | T. Doduc, SWRCB; re: EPA comments on Calif. proposed final 2006 CWA section 303(d) list |
| EPA1247 | | Letter dated Jan. 27, 2006, (with enclosures) from A. Strauss, U.S. EPA to T. Doduc, SWRCB; re: EPA comments on Calif. draft 2006 CWA section 303(d) list |
| | I | **Background documents** |
| EPA1261 | | Letter dated May 25, 2007, from R. Chichizola, Klamath Riverkeeper, to S. Johnson and W. Nastri, US EPA; re: Sixty-Day Notice of Violations of the Clean Water Act and Notice of Intent to File Suit |
| EPA1266 | | Information Concerning 2008 Clean Water Act Sections 303(d), 305(b), and 314 Integrated Reporting and Listing Decisions, Memorandum from Diane Regas, Director, Office of Wetlands, Oceans and Watersheds, EPA Office of Water, October 12, 2006 |
| EPA1287 | | Guidance for 2006 Assessment, Listing and Reporting Requirements Pursuant to Sections 303(d), 305(b) and 314 of the Clean Water Act, Memorandum from Diane Regas, Director, Office of Wetlands, Oceans and Watersheds, EPA Office of Water, July 29, 2005 |
| EPA1376 | | Guidance for 2004 Assessment, Listing and Reporting Requirements Pursuant to Sections 303(d) and 305(b) of the Clean Water Act; TMDL-01-03, Memorandum from Diane Regas, Director, Office of Wetlands, Oceans and Watersheds, EPA Office of Water, July 21, 2003 |
| EPA1414 | | EPA Review of 2002 Section 303(d) Lists and Guidelines for Reviewing TMDLs under Existing Regulations Issued in 1992, Memorandum from Charles H. Sutfin, Director, Office of Wetlands, Oceans and Watersheds, EPA Office of Water, May 20, 2002 |
| EPA1434 | | Guidance for Water Quality-Based Decisions: The TMDL Process  EPA Office of Water, April 1991 |