# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 11/7/07

C-07-03908 SBA            **JUDGE:** **SAUNDRA BROWN ARMSTRONG**

**Title:  KLAMATH RIVERKEEPER** vs. **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL**

**Atty.:**   **CHRISTOPHER SPRAUL**          **ROCHELLE RUSSELL**


**Deputy Clerk:**  Lisa R. Clark            **Court Reporter:**    N/R
**PROCEEDINGS**
Plt   DFT
( )   ( ) **1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )   ( ) **2.**
( )   ( ) **3.**
( )   ( ) **4.**
( ) Motion(s)    ( ) Granted      ( ) Denied       ( ) Off Calendar
          ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
( ) Order to be prepared by  ( ) Plaintiff  ( )Deft  ( ) Court

### RESULT OF CASE MANAGEMENT CONFERENCE
Case Continued to **11/15/07**  for a Telephone Case Management Conference at 3:30 p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____  Opposition by_____Reply by_____
General Discovery Cut-off_____ Expert Discovery Cut-off_____
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____ Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:_____Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes:  COURT INSTRUCTS THE PARTIES TO FILE THE NOTICE OF RELATED ACTION WITH JUDGE ALSUP                                               cc: