1  Daniel Cooper (Bar No. 153576)
2  Drevet Hunt (Bar No. 240487)
   LAWYERS FOR CLEAN WATER, INC.
3  1004-A O'Reilly Avenue
   San Francisco, CA 94129
4  Telephone: (415) 440-6520
   Facsimile: (415) 440-4155
5  e-mail: cleanwater@sfo.com, drev@lawyersforcleanwater.com

6
   Christopher Sproul (State Bar No. 126398)
7  ENVIRONMENTAL ADVOCATES
   5135 Anza Street
8  San Francisco, California 94121
   Telephone: (415) 533-3376
9  Facsimile: (415) 561-2223(415) 358-5695
   e-mail: csproul@enviroadvocates.com
10

11 *Attorneys for Klamath Riverkeeper*

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 |                                                              | Civil Case No.: CV 07-03908 WHA |
16 | KLAMATH RIVERKEEPER, a project of the Klamath Forest Alliance, a non-profit public benefit corporation organized under the laws of the State of California, | |
17 |                                                              | **CERTIFICATE OF SERVICE OF SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP** |
18 |     Plaintiff,                                                | |
19 |     v.                                                        | |
20 | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9, | |
21
22
23 |     Defendants.                                               | |
24

25
26
27
28

CERTIFICATE OF SERVICE                                    Case No.: CV 07-03908 WHA

# CERTIFICATE OF SERVICE

I, Drevet Hunt hereby declare:

I am a citizen of the United States.  I am employed in the City and County of San Francisco, State of California.  I am over the age of eighteen and am not a party to this action; my business address is 1004A O'Reilly Ave., San Francisco, CA 94129

On November 19, 2007, I served true and correct copy of the following document:

- CERTIFICATE OF SERVICE OF SUPPLEMENTAL ORDER TO ORDER SETTNG INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP

on the following parties as follows:

**[X] ELECTRONICALLY, AS AN ATTACHMENT TO THIS DOCUMENT, VIA THE COURT'S ELECTORNIC FILING SYSTEM** on

Rochelle L. Russell, United States Department of Justice, counsel for:

United States Environmental Protection Agency, Stephen Johnson, Wayne Nastri

I declare under penalty of perjury under the law of California that the foregoing is true and correct.

Executed on November 19, 2007 in San Francisco, California.

_____
Drevet Hunt

CERTIFICATE OF SERVICE     1     Case No.: CV 07-02382 WHA