Daniel Cooper (State Bar No. 153576)
Drevet Hunt (State Bar No. 240487)
LAWYERS FOR CLEAN WATER, INC.
1004 A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
e-mail: cleanwater@sfo.com, drev@lawyersforcleanwater.com

Christopher Sproul (State Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 561-2223(415) 358-5695
e-mail: csproul@enviroadvocates.com

Counsel for Plaintiff
KLAMATH RIVERKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER, a project of the Klamath Forest Alliance, a non-profit public benefit corporation organized under the laws of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>Defendants. | Case No. 3:07-cv-03908-WHA<br><br>**DECLARATION OF DREVET HUNT IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND BRIEFING DEADLINE ESTABLISHED BY CIVIL LOCAL RULE 16-5**<br><br>Civil L.R. 6-3, 16-5<br><br>Judge: Honorable William H. Alsup<br>Department: Courtroom 9, 19th Floor |

I, Drevet Hunt, do hereby declare under penalty of law as follows:

1. I am an attorney with the law firm Lawyers for Clean Water, Inc., counsel of record for Plaintiff Klamath Riverkeeper in the present lawsuit. I am an attorney licensed to practice before all courts of the State of California and the United States District Court for the Northern District of California. I have personal knowledge of the following facts and if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff's Motion to Extend Briefing Deadline Established by Civil Local Rule 16-5 ("Motion to Extend Time") pursuant to Civil L.R. 6-3(a).

3. Plaintiff requests an extension for the following two reasons.

  a. First, the extension requested would provide Klamath Riverkeeper with the time warranted to fully explore mediation possibilities while also allowing the necessary time to brief its motion for summary judgment. Since October 16, 2007, at the Rule 26 meeting of counsel, Klamath Riverkeeper and Defendants have been engaged in an effort to agree on a schedule for this case that would provide a meaningful opportunity to discuss settlement. Some of these conversations have been assisted by the mediator assigned to this case pursuant to the Local ADR Rules. During this time, Defendants have represented that they would prefer not to have to prepare for settlement and simultaneously be faced with opposing Plaintiff's motion for summary judgment. A meeting with the mediator to further explore mediation and to possibly schedule a mediation session in December is scheduled for November 29, 2007.

  b. Second, Klamath Riverkeeper believes that it is worthwhile to have an opportunity to discuss the briefing schedule for this case with this Court at the Case Management Conference scheduled for December 6, 2007 before filing its motion for summary judgment. While the parties' Joint Case Management Conference Statement filed before Judge Armstrong requested an expanded briefing schedule, Judge Armstrong did not rule on the parties' requested expanded briefing schedule before this case was transferred to this Court. The default deadline set by Civil L.R. 16-5 for Klamath Riverkeeper to file its motion for summary judgment, however, falls before the new Case Management Conference set by this Court for December 6, 2007.

4. Efforts were made to obtain a stipulation to the requested schedule modification.

1   Specifically, on November 27, 2007 I contacted counsel for Defendants to propose a stipulation that
2   would extend the deadlines established by Civil L.R. 16-5 and allow Plaintiff until December 19, 2007
3   to file its motion for summary judgment.  In an email, counsel for Defendant responded that a
4   stipulation would not be entered into but that Defendant would not oppose such a motion provided the
5   only request would be for an extension to file a motion for summary judgment until December 19,
6   2007.

7       5.   Denial of the requested modification would prejudice Plaintiff by requiring it to focus all its
8   efforts on filing its motion for summary judgment, thereby detracting from its ability to meaningfully
9   engage in settlement conversations.  Additionally, Plaintiff believes that it is appropriate to conduct the
10  case management conference prior to filing its motion for summary judgment to allow for an
11  opportunity to resolve other issues that may arise regarding scheduling in this case.

12      6.   The first case management conference in this case, which was held before Judge Armstrong
13  on November 6, 2007 before this Court determined that this case is related to *McConnell, et al. v.*
14  *Pacificorp, Inc.* (Case No. CV 07-02382) and transferred it to this Court, was continued to November
15  15, 2007.  That continued case management conference was taken off calendar after this case was
16  transferred to this Court and a case management conference was scheduled for December 6, 2007.

17      7.   The requested time modification would affect the schedule for this case by extending the
18  deadline for Plaintiff to file its motion for summary judgment by 14 days.

19

20  I declare under penalty of perjury that the foregoing is true and correct to the best of my
21  knowledge and belief.
22  Executed this 27th day of November in San Rafael, California.

23
24
25                                                               Drevet Hunt
26                                                               Attorney for Klamath Riverkeeper
27
28