Daniel Cooper (State Bar No. 153576)
Drevet Hunt (State Bar No. 240487)
LAWYERS FOR CLEAN WATER, INC.
1004 A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
e-mail: cleanwater@sfo.com, drev@lawyersforcleanwater.com

Christopher Sproul (State Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California  94121
Telephone:  (415) 533-3376
Facsimile:  (415) 561-2223(415) 358-5695
e-mail: csproul@enviroadvocates.com

Counsel for Plaintiff
KLAMATH RIVERKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER, a project of the Klamath Forest Alliance, a non-profit public benefit corporation organized under the laws of the State of California,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>　　　　Defendants. | Case No. 3:07-cv-03908-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND BRIEFING DEADLINES ESTABLISHED BY CIVIL LOCAL RULE 16-5**<br><br>The Honorable William H. Alsup |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Plaintiff Klamath Riverkeeper moved this Court for an order extending the deadline established by Civil L.R. 16-5 for filing its motion for summary judgment from December 5, 2007 to December 19, 2007. The Court having carefully considered the papers, and finding good cause for the requested modification, orders that Plaintiff's motion for summary judgment shall be filed on or before December 19, 2007.

IT IS SO ORDERED.

Dated: _____        _____
                                                                    HONORABLE WILLIAM H. ALSUP
                                                                    UNITED STATES DISTRICT JUDGE