**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 6, 2007

Case No.  C 07-03908 WHA

Title: KLAMATHA RIVERKEEPER  v. US ENVIORNMENTAL PROTECTION AGENCY

Plaintiff Attorneys: Drev Hunt

Defense Attorneys: Rochelle Russell

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to  **3/13/08 at 8:00am**   for Motion Hearing

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Plaintiff shall file motion by 12/20/07; dft's opposition and counter-motion due by 2/14/08; reply due by 2/28/08.