1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11   KLAMMATH RIVERKEEPER, a project of
     the Klammath Forest Alliance, a non-profit
     public benefit corporation organized under          No. C 07-03908 WHA
12   the laws of the State of California,

13              Plaintiff,                                **CASE MANAGEMENT
                                                         ORDER**
14        v.

15   UNITED STATES ENVIRONMENTAL
     PROTECTION AGENCY, STEPHEN L.
16   JOHNSON, as Administrator of the United
     States Environmental Protection Agency, and
17   WAYNE NASTRI, as Regional Administrator
     of the United States Environmental Protection
18   Agency, Region 9,

19              Defendants.
     _____/

20

21        After a case management conference, the Court sets the following schedule:

22

23   Last day for plaintiff to file its motion for          December 20, 2007
24   summary judgment:

25   Defendants' opposition to plaintiff's motion for       January 31, 2008
26   summary judgment and any counter-motion for
     summary judgment due:

27   Plaintiff's reply brief due on its motion for          February 14, 2008
28   summary judgment and opposition to any
     counter-motion for summary judgment:

1  |  Last day for defendants to file their reply on           February 28, 2008
2  |  cross-motion for summary judgment:

3  |  Hearing:                                                  March 13, 2008, at
4  |                                                            8:00 a.m.

5

6

7  |     **IT IS SO ORDERED.**

8

9  |  Dated:  December 6, 2007.

10  |                                                 _____
                                                      WILLIAM ALSUP
11  |                                                 UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28