**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

AMENDED CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 6, 2007

Case No.  C 07-03908 WHA

Title: KLAMMATH RIVERKEEPER  v. US ENVIRONMENTAL PROTECTION AGENCY

Plaintiff Attorneys: Drev Hunt

Defense Attorneys: Rochelle Russell

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to **3/13/08 at 8:00 am**   for Motion for Summary Judgment

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Plaintiff shall motion by 12/20/07.  Defendants' opposition and counter-motion shall be filed by 1/31/08; plt's reply by 2/14/08; and deft's reply by 2/28/08.