Daniel Cooper (State Bar No. 153576)
Drevet Hunt (State Bar No. 240487)
LAWYERS FOR CLEAN WATER, INC.
1004 A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: cleanwater@sfo.com
       drev@lawyersforcleanwater.com

Christopher Sproul (State Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Counsel for Plaintiff
KLAMATH RIVERKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER, a non-profit public benefit corporation organized under the laws of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>Defendants. | Case No. 3:07-cv-03908-WHA<br><br>**DECLARATION OF DREVET HUNT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Fed. R. Civ. P. 56<br><br>Judge: Honorable William H. Alsup<br>Date:   March 13, 2007<br>Time:   8:00 a.m.<br>Place:  Courtroom 9, 19th Floor |

I, Drevet Hunt, do hereby declare under penalty of law as follows:

1. I am an attorney with the law firm Lawyers for Clean Water, Inc., counsel of record for Plaintiff Klamath Riverkeeper in the present lawsuit. I am an attorney licensed to practice before all courts of the State of California and the United States District Court for the Northern District of California. I have personal knowledge of the following facts and if called as a witness, I could and would competently testify thereto.

2. I submit this Declaration in support of Plaintiff's Motion for Summary Judgment pursuant to Civil L.R. 7-5.

3. On November 5, 2007 Defendants filed a certified copy of the index to the Administrative Record and delivered a copy of the complete Administrative Record to me. I reviewed the Administrative Record. I compiled true and correct copy of the relevant excerpts of the Administrative Record cited in Plaintiff's Memorandum of Points and Authorities in support of its Motion for Summary Judgment, which are attached hereto as Exhibit A.

4. The North Coast Regional Water Quality Control Board ("the Regional Board"), an agency of the State of California, published its latest version of the Water Quality Control Plan for the North Coast Region ("the Basin Plan") in January 2007. The Basin Plan is state law and certain elements of it, once approved by EPA, are federal law. Cal. Water Code § 13247; *see Arkansas v. Oklahoma*, 503 U.S. 91, 110, 112 S. Ct. 1046 (1992). The Basin Plan is available at http://www.waterboards.ca.gov/northcoast/programs/basinplan/bpdocs.html. On December 19, 2007, I downloaded the Basin Plan from the Regional Board's internet home page and excerpted relevant pages cited by Plaintiff in its Memorandum of Points and Authorities in support of its Motion for Summary Judgment. A true and correct copy of the relevant excerpts of the Basin Plan is attached hereto as Exhibit B.

5. The State Water Resources Control Board ("State Board") published the final, EPA-approved, version of the 2004-2006 iteration of the State of California's CWA 303(d) List of Water Quality Limited Segments ("2006 303(d) List") on July 28, 2007. The 2006 303(d) List is available at http://www.swrcb.ca.gov/tmdl/303d_lists2006approved.html. On December 19, 2007 I downloaded the Basin Plan from the State Board's internet home page and excerpted relevant pages cited by

1  Plaintiff in its Memorandum of Points and Authorities in support of its Motion for Summary Judgment.
2  A true and correct copy of the relevant excerpts of the 2006 303(d) List is attached hereto as Exhibit C.
3      I declare under penalty of perjury that the foregoing is true and correct to the best of my
4  knowledge and belief.
5      Executed this 19th of December in Lyons, Colorado.

                                                          _____
                                                          Drevet Hunt
                                                          Attorney for Klamath Riverkeeper