# COVER SHEET

FEDERAL ENERGY REGULATORY COMMISSION

DRAFT ENVIRONMENTAL IMPACT STATEMENT
FOR THE KLAMATH HYDROELECTRIC PROJECT
Docket No. P-2082-027

Section 3
Environmental Consequences
Pages 3-1 to 3-192
DEIS

EPA1162

1    **3.0     ENVIRONMENTAL CONSEQUENCES**

2    In this section, we first describe the general environmental setting in the project vicinity and any
3    environmental resources that could be cumulatively affected by relicensing the Klamath Hydroelectric
4    Project facilities. Then we address each affected environmental resource. For each resource, we first
5    describe the affected environment—the existing condition, and the baseline against which to measure the
6    effects of the proposed project and any alternative actions—and then the environmental effects of the
7    proposed project, including proposed enhancement measures. Unless otherwise stated, the source of our
8    information is the license application for the project (PacifiCorp, 2004a).

9    **3.1     GENERAL DESCRIPTION OF THE KLAMATH RIVER BASIN**

10    The Klamath River watershed begins in the northwestern-most extent of the Basin and Range
11    physiographic province and is one of only three drainages originating in Oregon that cut across both the
12    Cascade and Coastal ranges. It is also unique because of its large, north-south-striking headwater lake
13    and wetland complex—the Klamath River Basin—located in south-central Oregon and northwestern
14    California. The Klamath River Basin lies in the transition zone between the Modoc Plateau and Cascade
15    Range physiographic provinces, with the Klamath River cutting west through the Klamath Mountain
16    province and then the Coast Range province where it reaches the Pacific Ocean near Requa, California.
17    The Klamath River passes through four distinct geologic provinces, each of which changes the character
18    of the river's channel morphology and that of its tributary watersheds, varying the supply of inputs such
19    as water, sediment, nutrients, and wood.

20    The upper Klamath Basin, within the Modoc Plateau province, is bounded on its west side by the
21    eastern edge of the Cascades Range, with tributaries of Wood River draining the flanks of the Crater Lake
22    area (see figure 1-1). To the east, the northwesterly trending fault-block mountains with intervening
23    valleys are commonly interspersed with lakebed deposits, shield volcanoes, cinder cones, or lava flows.
24    Shallow lakes (Upper Klamath, Lower Klamath, and Tule lakes) and marshes (Klamath Marsh) are
25    prominent features of the Modoc Plateau, as are areas drained by Anglo-American immigrants. The land
26    surrounding the lakes and the drained lake areas now serves as productive agricultural land. The high-
27    elevation, semi-arid desert environment of the Modoc Plateau receives an average of about 15 inches of
28    precipitation annually. With its porous volcanic geology and relatively moderate topography, runoff is
29    slow, and there are relatively few streams compared to downstream provinces. Sediment yield also is low
30    relative to provinces downstream.

31    The transition from the Modoc Plateau to the Cascade Range province is subtle; the Klamath
32    River enters the Cascade Range province roughly in the area below Keno dam. The Shasta River is the
33    major tributary to the Klamath River within the Cascade Range province (see figure 1-1). The
34    headwaters of the Shasta River originate on the flanks of Mt. Shasta and the majority of its watershed is
35    comprised of the expansive Shasta Valley (Crandell, 1989). The western side of the Shasta River and
36    Cottonwood Creek watersheds marks the western boundary of this province. The portion of the Cascade
37    Range province included in the Klamath River watershed is largely in the rain shadow of Mt. Shasta and
38    the Klamath Mountains; precipitation is highly variable by elevation and location. Mass wasting and
39    fluvial erosion are the main erosional processes within this province (Forest Service, 2005).

40    The Klamath Mountains province includes a complex of mountain ranges in southwest Oregon
41    and northwest California, collectively called the Klamath Mountains; they include the Trinity Alps,
42    Salmon Mountains, Marble Mountains, and Siskiyou Mountains. Large tributary watersheds to the
43    Klamath River in this province include the Scott, Salmon, and Trinity rivers. Compared to all other areas
44    of the Klamath River watershed, this province includes some of the steepest topography and tallest
45    mountains; summits in the Trinity Alps exceed 9,000 feet in elevation. Gold-bearing deposits occur
46    within this province, and the legacy effects of gold mining and dredging persist in some areas.
47    Precipitation generally increases in proximity to the coast, so here soils are generally deeper than in

EPA1163



1
2 Note:    Data for this gage during the 1963–2004 water year period do not include daily flow data for December 31,
3            1994 to January 6, 1995 and October 30, 1995 to September 30, 1997.

4 Figure 3-21.    Daily flow at USGS gage no. 11530500 Klamath River at Klamath, CA for
5                        water years 1963 to 2004.  (Source:  USGS, 2006, as modified by staff)

6      **3.3.2.1.2    Water Quality**

7            The Klamath River watershed extends from southeastern Oregon to the coast of northern
8 California.  Water quality standards (referred to as objectives in California) are set by the Oregon
9 Department of Environmental Quality (Oregon Environmental Quality) and NCRWQCB and published in
10 the Oregon Administrative Rules (OAR) (Oregon Environmental Quality, 2003) and RWQCB Basin Plan
11 (Basin Plan), respectively.  According to Oregon Environmental Quality (2003), the existing beneficial
12 uses within the Klamath River to the California border include:  municipal and domestic supply,
13 irrigation, stock watering, fish and aquatic life,[35] wildlife and hunting, fishing, boating, water contact
14 recreation, aesthetic quality, hydropower, and commercial navigation and transportation.

---

[35]Cool water species (no salmonid use) in the Klamath River from Upper Klamath Lake to Keno
dam and redband trout from Keno dam to the California border.

3-92

EPA1164

1   According to the Basin Plan, which lists beneficial uses by hydrological area,[36] the existing and
2   potential beneficial uses within the middle and lower Klamath River from the Oregon border to the
3   Pacific Ocean include: municipal and domestic supply, agricultural supply, industrial service and process
4   supply (excluding the Lower Klamath hydrological area), groundwater recharge (excluding the Copco
5   and Iron Gate hydrological subareas), freshwater replenishment, navigation, hydropower generation,
6   contact and non-contact water recreation, commercial and sport fishing, aquaculture, warm and cold
7   freshwater habitat, estuarine habitat (Lower Klamath River hydrological area only), wildlife habitat, rare,
8   threatened or endangered species, migration of aquatic organisms, spawning, reproduction, and/or early
9   development of fish, and Native American culture (Middle Klamath hydrological area from Seiad Valley
10  to the Pacific Ocean) (Basin Plan, 1993, as amended).

11  Table 3-24 shows state water quality criteria and objectives. In addition, Cal Fish & Game's
12  management plan for the 6-mile portion of the peaking reach from the Oregon border to Copco reservoir
13  has water quality goals consistent with its designation as a Wild Trout Area (discussed further in section
14  3.3.3, *Aquatic Resources*). Temperatures in this reach are not to exceed $21.1^{\circ}C$ on an instantaneous basis
15  and not to exceed $15.6^{\circ}C$ for longer than 12 hours (Rogers et al., 2000).

16  The Oregon 2002 303(d) list reported that the Klamath River from upper Klamath Lake to the
17  California state line was impaired because of pH, ammonia, nutrients, temperatures, dissolved oxygen
18  (DO), and chlorophyll *a* that do not meet applicable standards (Oregon Environmental Quality, 2002).
19  The California 2002 303(d) list reported that the entire length of the Klamath River was impaired from
20  the state line to the river's confluence with the Pacific Ocean because of nutrients, organic enrichment,
21  DO, and temperatures that do not meet applicable numerical or narrative water quality objectives (Water
22  Board, 2002).

23  Water quality in the project area (i.e., downstream of Link River dam) is strongly influenced by
24  the quality of water entering the Klamath River from not only Upper Klamath Lake, but also Lost River
25  and Klamath Straits drain, in addition to its residence time within project impoundments. During wet
26  months, sources other than the Link River provide about one-third of the total flow reaching Iron Gate
27  dam; in midsummer, these sources may account for up to half of the total water reaching Iron Gate dam.
28  As such, source water of diverse quality influences the quality of the water within the project-affected
29  reaches (NAS, 2004).

---

[36]The Basin Plan divides the Klamath River into two hydrological areas, the middle and lower
Klamath River. The middle Klamath River is divided into seven hydrologic subareas which cover the
Klamath River from the Oregon border to the confluence with the Salmon River. Copco hydrological
subarea begins at the Oregon border and terminates directly above Iron Gate reservoir where the Iron
Gate subarea begins. The Iron Gate hydrological subarea ends about 2 miles below the dam above the
confluence with Willow Creek. The Lower Klamath River hydrological area begins at the confluence
with the Salmon River and extends to the Pacific Ocean.

EPA1165

Table 3-24.    Applicable water quality criteria and objectives for Klamath Basin in the vicinity of the Klamath Hydroelectric Project. (Source: Oregon Environmental Quality, 2003; Basin Plan, 1993)

| Constituent | Oregon Criteria | California Objectives |
|---|---|---|
| Temperature[a] | 7-day average maximum (max) not to exceed 20°C in waters designated for redband trout. Designated cool water habitat may not be warmed more than 0.3°C above ambient temperatures unless a greater increase would not reasonably be expected to adversely affect fish or other aquatic life.[b]<br><br>If the natural thermal potential of a water body exceeds applicable criterion, the natural thermal potential becomes the applicable criterion.<br><br>A cumulative temperature increase of 0.3°C above the applicable criterion is allowed in all waters. | Shall not be altered unless demonstrated that such alteration does not adversely affect beneficial uses.<br><br>At no time shall temperature be increased by more than 5°F above natural receiving water temperature. |
| Dissolved Oxygen | At Oregon Environmental Quality's discretion, for waters designated for cool-water aquatic life, 30-day (D) mean minimum (min) 6.5 mg/L, 7-D mean min 5.0 mg/L, and absolute min 4.0 mg/L. At Oregon Environmental Quality's discretion, for waters designated for cold-water aquatic life, 30-D mean min 8.0 mg/L, 7-D min mean 6.5 mg/L, and absolute min 6.0 mg/L.<br><br>Not less than 11.0 mg/L in active spawning areas used by resident trout species unless the minimum spatial median intergravel dissolved oxygen is 8.0 mg/L or more, in which case the criterion is 9.0 mg/L. | Minimum of 7.0 mg/L above Iron Gate dam and 8.0 mg/L below Iron Gate dam and 50% or more of the monthly means in a calendar year must be above 10.0 mg/L from the state line to the Pacific Ocean on the Klamath River. The portions of Jenny and Fall creeks in California (and all other streams in the Middle Klamath hydrologic area) must be above the minimum of 7.0 mg/L and 50% or more of the monthly means must be above 9 mg/L. |
| Nuisance phytoplankton growth (Oregon) and nutrients (California) | If chlorophyll $a$ exceeds an action level of 0.015 mg/L,[c] Oregon Environmental Quality may conduct studies to determine impacts, causes, and control strategies. Where natural conditions exceed the action level, the action level may be modified to an appropriate value. | Waters shall not contain biostimulatory substances in concentrations that promote aquatic growths sufficient to cause nuisance or adverse effects. |
| pH | Values shall not fall outside the range of 6.5-9.0.[d] | Values shall not fall outside the range of 7.0-8.5. |
| Toxic Substances (including ammonia) | Shall not exceed criteria listed in OAR 340-041-0033, Table 20.<br><br>Ammonia, as recommended by the EPA: At 20oC, the long term criteria (30 day average) when fish early life stages are present, (pH between 9.0 and 6.5) range from 0.34 mg/L to 4.68 mg/L. Acute criteria (pH between 9.0 and 6.5) range from 0.885 mg/L to 32.6 mg/L when salmonids present. | All waters shall be maintained free of toxic substances in concentrations that are toxic to, or that produce detrimental physiological responses in, human, plant, animal, or aquatic life. The Basin Plan uses the EPA recommended criteria for ammonia listed in the adjacent column. |
| Turbidity (NTU) | Except for certain limited duration activities, no more than a 10 percent increase above natural background levels, as measured relative to a control point immediately upstream of the turbidity causing activity. | No more than 20 percent increase above natural background levels (except as otherwise allowed by permit or waiver) |

3-94

| Constituent | Oregon Criteria | California Objectives |
|---|---|---|
| Sediment | | Suspended sediment load and suspended sediment discharge rate of surface waters shall not be altered to cause nuisance or adversely affect beneficial uses. |
| Total Dissolved Gas | Shall not exceed 110 percent saturation[e] Shall not exceed 105 percent saturation in water < 2-feet deep | |
| Specific Conductance | Unless otherwise authorized by Oregon Environmental Quality, specific conductance shall not exceed a guideline value of 400 micromhos (measured at 77°F) at the Oregon-California border (RM 208.5). | At 77°F, 90% or more of the monthly mean values must be less than or equal to 425 micromhos and 50% of the values must be less than 275 micromhos above Iron Gate dam. Below Iron Gate dam 90% of the monthly mean values must be below 350 micromhos and 50% of the monthly mean values must be below 275 micromhos. |
| Taste and Odor | Creation of tastes or odors deleterious to aquatic life, potability of drinking water, or palatability of fish or shellfish may not be allowed | Shall not contain taste or odor producing substances that impart undesirable taste or odors to fish flesh or adversely affect beneficial uses. |
| Color | Objectionable discoloration may not be allowed | Waters free of coloration that adversely affects beneficial use |
| Floating Material | Objectionable floating solids are not allowed | Shall not contain floating solids, liquids, foams or scum that adversely affect beneficial uses. |
| Naturally Occurring Conditions | Less stringent natural conditions that exceed a numeric criterion become the standard | |

[a] NCRWQCB has proposed amendments to the Basin Plan that would revise the instream water quality objectives for temperature and DO to fully protect salmonids by providing specific biologically based objectives for each salmonid life stage.

[b] Exceedances of temperature criteria are not violations if they occur during the warmest 7-day period of the year that exceeds the 90th percentile of the 7-day average daily max air temperature calculated in a yearly series over the historic record. Project related waters designated by Oregon Environmental Quality for redband trout include the Klamath River from Keno dam to the California state line including the J.C. Boyle bypassed and peaking reaches, and the Oregon portions of Fall, Jenny, and Spring creeks.

[c] Calculated from a minimum of three samples collected in any 3 consecutive months at a minimum of 1 representative location (e.g., mid river or deepest part of lake) from samples integrated from the surface to a depth twice the Secchi depth or the bottom, which ever is lesser of the two. The regulations also state that the standards could be met under any other methods approved by Oregon Environmental Quality.

[d] Exceedance of this criterion is not a violation if it occurs in waters impounded by dams existing on January 1, 1996, provided all practicable measures have been taken to bring pH into compliance.

[e] Exceedances of TDG criteria are not violations if they occur when stream flow exceeds 10-year, 7-day average flood.

EPA1167

1     *Temperature*

2         Oregon and California listed the Klamath River from Upper Klamath Lake to the Pacific Ocean,
3     the Lost River, and Klamath Straits drain in 2002 on their respective 303(d) lists as temperature impaired.
4     Monthly sampling results from March through November compiled by PacifiCorp indicate that water
5     temperatures below Keno reservoir are typically below 10°C in March (table 3-25).  Average summer
6     temperatures (June, July, August, and September) over 20°C were observed along the Klamath River at
7     almost all sampling sites during at least July and August.  Water temperatures in Upper Klamath Lake and
8     Link River are at or above 20°C from June through September.  Water temperatures increase slightly in
9     Keno reservoir due in part to the relatively shallow nature of the reservoir which enhances solar warming
10    and warm agriculturally influenced water inputs from the Lost River and Klamath Straits drain.  Average
11    water temperatures below Keno dam were slightly cooler as the reach becomes steep, free flowing, and
12    receives groundwater inputs.

13        In addition to the collection and compilation of longitudinal water temperature data for river
14    reaches, PacifiCorp also conducted vertical water temperature profile monitoring near the dams in the
15    major project reservoirs from 2000 through 2003.  The results show that the shallow, upstream reservoirs
16    (Keno and J.C. Boyle) do not exhibit long term, stable thermal stratification in the summer, and the
17    difference between surface water temperatures and the bottom is typically less than 2°C.

18        Temperatures in the J.C. Boyle bypassed reach are modified by the contribution of about 250 to
19    300 cfs of groundwater spring flow within the reach.  The associated cool water input from the bypassed
20    reach during the summer, combined with the fluctuation in discharge from the J.C. Boyle powerhouse
21    during normal operations, results in an increase in the daily water temperature range in the Klamath River
22    in the peaking reach (figure 3-22, top plot).  The diurnal pattern of water temperature variation is similar
23    to sites not affected by peaking operation.  The range of daily water temperature variation below the
24    powerhouse is greatly reduced, relative to unaffected sites, under conditions of constant daily discharge
25    (figure 3-22, lower plot).

26        PacifiCorp's vertical temperature profiles near the dams at Copco and Iron Gate reservoirs are
27    based on continuously recording meters placed at 1 meter intervals from the surface to near the bottom.
28    The profile data show seasonal (spring through fall) thermal stratification of both reservoirs into three
29    layers:  (1) the warm, upper layer referred to as the epilimnion; (2) the metalimnion, which has a strong
30    thermal gradient; and (3) the cold, deep hypolimnion.  The epilimnion begins to form in early spring,
31    reaching maximum temperatures approaching 25°C during late July, and then gradually cools to winter
32    minimum temperatures typically around 5°C.  Year-round temperatures in the deeper portions (the
33    hypolimnion when the reservoir stratifies) of Iron Gate reservoir typically remain below 10°C.  The depth
34    of the metalimnion varies by season, expanding as surface temperatures rise.  By mid-summer, the depth
35    of the metalimnion is around 50 feet in both Copco and Iron Gate reservoirs.  Thermal stratification
36    begins to break down by October (figure 3-23) and by November, relatively uniform temperatures,
37    generally between 6 and 8°C, exist throughout the water column in Copco and Iron Gate reservoirs.

38        The surface waters of Copco and Iron Gate reservoirs are also subject to diurnal water
39    temperature changes as a result of solar heating and variation on the order of several days in response to
40    changing weather patterns.  Diurnal variations are not evident in the deeper waters of these reservoirs
41    because they are isolated by the thermal gradient.

EPA1168

Table 3-25.   Average water temperature data for stream reaches within the Klamath River Basin affected by project operation, 2000–2004.  (Source:  PacifiCorp, 2004a, as modified by staff).

| Station | Average Monthly Temperature (°C) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | March | April | May | June | July | Aug | Sept | Oct | Nov |
| Upper Klamath Lake at Freemont St. Bridge | 7.3 | 18.6 | 12.9 | | 20.4 | | 21.1 | 13.1 | 5.6 |
| Link River[a] | 7.7 | 10.2 | 12.8 | 18.6 | 22.3 | 21.4 | 17.5 | 12.5 | 6.7 |
| Klamath Irrigation Project[b] | | | 12.9 | 18.4 | 22.2 | 22.3 | 18.4 | 12.8 | 7.3 |
| Keno reservoir[c] | 7.8 | 9.4 | 12.9 | 18.7 | 22.4 | 20.8 | 18.0 | 12.8 | 5.6 |
| Klamath River below Keno dam | 8.2 | 10.6 | 13.7 | 19.9 | 23.2 | 21.1 | 16.9 | 14.1 | 5.5 |
| Klamath River above J.C. Boyle reservoir | 8.9 | 11.2 | 13.5 | 20.3 | 22.2 | 21.1 | 16.6 | 14.3 | 6.2 |
| J.C. Boyle reservoir at log boom (top 8m) | 7.7 | 11.9 | 13.5 | 19.7 | 21.9 | 22.5 | 17.2 | 12.8 | 6.1 |
| J.C. Boyle bypassed reach, directly below J.C. Boyle dam | 7.7 | 11.2 | 14.4 | 20.7 | 23.3 | 21.7 | 16.5 | 13.5 | 9.0 |
| J.C. Boyle bypassed reach (bottom of reach) | 9.7 | 10.8 | 12.0 | 14.8 | 15.8 | 14.9 | 12.7 | 12.0 | 11.2 |
| J.C. Boyle powerhouse tailrace | 7.9 | | 13.7 | 13.1 | 22.0 | 21.8 | 16.7 | | |
| Klamath River near state line (peaking reach) | | | 12.8 | | 18.7 | | 14.0 | | |
| Klamath River below state line (peaking reach) | | | 12.8 | | 21.1 | | 15.2 | | |
| Klamath River above Shovel Creek (peaking reach) | 8.0 | 9.9 | 16.6 | 19.0 | 19.3 | 18.5 | 15.2 | 11.4 | 7.1 |
| Copco reservoir (top 8 m) near Copco | 7.2 | 12.1 | 15.1 | 19.8 | 21.9 | 22.2 | 18.1 | 15.3 | 9.1 |
| Copco reservoir outflow | 7.6 | 11.3 | 15.0 | 19.8 | 21.4 | 21.4 | 17.6 | 15.2 | 8.9 |
| Fall Creek | 9.8 | 8.8 | 10.2 | 12.7 | 12.5 | 13.3 | 10.1 | 11.1 | 8.9 |
| Jenny Creek | 6.4 | 11.7 | 14.5 | 19.6 | 22.2 | 22.5 | 19.5 | 16.2 | 10.5 |
| Iron Gate reservoir (top 9 m) near Hornbrook | 6.4 | 11.7 | 14.9 | 19.7 | 22.3 | 22.6 | 19.2 | 16.2 | 10.6 |
| Iron Gate dam outflow | | | 17.0 | 23.2 | 25.2 | 24.5 | 17.8 | 15.9 | 10.8 |
| Klamath River upstream of Shasta River | 8.0 | 5.4 | 10.8 | 16.7 | 20.8 | 20.7 | 13.0 | 13.1 | 7.2 |

[a]   Sampling points include Link River near East Side powerhouse and Link River at mouth.

[b]   Sampling points include: Lost River diversion canal at Klamath River, Klamath Straits drain pumping plant F, and Klamath Straits drain 200 feet downstream of pumping plant F. During March and April, only a single temperature reading was taken, and we do not consider those values to be representative of the average monthly inflow from the Klamath Irrigation Project; consequently, we do not report them.

[c]   Sampling points include south-side bypass bridge, Miller Island boat ramp, upstream of Klamath Straits drain, between Klamath Straits drain and Keno dam, Keno Bridge (Highway 66), and Keno dam log boom.

3-97

EPA1169





Note:    KR22828 (upper curve in both plots) – Klamath River above J.C. Boyle reservoir, KR21970
         (lower curve in both plots) – Klamath River at the USGS gage below J.C. Boyle powerhouse.

Figure 3-22.    Water temperatures measured above and below the J.C. Boyle development
                during peaking operation (top) and during non-peaking flow (bottom), 2002.
                (Source:  PacifiCorp, 2004a)

3-98

EPA1170

1



2



3
4   Figure 3-23.        Average monthly temperature profiles for Copco (2002-top) and Iron Gate
5                       (2001-bottom).  (Source:  PacifiCorp, 2004a, as modified by staff)

6           The bottom of the Copco powerhouse intake structure is about 32 feet below full pool, and the
7   bottom of the Iron Gate intake structure is about 30 feet below full pool.  This results in water that passes
8   through the Copco and Iron Gate powerhouses typically originating from the epilimnion during periods
9   when the reservoirs are stratified.  Figure 3-24 illustrates the close correlation of the water temperature
10  discharged from the Iron Gate powerhouse to the water temperature measured 10 feet below the surface
11  (epilimnetic water) immediately upstream of Iron Gate dam during the late fall and early spring months.
12  Examination of PacifiCorp profile data indicates that, during the summer and early fall months when the
13  reservoir is stratified, temperatures in the outfall are comparable to (within a few degrees of) water at
14  depths between 10 and 30 feet in Iron Gate reservoir.

3-99

EPA1171



1

2    Figure 3-24.        Daily average water temperature data from below Iron Gate dam and from a
3                        depth of 10 feet in the Iron Gate reservoir.  (Source:  PacifiCorp, 2004a)

4            PacifiCorp monitored the temperatures in Fall and Jenny Creeks in 2002 and Spring Creek in
5    2004 as part of the relicensing sampling effort to characterize the thermal regime.  Fall Creek is generally
6    cold year-round and did not exceed $14^{?}$C degrees during the summer.  Temperatures in Jenny Creek
7    experience strong seasonal variability.  Monthly sampling results indicate that the creek warms from less
8    than $10^{?}$C in the spring to above $20^{?}$C in July and August (see table 3-25), which corresponds to the
9    period of the lowest flows of the year.  The 7-day average daily maximum in Jenny Creek above the
10   Spring Creek confluence exceeded $25^{?}$C during the warmest part of the year.  PacifiCorp monitoring in
11   Spring Creek below the diversion point indicated that temperatures never reached $20^{?}$C (PacifiCorp,
12   2004i).  PacifiCorp concluded that, when it stopped diverting water from Spring Creek, water
13   temperatures decreased by between 1 and 2°C in Jenny Creek below the Spring Creek confluence with
14   Jenny Creek; but that the actual benefit to Jenny Creek appears localized.

15           EPA has organized temperature data compiled for Klamath River TMDL[37] model development to
16   present statistical trends in the data (mean, minimum, maximum) at sites downstream of Iron Gate dam.
17   Figures 3-25 through 3-27 show the mean, minimum, and maximum water temperatures for seven sites
18   below Iron Gate where there were more than 10 samples for each of the critical months of June, July, and
19   August.  In June, water temperatures range from about 16 to $22^{?}$C, while in July, temperatures range from
20   16 to $26^{?}$C.  In August the minimum temperatures are higher but the maximum temperatures are lower
21   than in July.

[37]Section 303(d) of the Clean Water Act requires that states establish a TMDL for any waterbody
designated as water quality limited (CWA 303[d] list).  TMDLs are written plans with an analysis that
establishes what steps will be taken so that waterbodies will attain and maintain water quality levels
specified in water quality standards.

3-100

EPA1172



1
2    Figure 3-25.    June minimum, average, and maximum temperatures along the Klamath River
3                        in 1996 and 1997.  (Source:  PacifiCorp, 2004a, as modified by staff).



4
5    Figure 3-26.    July minimum, average, and maximum temperature along the Klamath River in
6                        1996 and 1997.  (Source:  PacifiCorp, 2004a, as modified by staff)

3-101

EPA1173



1
2  Figure 3-27.     August minimum, average, and maximum temperature along the Klamath River
3                    in 1996 and 1997.  (Source:  PacifiCorp, 2004a, as modified by staff)

4      *Dissolved Oxygen*

5          Generally, average DO concentrations from samples near the surface are in compliance with
6  applicable criteria; however, seasonal DO concentrations are quite variable (table 3-26).  DO
7  concentrations in Upper Klamath Lake respond to the primary production and respiration needs of the
8  algal blooms and the biological oxygen demand from the aerobic decomposition of organic material in the
9  water and, to a lesser extent, the bottom substrate.  Low DO levels in Upper Klamath Lake have been
10 associated with the period of declining algal blooms, typically in late summer and fall (Perkins et al.,
11 2000).

12         PacifiCorp's DO sampling results from Keno reservoir show a longitudinal gradient; DO
13 increases from Link River to RM 241 (near the mid-point of the reservoir), then decreases to a minimum
14 at RM 238 downstream of Klamath Straits drain, before increasing again toward RM 235, about 2 miles
15 upstream of Keno dam (table 3-27).  This longitudinal gradient persists throughout the year.  Overall, DO
16 levels in Keno reservoir from June through September are below 6 mg/L, and some sites average below 4
17 mg/L in July and August.

18

EPA1174

Table 3-26. Average DO data for stream reaches and the top 9 meters of reservoirs within the Klamath River Basin affected by project operation, 2000–2004. (Source: PacifiCorp. 2004a, as modified by staff)

| Station | Average Monthly DO (mg/L) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | March | April | May | June | July | Aug | Sept | Oct | Nov |
| Upper Klamath Lake at Freemont St. Bridge | 10.5 | 11.7 | 9.8 | | 7.1 | | 8.0 | | |
| Link River[a] | 10.8 | 9.7 | 9.4 | 8.7 | 6.8 | 6.5 | 9.2 | 9.3 | 11.5 |
| Klamath Irrigation Project[b] | 8.5 | 10.0 | 7.4 | 6.5 | 2.4 | 2.3 | 4.1 | 9.1 | 7.1 |
| Keno reservoir[c] | 12.7 | 6.5 | 8.8 | 8.0 | 4.3 | 4.5 | 6.2 | 5.5 | 6.8 |
| Klamath River below Keno dam | 10.9 | 10.4 | 9.9 | 8.8 | 6.8 | 7.4 | 9.2 | 7.1 | 10.9 |
| Klamath River above J.C. Boyle reservoir | 10.4 | 10.4 | 9.9 | 8.6 | 7.3 | 8.2 | 8.7 | 8.3 | 12.5 |
| J.C. Boyle reservoir at log boom (top 8 m) | 10.0 | 9.0 | 10.4 | 7.3 | 5.9 | 4.5 | 7.9 | 8.2 | 10.3 |
| J.C. Boyle bypassed reach, immediately below the dam | 11.2 | 10.1 | 9.2 | 8.2 | 6.3 | 7.7 | 9.0 | 8.7 | 11.8 |
| J.C. Boyle bypassed reach (bottom of reach) | 11.2 | 10.8 | 10.3 | 9.8 | 8.9 | 9.8 | 10.0 | 9.4 | 11.7 |
| J.C. Boyle powerhouse tailrace | 11.3 | | 8.6 | 10.2 | 6.8 | 5.3 | 8.7 | | 9.9 |
| Klamath River near state line (peaking reach) | | | 8.9 | | 7.2 | | 7.7 | | |
| Klamath River below state line (peaking reach) | | | 10.1 | | 7.5 | | 8.5 | | |
| Klamath River above Shovel Creek (peaking reach) | 11.4 | 11.2 | 9.5 | 8.8 | 9.1 | 9.5 | 9.8 | 9.8 | 11.5 |
| Copco reservoir (top 8m) near Copco | 11.2 | 9.9 | 9.4 | 8.7 | 9.4 | 9.8 | 8.3 | 8.7 | 8.6 |
| Copco reservoir outflow | 10.6 | 9.7 | 9.1 | 8.5 | 6.9 | 8.0 | 7.4 | 7.4 | 9.8 |
| Fall Creek | 10.9 | 11.3 | 10.7 | 10.2 | 10.6 | 10.6 | 11.4 | 8.6 | 11.7 |
| Jenny Creek | 12.0 | 12.2 | 10.8 | 9.4 | 9.0 | 9.0 | 10.6 | 8.5 | 12.2 |
| Iron Gate reservoir (top 9m) near Hornbrook | 12.1 | 10.2 | 10.0 | 8.9 | 7.4 | 8.3 | 7.8 | 7.1 | 7.2 |
| Iron Gate dam outflow | 12.2 | 10.5 | 10.2 | 9.1 | 8.3 | 8.4 | 7.4 | 7.1 | 8.7 |
| Klamath River upstream of Shasta River | | | 11.2 | 10.4 | 10.5 | 10.2 | 9.7 | 8.4 | 11.5 |

a   Sampling points include: Link River near East Side powerhouse and Link River at mouth.

b   Sampling points include: Lost River diversion canal at Klamath River, Klamath Straits drain pumping plant F, and Klamath Straits drain 200 feet downstream of pumping plant F.

c   Sampling points include: south-side bypass bridge, Miller Island boat ramp, upstream of Klamath Straits drain, between Klamath Straits drain and Keno dam, Keno Bridge (Highway 66), and Keno dam log boom.

3-103

EPA1175

1  Table 3-27.    Average DO data within Keno reservoir, 2000-2004. (Source: PacifiCorp,
2                2004a, as modified by staff)

| Station | Average Monthly DO (mg/L) in Keno reservoir | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | March | April | May | June | July | Aug | Sept | Oct | Nov |
| South-side bypass bridge (RM 250.79) | | 6.8 | 9.0 | 7.8 | 4.8 | 3.7 | 5.3 | 6.2 | |
| Miller Island boat ramp (RM 245.89) | | 5.2 | 8.6 | 8.5 | 4.6 | 2.4 | 3.7 | 3.5 | 5.5 |
| Upstream of Klamath Straits (RM 241.48) | | | 9.2 | 8.9 | 5.6 | 7.6 | 8.6 | 5.6 | |
| Directly south of hill 4315 (RM 238.28) | | 5.8 | 8.9 | 7.4 | 3.0 | 4.5 | 7.8 | 6.5 | |
| Keno bridge (Highway 66) (RM 234.90) | 12.7 | 7.3 | 8.5 | 7.9 | 3.7 | 5.0 | 6.7 | 6.0 | 7.5 |
| Keno dam at log boom, near surface (RM 233.60) | | | | 8.8 | 7.1 | 3.2 | 6.4 | 4.7 | 6.9 |
| Keno dam at log boom, near bottom (RM 233.60) | | | 6.1 | 4.4 | 3.5 | 0.8 | 0.8 | 4.0 | 6.6 |

3        Table 3-28 shows average DO concentrations at three sampling locations within Keno reservoir
4  during May, July, and October 2002. In May, the entire reservoir is fairly well oxygenated but by July
5  the sites in the middle and downstream portions of the reservoir are experiencing low DO values at depth.
6  In October, the reservoir at the Miller Island boat ramp site is still experiencing low DO values
7  throughout the entire water column while further downstream at RM 238.28 the top 2 meters the average
8  DO concentration is above 9.0 mg/L.

9  Table 3-28.    Average DO concentrations from representative profiles in Keno reservoir during
10               May, July, and October, 2002. (Source: PacifiCorp, 2004a, as modified by staff)

| Depth (m) | Link River (mouth) RM 253.12 | | | Miller Island boat ramp RM 245.89 | | | Between Klamath Straits Drain and Keno dam RM 238.28 | | |
|---|---|---|---|---|---|---|---|---|---|
| | May | July | October | May | July | October | May | July | October |
| Surface | 9.8 | 6.5 | 9.0 | 8.6 | 7.7 | 4.1 | 9.1 | 5.3 | 9.2 |
| 1 | 9.5 | 7.6 | 9.0 | 8.5 | 4.9 | 3.9 | 8.8 | 3.3 | 9.3 |
| 2 | 9.4 | 6.7 | 9.0 | 8.6 | 3.0 | 3.8 | 9.1 | 2.2 | 7.0 |
| 3 | 9.4 | 5.7 | 8.7 | 8.7 | 3.5 | 3.4 | 9.1 | 2.1 | 5.2 |
| 4 | | | | | 2.2 | 3.3 | 9.0 | 2.0 | 4.5 |
| 5 | | | | | 0.1 | 1.1 | 8.6 | 1.9 | 3.0 |
| 6 | | | | | | | | 0.1 | |

11        Except for a localized area at the J.C. Boyle reservoir log boom where DO levels average less
12  than 5.0 mg/L in July and August, DO levels were recorded near saturation in the free-flowing reach
13  downstream of Keno dam to Copco reservoir. The operation of J.C. Boyle dam in peaking mode seems to
14  have negligible effect on DO concentrations in the peaking reach because the free-flowing river upstream
15  of J.C. Boyle provides ample opportunity for aeration (see table 3-26).

16        The thermal stratification in Copco and Iron Gate reservoirs isolates the bottom waters from the
17  rest of the water column. Biological and sediment oxygen demand in Copco (and to a lesser extent in
18  Iron Gate) reservoir in the summer (most likely resulting from aerobic decomposition of dead algae and
19  other organic matter) cause the hypolimnion to lose oxygen.

EPA1176

1    Figure 3-28 shows DO concentrations near the surface are high and near saturation at the
2 corresponding water temperatures. However, as the summer progresses, the DO gradient between top and
3 bottom becomes greater until the lake mixes in November. DO concentrations are similar throughout the
4 water column as the water remains isothermal until around March when stratification begins to isolate the
5 bottom waters. At 10 meters in Copco reservoir (approximate depth of intakes), DO concentrations in the
6 water ranged between 4.7 and 6.8 mg/L in June, July, August, and September 2002. In Iron Gate
7 reservoir, DO measurements taken during the same time period at 12 meters (approximate intake depth)
8 ranged from 0.5 mg/L (September) to 6.1 mg/L (June). PacifiCorp recorded average values below the
9 state instantaneous objective of 8.0 mg/L in September and October in the outflow from Iron Gate dam
10 (see table 3-26). Average DO concentrations measured in the outflow from March through November
11 ranged from 7.1 to 12.2 mg/L (six average monthly values were below 10 mg/L, which is at the limit of
12 the annual state water quality objective; see table 3-24) with average values between June and October
13 around 7.9 mg/L. The lowest values were observed in September and October (see table 3-26). Between
14 the Iron Gate dam outflow and Shasta River, the water becomes oxygenated; average values in the
15 Klamath River above the confluence with the Shasta River for June, July, and August were above 10
16 mg/L, with a minimum instantaneous value of 8.2 mg/L. The average DO values for September and
17 October were 9.7 and 8.4 mg/L, respectively, showing that, at times, the river does not aerate the water to
18 concentrations above the state's objective of 10 mg/L.

19  *Nutrients*

20    Water quality in the Klamath River is strongly influenced by the amount of nutrients (particularly
21 the various forms of nitrogen and phosphorous) and algae entering project waters from Upper Klamath
22 Lake. Sediment core studies performed by Eilers et al. (2001) concluded that Upper Klamath Lake has
23 historically been a very productive lake with high nutrient concentrations and blue-green algae for the last
24 1,000 years. Walker (2001) concludes, based on sediment core analysis, that over the past 100 years the
25 water quality of Upper Klamath Lake has changed substantially as consumptive water use practices (e.g.,
26 irrigation, municipal uses) and accompanying changes in land use practices throughout the upper Klamath
27 and Lost River watersheds have increased. Mobilization of phosphorus from agriculture and other non-
28 point sources (Walker, 2001), appears to have pushed the lake into its current hypereutrophic state, which
29 includes algal blooms reaching or approaching theoretical maximum abundance. In addition, algal
30 populations now are strongly dominated by a single blue-green algal cyanobacteria species,
31 *Aphanizomenon flos-aquae* rather than the diatom taxa that dominated blooms before nutrient enrichment
32 (Kann, 1998; Eilers et al., 2001). Blooms of the toxic blue green algae *Microcystis aeruginosa* have also
33 been documented in Upper Klamath Lake (Environmental Health Perspectives, 1999)

34    The TMDL for Upper Klamath and Agency lakes developed in 2002 by Oregon Environmental
35 Quality and approved by EPA identifies these interconnected lakes as hypereutrophic. They have high
36 nutrient loading which promotes correspondingly high production of algae, which in turn, modifies
37 physical and chemical water quality characteristics that can directly diminish the survival and production
38 of fish populations. The TMDL identifies phosphorous loading targets as the primary strategy in
39 improving water quality.

40    There is considerable water quality data available for Upper Klamath Lake, particularly from the
41 past decade as Oregon Environmental Quality prepared the Upper Klamath Lake TMDL. Total
42 phosphorus concentrations in Upper Klamath Lake and its outflow to the Klamath River can exceed 300
43 $\mu$g/L (figure 3-29).

EPA1177



1

2

3     Figure 3-28.     Average DO concentrations at 1 meter intervals in Copco (top) and Iron Gate
4                       (bottom) reservoirs from March through November, 2002. (Source: PacifiCorp,
5                       2004a, as modified by staff)

6         Total phosphorus in Upper Klamath Lake tends to rise during spring and remains elevated
7 through summer (figure 3-30). Oregon Environmental Quality (2002) reports that the spring rise in total
8 phosphorus results mainly from increases in phosphorus loading during spring runoff events from sources
9 external to the lake and that the continued high concentrations in outflow during summer is the result of
10 internal loading to lake waters from nutrient rich sediments and algal bloom die-offs. Oregon
11 Environmental Quality reports that the fall period is when phosphorous levels drop due to phosphorous
12 settling out of the water column into the sediments. On an average annual basis, external sources make
13 up 39 percent and internal sources make up 61 percent of the total phosphorus load (Oregon
14 Environmental Quality, 2002).

EPA1178



Figure 3-29.    Total phosphorous values measured during 1991 to 1999 in Upper Klamath
Lake and its outflow.  (Source:  Oregon Environmental Quality, 2002)



Figure 3-30.    Upper Klamath Lake mean total phosphorus concentrations (1991 – 1998).
(Source:  Oregon Environmental Quality, 2002)

Upper Klamath Lake is also a seasonally substantial source of nitrogen (Kann and Walker, 2001;
Oregon Environmental Quality, 2002).  The primary source for this nitrogen loading is from nitrogen
fixation by *Aphanizomenon*.  Oregon Environmental Quality (2002) reports that the average outflow total
nitrogen load was about 3.5 times the inflow load from 1992 to 1999.  Another potential source is the
mobilization of inorganic nitrogen from lake sediments during anaerobic bacterial decomposition.

Water quality in the project-affected reaches of the Klamath River exhibits the characteristics of
its source waters—Upper Klamath Lake and agricultural returns into Keno reservoir.  Agricultural returns

EPA1179

1    have substantial amounts of sediments, nutrients, and higher temperatures resulting from its course
2    through agricultural fields and canals. Municipal and industrial inflows to Keno reservoir, which
3    represent about 1 percent of the inflow, are additional sources of nutrients.

4         Figure 3-31 shows PacifiCorp monthly total phosphorus and orthophosphate sampling data within
5    Keno reservoir taken in June, July, August, and September from 2000 through 2003. The data show
6    elevated total phosphorous and orthophosphate inputs from the Klamath Straits drain, as measured at
7    pumping plant F. Overall, total phosphorous levels in this reach are high and continue to support
8    extensive algae abundance during the summer months (see later discussion of algae).

9         Downstream of Keno dam, including the J.C. Boyle development, the Klamath River generally
10   becomes steep and free flowing, providing good mixing and aeration. PacifiCorp sampling results from
11   the top and bottom of J.C. Boyle reservoir near the dam show no substantial difference in total
12   phosphorous, orthophosphate, nitrate, and ammonia.

13        Mean total phosphorus concentrations from summer sampling is lower in the J.C. Boyle bypassed
14   reach than at sites upstream, and gradually increases downstream reaching the highest levels observed in
15   PacifiCorp's sampling program in the bottom of Copco reservoir (figure 3-32, top). Mean
16   orthophosphate phosphorus concentration, although slightly lower in the J.C. Boyle bypassed reach, is not
17   markedly different in the peaking reach or waters entering Copco reservoir than it is below Keno dam
18   (figure 3-32, bottom). A USGS water quality study initiated in 1996 (Campbell, 2001) to characterize
19   water quality as it affects anadromous fish production concluded that both total and ortho-phosphorus
20   concentrations have a tendency to increase in a downstream direction from Keno to Iron Gate dams. This
21   conclusion is consistent with PacifiCorp's 2000-2003 data.

22        Oregon Environmental Quality included the Klamath River on the 303(d) list of water quality-
23   impaired water bodies with respect to ammonia, based on data collected from 1985 to 1996. Conditions
24   of pH, temperature, and ammonia-nitrogen concentration during 2000 through 2002 were such that
25   PacifiCorp concluded that a number of sites exceeded the EPA-recommended ammonia toxicity criterion
26   for un-ionized ammonia.[38] Thirty-four percent (178 of 519) of ammonia samples throughout the project
27   area in 2000 through 2002 exceeded the acute toxicity criterion. Most of those samples (64) were from
28   Keno reservoir and water near the bottom of J.C. Boyle (19), Copco (22), and Iron Gate reservoirs (13).

29        According to PacifiCorp's sampling results, nitrogen undergoes somewhat more complex
30   changes than phosphorus. Figure 3-33 shows the minimum, mean, and maximum nitrate and ammonia
31   concentrations in Keno reservoir. Mean concentrations of ammonia are high in the upstream portion of
32   Keno reservoir and decrease downstream with distance from Keno dam (figure 3-34) with the exception
33   of the bottom of Copco reservoir. The pattern of mean nitrate nitrogen concentration is the converse of
34   ammonia nitrogen. Along the Klamath River, nitrate concentrations are quite low in the upper portion of
35   Keno reservoir above Klamath Straits drain and then increase to a high in the bottom of J.C. Boyle
36   reservoir (mean of 0.7 mg/L). Ammonia levels that exceed between 0.232 and 6.06 mg/L on a long-term
37   basis (30-day average continuous concentration) and 0.885 and 32.6 mg/L on a short-term basis (1 hour
38   average) are considered toxic to aquatic life (EPA, 1999). The range of values observed in the peaking
39   reach is fairly narrow (0.1 to 0.8 mg/L) compared to Copco and Iron Gate reservoirs downstream (figure
40   3-34). Results from the 1996 USGS water quality study (Campbell, 2001) showed that ammonia, total
41   Kjeldahl nitrogen, total nitrogen and total organic nitrogen concentrations showed a strong tendency to
42   decrease in a downstream direction and nitrate concentrations tended to increase in a downstream
43   direction. The USGS conclusion for the nitrogen-based nutrients, specifically ammonia and nitrate
44   nitrogen, shows some inconsistencies with PacifiCorp's results.

---

[38]Ammonia toxicity depends on temperature and pH. When salmonids are present, the acute
toxicity level is between 0.885 to 32.6 mg/L at 9.0 and 6.5 pH units, respectively. In general, higher
temperatures and higher pH values in the water result in lower ammonia toxicity criteria.

EPA1180





Figure 3-31.    Minimum, mean and maximum total phosphorous (top) and orthophosphate (bottom) concentrations (mg/L) in the Klamath River between Upper Klamath Lake and Keno dam during June, July, August, and September 2000-2003. (Source: PacifiCorp, 2004a, as modified by staff)

3-109



Figure 3-32.    Minimum, mean and maximum total phosphorous (top) and orthophosphate (bottom) concentrations (mg/L) in the Klamath River from Keno dam to the confluence with the Shasta River during June, July, August, and September 2000-2003.  (Source:  PacifiCorp, 2004a, as modified by staff)

3-110



Figure 3-33.   Minimum, mean, and maximum total nitrate (top) and ammonia (bottom) nitrogen (mg/L) concentrations in the Klamath River between Upper Klamath Lake and Keno dam during June, July, August, and September 2000–2003. (Source:  PacifiCorp, 2004a, as modified by staff)

3-111

EPA1183



Figure 3-34.   Minimum, mean, and maximum total nitrate (top) and ammonia (bottom) nitrogen (mg/L) concentrations in the Klamath River between Keno dam and the confluence with the Shasta River during June, July, August, and September 2000-2003. (Source:  PacifiCorp. 2004a, as modified by staff)

3-112

EPA1184

1       Both Copco and Iron Gate reservoirs nutrient sampling results exhibit the characteristics of
2 productive, stratified lakes. PacifiCorp's data show that Copco reservoir has a much higher annual
3 concentration of ammonia, orthophosphate, total phosphorus, and nitrate in the hypolimnion than in the
4 epilimnion (see figures 3-32 through 3-34). Concentrations of these constituents are at their greatest
5 during the summer months as the reservoir thermally stratifies (table 3-29). PacifiCorp's total phosphorus
6 sampling data from Copco reservoir indicates that the mean values from the hypolimnion are greatest in
7 August and September (0.5 and 0.7 mg/L, respectively); however, by November, when the water column
8 is isothermal, the concentration drops to 0.1 throughout the entire water column. In Iron Gate reservoir,
9 total phosphorous concentrations are the same in both epilimnion and hypolimnion, or even lower in the
10 hypolimnion than the epilimnion and at concentrations well below those seen in Copco reservoir in the
11 summer (figure 3-32, top).

12 Table 3-29.     Mean total phosphate, orthophosphate, and ammonia (mg/L) in Copco and Iron
13                 Gate reservoirs from samples collected between 2000 and 2004. (Source:
14                 PacifiCorp, 2004a, as modified by staff)

| Station | June | July | August | September | October | November |
|---|---|---|---|---|---|---|
| Total Phosphorous | | | | | | |
|    Copco (top 8 m) | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 |
|    Copco (9-19 m) | 0.2 | 0.3 | 0.3 | 0.2 | 0.2 | 0.1 |
|    Copco (20-32 m) | 0.3 | 0.3 | 0.5 | 0.7 | 0.5 | 0.1 |
|    Iron Gate (top 9 m) | 0.2 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 |
|    Iron Gate (9-19 m) | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 |
|    Iron Gate (20-45 m) | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 |
| Orthophosphate | | | | | | |
|    Copco (top 8 m) | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.0 |
|    Copco (9-19 m) | 0.2 | 0.2 | 0.4 | 0.2 | 0.1 | 0.1 |
|    Copco (20-32 m) | 0.2 | 0.3 | 0.4 | 0.6 | 0.5 | 0.0 |
|    Iron Gate (top 9 m) | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 |
|    Iron Gate (9-19 m) | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 |
|    Iron Gate (20-45 m) | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 |
| Ammonia | | | | | | |
|    Copco (top 8 m) | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.1 |
|    Copco (9-19 m) | 0.2 | 0.1 | 0.2 | 0.3 | 0.3 | 0.1 |
|    Copco (20-32 m) | 0.3 | 0.3 | 0.7 | 1.1 | 1.0 | 0.1 |
|    Iron Gate (top 9 m) | 0.1 | 0.0 | 0.1 | 0.1 | 0.2 | 0.1 |
|    Iron Gate (9-19 m) | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 | 0.1 |
|    Iron Gate (20-45 m) | 0.1 | 0.0 | 0.1 | 0.2 | 0.3 | 0.3 |

15       The amount of oxygen present in the water also affects nutrient chemistry. Extended periods of
16 anoxia (low or zero oxygen) promote conditions that result in the reduction of nitrate to ammonia and can
17 lower the oxidation-reduction potential (redox potential – a measure of the electrical potential of ions in
18 the water) to the point that phosphorus is released from the sediment. Such conditions occur regularly in
19 Copco reservoir, especially in August and September, but rarely in Iron Gate reservoir (PacifiCorp,
20 2004a). The differences in redox potential in the reservoirs are reflected in nutrient concentrations in the
21 hypolimnion. Orthophosphate and ammonia are noticeably more abundant in the hypolimnion of Copco
22 reservoir than in Iron Gate reservoir (figures 3-32 and 3-34 and table 3-29).

23       Seasonal changes in water quality constituents below Iron Gate dam are not large (table 3-30).
24 Orthophosphate and total phosphorous concentrations are highest in March with little variability
25 throughout the rest of the year and little difference between the two sampling locations. Ammonia

EPA1185

1  concentrations remain fairly constant throughout the year, with occasional high values in May,
2  September, and October. Notably, ammonia values near Shasta River are considerably higher in October
3  compared to concentrations measured below Iron Gate dam. Nitrate tends to increase slightly in the fall
4  at both sampling locations.

5  Table 3-30.    Water quality constituents at sites sampled downstream from Iron Gate dam.
6                 (Source: PacifiCorp, 2004a; as modified by staff)

| Month | Iron Gate dam outflow, mean 2000-2004 (mg/L) | | | | Above Shasta River, mean of 2002 and 2004 data (mg/L) | | | |
|---|---|---|---|---|---|---|---|---|
|  | TP | PO$_4$ | NH$_3$ | NO$_3$ | TP | PO$_4$ | NH$_3$ | NO$_3$ |
| March | 0.38 | 0.36 | 0.07 | 0.23 | | | | |
| April | 0.16 | 0.08 | 0.05 | 0.34 | | | | |
| May | 0.14 | 0.10 | 0.13 | 0.15 | 0.09 | 0.06 | 0.16 | 0.09 |
| June | 0.17 | 0.15 | 0.10 | 0.18 | 0.13 | 0.09 | 0.06 | 0.02 |
| July | 0.17 | 0.13 | 0.11 | 0.23 | 0.15 | 0.13 | 0.04 | 0.06 |
| August | 0.14 | 0.14 | 0.08 | 0.16 | 0.15 | 0.15 | 0.10 | 0.09 |
| September | 0.19 | 0.14 | 0.14 | 0.44 | 0.14 | 0.11 | 0.15 | 0.21 |
| October | 0.13 | 0.12 | 0.14 | 0.38 | 0.12 | 0.12 | 1.99 | 0.24 |
| November | 0.10 | 0.10 | 0.2 | 0.4 | 0.12 | 0.10 | 0.07 | 0.36 |

7       The ratio of total nitrogen to total phosphorus in the Klamath River system is below 7
8  (median = 6.6). This ratio has been used as an approximate indicator of relative nutrient
9  limitation of phytoplankton in lakes. A ratio of N:P more than about 10:1 (by weight) generally
10 indicates phosphorus limitation. The median N:P ratio in the project area equals 6.6:1, and only
11 about 20 percent of all values are greater than 10:1. This condition holds from Link River dam
12 to Iron Gate dam, which suggests that phytoplankton growth in the Klamath River is strongly
13 nitrogen-limited. Abundant phosphorus, coupled with limited nitrogen and warm water,
14 provides advantageous conditions for nitrogen-fixing species, so it is not surprising that the
15 project reservoirs support blooms of the nitrogen-fixing cyanophyte, *Aphanizomenon flos-aquae.*

16     *Sediment Oxygen Demand*

17     PacifiCorp commissioned a sediment oxygen demand (SOD) study to analyze sediment core
18 samples from Keno, J.C. Boyle, Copco, and Iron Gate reservoirs in 2003. More recently, Eilers and
19 Raymond (2005) performed a similar study in Lost River and Keno reservoir to enhance current TMDL
20 model development. USGS also commissioned SOD sampling in Keno reservoir in 2003.

21     PacifiCorp's study showed that SOD in project reservoirs ranged from 1.5 to 4.7 g/m$^2$/day. SOD
22 in reservoirs above J.C. Boyle dam was all above 2.0 g/m$^2$/day, while SOD in Copco and Iron Gate
23 reservoir was between 1.0 and 2.0 g/m$^2$/day. Results from Eilers and Raymond (2005) are consistent with
24 PacifiCorp's work where SOD in the Lost River and Lake Ewauna ranged from 1.32 to 3.61 g/m$^2$/day.
25 The results indicate that the oxygen dynamics of the upper study area, especially at Keno reservoir, are
26 controlled to a large extent by the nature of the water entering the system rather than sediment/water
27 interactions in the impounded areas. Where anaerobic conditions exist for extended periods, nutrients and
28 other constituents can be released from the sediment, and such effects may play a larger role in water
29 quality dynamics in the hypolimnion in Copco and Iron Gate reservoirs.

30     SOD rates measured by USGS in June 2003 (USGS, 2003) at 16 sites in Keno reservoir and
31 published as provisional results ranged from 0.6 to 3.11 (median of 2.15) g/m$^2$/day. Results from the
32 Eilers and Raymond 2005 study are consistent with results of the earlier Eilers and Gubala study and
33 USGS (2003). PacifiCorp concludes that, although sediments exert an oxygen demand, the SOD in the
34 water column is less than the biological demand in Keno and J.C. Boyle reservoirs.

EPA1186

1    Water enters Keno reservoir with a substantial biological oxygen demand (BOD) present,
2    presumably derived from decomposition of the entrained cyanobacteria (Eilers and Gubala, 2003). Eilers
3    and Gubala (2003) conclude that BOD in the waters of the Lake Ewauna (upper) portion of Keno
4    reservoir overshadows the effects of the sediment in the lower portion of Keno reservoir and J.C. Boyle
5    reservoir to a considerable degree. In Copco and Iron Gate reservoirs, BOD is lower and sediment effects
6    become a more important influence on the quality of the overlying water.

7    *Algae*

8    Algae within the Klamath River are an important component to the overall water quality and
9    water chemistry processes affecting water quality within the system. The seasonal blooms and die offs of
10   algae in response to conditions within the water at various locations throughout Upper Klamath Lake and
11   the project waters have consequences throughout the entire system. In Upper Klamath Lake, algae
12   productivity is associated with DO that shows extreme daily variation (high during the day and low at
13   night) and elevated pH and free ammonia concentrations that do not meet Oregon's water quality
14   standards (Kann and Walker, 2001; Walker, 2001), and chlorophyll *a* concentrations (a surrogate measure
15   of planktonic algae abundance) exceeding 200 μL/L are frequently observed during the summer months[39]
16   (Kann and Walker, 2001). Carlson Trophic State Index (TSI)[40] values calculated from PacifiCorp
17   monitoring data (based on chlorophyll *a* concentrations) for Upper Klamath Lake at the Freemont St.
18   Bridge range from 55 in May to 77 in June.

19   As expected, chlorophyll *a* concentrations are higher in the reservoirs than the river sections
20   directly upstream except for Link River. The average chlorophyll *a* concentration entering Keno
21   reservoir from Link River is 57 μg/L with a peak concentration of 257 μg/L in July. Peak algal
22   abundance (chlorophyll *a* concentrations near 300 μg/L) in Keno reservoir occurs in June. TSI index
23   values based on monthly chlorophyll *a* in Keno in July, August, and September ranged from 64 to 70.

24   Water entering J.C. Boyle reservoir has an average chlorophyll *a* concentration of 14.5 μg/L with
25   a peak concentration of 58 μg/l. Chlorophyll *a* concentrations steadily decrease downstream of the J.C.
26   Boyle powerhouse. The average and peak chlorophyll *a* concentration in the peaking reach is 7.8 μg/L
27   and 23 μg/L, respectively. Sampling results near the Copco and Iron Gate dams show that both reservoirs
28   are highly productive. The average and peak chlorophyll *a* values at Copco reservoir were 10.7 μg/L and
29   44 μg/L, respectively, and at Iron Gate reservoir, 10.3 μg/L and 58.0 μg/L, respectively. The chlorophyll
30   *a* concentrations in both reservoirs varies seasonally (figure 3-35). Generally, monthly Carlson TSI
31   values for chlorophyll *a* decrease from upstream to downstream in Keno, J.C. Boyle, and Copco
32   reservoirs with all values in Copco in the 40 to 50 range. TSI values in Iron Gate are slightly higher than
33   those calculated for Copco, but within the same range. There is a predictable sequence of algal taxa in
34   both reservoirs. During March there is typically a bloom of diatoms, followed by a period of relatively
35   low chlorophyll abundance. Chlorophyll usually peaks in August and September when dense blooms of
36   the nitrogen-fixing cyanophyte (blue-green alga) *Aphanizomenon flos-aquae* occur.

---

[39]The Organization for Economic Cooperation and Development has established lake
classifications for various levels of biological productivity. Lakes with a mean of 25 ug/L or a peak
concentration of 75 μl/L of chlorophyll *a* respectively are considered hypereutrophic (Phillip Williams
and Associates, 2001). Wetzel (2001) defines freshwater lakes with concentrations of chlorophyll *a*
greater than 10 μg/L as eutrophic (Wetzel, 2001).

[40]Carlson TSI is a generally accepted index of trophic status of lakes based on the relationship of
the seasonal means of Secchi disk, chlorophyll *a*, and total phosphorus. Generally, the "greener" the lake,
the higher the TSI number, and the lower the water visibility. Conditions are considered eutrophic when
TSI values are between 51 and 70, and hypereutrophic when values are above 70.

EPA1187



Notes:  The limits of the box enclose the central 50 percent of the distribution. The horizontal line in the middle of the box represents the median value. The vertical lines (whiskers) at the top and the bottom of the box indicate the range of "typical" data values. Whiskers extend to the largest or smallest data point that is within 1.5 times the IQR from the limits of the box. Any values beyond 1.5 times the IQR (possible outliers) are represented individually by asterisks if they are within three times the IQR, and by open circles if they are beyond three times the IQR (probable outliers)

Figure 3-35.    Box plot showing the distribution by month of combined chlorophyll *a* values measured in Copco and Iron Gate reservoirs during 2000 to 2003.  (Source: PacifiCorp, 2004a)

Chlorophyll *a* data filed as part of PacifiCorp's historical water quality database (part of the final license application) shows chlorophyll *a* values below Iron Gate dam.  Figure 3-36 shows the monthly values for sites below Iron Gate dam available in the database.  Chlorophyll *a* concentrations experience the greatest range and highest average at the station closest to Iron Gate dam.  Downstream of the RM 182.38 sampling point, the mean remains relatively even while the range in reported values increases with distance downstream.

EPA1188



1
2    Figure 3-36.        Maximum, mean, and minimum chlorophyll *a* concentrations at four stations
3                       below Iron Gate dam from data collected in 1996 and 1997.  (Source:
4                       PacifiCorp, 2004a, as modified by staff)

5            On January 30, 2005, the Quartz Valley Indian Community filed a letter with the Commission
6    documenting the presence of *Microcystis aeruginosa* and the liver toxin microcystin at Copco reservoir in
7    2004 (letter from A. Peters, chairman of the Quartz Valley Indian Community, to the Commission, dated
8    January 30, 2005).  *Microcystis aeruginosa* blooms historically have been observed in Upper Klamath
9    Lake (Environmental Health Perspectives, 1999) and throughout the Klamath River Basin.  Shoreline and
10   open water locations within Copco and Iron Gate reservoirs sampled by Kahn et al. in 2005 exhibited the
11   presence of the cyanobacteria *Microcystis aeruginosa*, which, in previous samples collected in September
12   2004 and July 2005, produced the potent hepatotoxin (liver toxin) microcystin.  Although toxicity data for
13   the most current samples are not available, it is clear from phytoplankton density data that cyanobacterial
14   blooms have increased in intensity and extent as summer monthly sampling progressed.

15           Cell densities of *Microcystis aeruginosa* exceeded World Health Organization and EPA moderate
16   risk levels[41] at all sampled stations on August 10 and 11, 2005, including at the open-water stations in
17   front of Iron Gate (916,548 cells/mL) and Copco (151,004 cells/mL) dams.  Several of the shoreline
18   stations exceeded the moderate risk cell count level by more than 20 times (memo from Dr. J. Kahn,
19   Aquatic Ecosystem Sciences, LLC., to the Karuk Tribe, the Water Board, and NCRWQCB, dated August
20   19, 2005, filed with the Commission by NCRWQCB, in its letter dated November 15, 2005).  As a result
21   of these recent samples, the Water Board issued a public health advisory (Water Board and California

---

[41]The World Health Organization and EPA state that, for recreational bathing waters, a moderate
risk level is 50 µg/L chlorophyll *a*, 100,000 cells/mL or 20 µg/L microcystin in the top 4 meters of
surface waters (Falconer et al., 1999; Chorus and Cavalieri, 2000).

EPA1189

1   EPA, 2005). The advisory stated that the concentrations of the *Microcystis aeruginosa* cyanobacteria
2   levels and resulting microcystin toxin detected in samples collected from both shoreline and open water
3   locations in Copco and Iron Gate reservoirs pose a significant potential threat of adverse health effects on
4   human and animals exposed through direct ingestion of contaminated water as well as incidental ingestion
5   during recreational water activities and bathing.

6   PacifiCorp also performed phytoplankton sampling from 2001 to 2004 at 21 sites along the
7   Klamath River in the vicinity of the Klamath Hydroelectric project including Upper Klamath Lake and its
8   tributaries. Results show that the highest mean algal abundance (measured as over 7,500 units/ml), were
9   observed in the Klamath River at the Keno Bridge (Highway 66), Link River, Upper Klamath Lake (at
10  Freemont St. Bridge). Results also show that the blue green algae *Microcystis aeruginosa* was found in
11  about 12 percent of the 462 samples taken throughout the project vicinity; however, the spatial and
12  temporal variability has not been disclosed at this time.

13  Attached algae and rooted vegetation within the Klamath River also play an important role in
14  nutrient dynamics, as well as general river ecology. Because attached algae are in continuous contact
15  with the river, the growth and distribution of the algal communities can affect nutrient fluxes and result in
16  short-term changes in water quality parameters such as dissolved oxygen and pH. The Upper Klamath
17  Lake TMDL recognized that aquatic plants are abundant in portions of the upper Klamath River and in
18  areas dominated by nuisance filamentous green algae species such as *Cladophora,* an algae common in
19  nutrient enriched waters. Field work contracted by EPA sampled 10 sites in the Klamath River below
20  Iron Gate dam to characterize the benthic algae (periphyton) community. Results suggest that there are
21  some major changes in the periphyton community that appear to be controlled to some degree by
22  differences in nutrient availability (Eilers, 2005).

23  Species composition results showed a transition from a *Cocconeis/Diatoma*-dominated
24  community upstream to a system heavily dominated by *Epithemia* downstream. *Cladophora* exhibited
25  the greatest percentage of cover at the Shasta River sampling site where it represented one-half the
26  periphyton community (by bio-volume). The study authors felt compelled to note that the biomass of
27  periphyton was generally low to moderate, which was contrary to their expectations prior to the survey
28  and reasoned that changes in the flow regime (possibly due to Reclamation orders) resulted in a doubling
29  of flow from about 600 cfs around August 15 to about 1,200 cfs near the end of the month, settling at
30  about 800 cfs by September 1, the start of the study. This increase in discharge may have been capable of
31  dislodging filamentous algae that had proliferated under the previous lower flow regime (Eilers, 2005).

32  *pH*

33  The high concentration of algae in Upper Klamath Lake and Keno reservoir influences pH levels
34  because photosynthesis and associated uptake of carbon dioxide results in high pH (basic conditions)
35  during the day and respiration by algae and other organisms at night decreases the pH to more neutral
36  conditions. Monthly average alkalinity (measured as $CaCO_3$) levels in Upper Klamath Lake, Link River,
37  and Keno reservoir are fairly similar ranging between 40 and 50 mg/L with little variability throughout
38  the sampling period. Values of 20 to 200 are typical of freshwater systems, however at lower levels
39  freshwater systems have less buffering capacity, increasing their susceptibility to changes in pH. As
40  expected, Link River water is more alkaline with strong seasonal trends. Concentrations ranged between
41  141 and 259 mg/L with the lowest levels recorded during the summer. PacifiCorp sampled pH as part of
42  its water quality sampling program and collected almost 3,800 pH readings between March and
43  November 2000 to 2004. Average pH values from all PacifiCorp sampling stations on the Klamath River
44  and project reservoirs collected during the 2000 to 2003 study were between 7 and 10 standard units with
45  the higher values coinciding with high algal densities, which typically occur from spring through fall.

46  Annual mean pH values show little variability between Keno reservoir and the bottom of the
47  peaking reach. Water in Keno reservoir has an average pH of 8.2 with a peak pH of 9.4 standard units.

EPA1190

1      Average pH in J.C. Boyle reservoir is 7.8 with a peak of 9.3 standard units. Downstream of J.C. Boyle
2      development in the peaking reach (Klamath River just above Shovel Creek) the average pH was 8.1 with
3      a peak of 8.9 standard units.

4          The pH values in Copco and Iron Gate reservoirs are similar to each other in that the average pH
5      at the surface was 8.2 and 8.1, respectively, while below 20 meters the average pH was 7.3 in Copco and
6      7.2 in Iron Gate with very little difference during June through September (range in Copco epilimnion
7      was 0.7 units and 0.5 in Iron Gate). The range in the hypolimnion of both Copco and Iron Gate reservoirs
8      during the summer was 0.2, indicating that there is little variability in pH at depth within these reservoirs
9      during the summer. Monthly average alkalinity levels within Copco and Iron Gate reservoirs is slightly
10     higher than those recorded in Keno, however none is above 75 mg/L.

11     *Water Clarity*

12         Water clarity is a function of how much suspended material exists in the water and how far light
13     can penetrate. The depth at which light extinction occurs in lakes and reservoirs can be easily measured
14     by using a Secchi disk, which provides an indication of the depth at which the disk is no longer visible to
15     the naked eye. The higher Secchi depth measurements mean greater water clarity. Table 3-31 shows
16     Secchi disk measurements at five representative locations within the project area (the mouth of Link
17     River to Iron Gate reservoir). Water clarity is often influenced by planktonic algae, discussed earlier, and
18     total suspended solids (TSS).

19    Table 3-31.    Secchi depth[a] measurements at representative locations along the Klamath River
20                in 2001 to 2003. (Source: PacifiCorp, 2004a)

| Site Name | Number | Min. | Average | Max. |
|---|---|---|---|---|
| Link River Mouth (RM 253) | 8 | 2.0 | 2.3 | 3.3 |
| Keno Reservoir at Highway 66 Bridge (RM 234) | 14 | 1.3 | 3.3 | 5.2 |
| J.C. Boyle Reservoir (RM 224.8) | 17 | 1.3 | 3.9 | 6.6 |
| Copco Reservoir (RM 198.7) | 25 | 0.6 | 6.2 | 11.2 |
| Iron Gate Reservoir (RM 190.2) | 25 | 3.0 | 7.5 | 13.8 |

21   [a]   The average of the depths at which the Secchi disk disappears and the depth at which it reappears.

22         Measuring water clarity in river reaches requires a more complex sampling device designed to
23     measure the water's turbidity, however, the instrument can be used in both lake and river conditions. A
24     common unit of measure of turbidity is the nephelometric turbidity unit (NTU), which is a standardized
25     measure of clarity based on light scattering in a water sample measured by the meter. The greater the
26     amount of TSS in the water, the murkier it appears and the higher the measured turbidity.

27         Turbidity in project influenced reaches ranged from 0.9 to 184 NTUs (mean of the majority of the
28     sites is below 10 NTUs) between 2002 and 2003 at many of the same locations as temperature and
29     nutrient sampling; however, samples were not collected in the peaking reach. Table 3-32 shows the
30     monthly mean turbidity values reported by PacifiCorp. The maximum reading of 184 NTUs was
31     recorded in the epilimnion of Copco reservoir in May 2003.

EPA1191

Table 3-32.    Mean turbidity (NTUs) in the Klamath River, 2002-2003.  (Source:  PacifiCorp, 2004a, as modified by staff)

| Stations | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov |
|---|---|---|---|---|---|---|---|---|
| Link River[a] | 10.1 | 8.5 | 8.1 | 12.9 | 11.0 | 11.0 | 12.0 | 11.8 |
| Klamath Irrigation Project[b] | | 7.1 | 6.9 | 3.3 | 5.8 | 5.2 | 7.7 | |
| Keno reservoir[c] | 7.8 | 7.0 | 5.0 | 7.2 | 5.6 | 6.7 | 6.0 | 8.8 |
| Klamath River below Keno dam | 13.6 | 9.7 | 5.3 | 31.4 | 14.9 | 4.4 | 6.1 | 8.5 |
| Klamath River above J.C. Boyle reservoir | 13.4 | 9.5 | 6.0 | 7.3 | 11.9 | 3.4 | 4.9 | 8.4 |
| J.C. Boyle reservoir at log boom (top 8 m) | | 8.9 | | 6.5 | | 2.8 | | |
| J.C. Boyle bypassed reach immediately below dam | 14.4 | 10.0 | 6.0 | 7.6 | 4.8 | 2.9 | 3.1 | 7.8 |
| J.C. Boyle bypassed reach (downstream end) | 3.6 | 3.9 | 2.3 | 1.7 | 1.0 | 0.9 | 1.0 | 2.2 |
| Klamath River above Shovel Creek (peaking reach) | 11.4 | 7.5 | 4.8 | 6.8 | 2.1 | 2.0 | 3.1 | 3.8 |
| Copco reservoir (top 8 m) near Copco | | 95.2 | | 5.9 | | 4.1 | | |
| Copco reservoir outflow | 7.0 | 6.1 | 3.0 | 1.7 | 6.7 | 4.0 | 2.3 | 3.8 |
| Iron Gate reservoir (top 9 m) near Hornbrook | | 7.1 | | 2.1 | | 2.3 | | |
| Iron Gate dam outflow | 5.9 | 6.1 | 3.2 | 1.9 | 1.6 | 2.7 | 2.0 | 1.4 |

[a]    Sampling points include:  Link River near East Side powerhouse and Link River at mouth.

[b]    Sampling points include:  Lost River diversion canal at Klamath River, Klamath Straits drain pumping plant F, and Klamath Straits drain 200 feet downstream of pumping plant F.

[c]    Sampling points include south-side bypass bridge, Miller Island boat ramp, upstream of Klamath Straits drain, between Klamath Straits drain and Keno dam, Keno Bridge (Highway 66), and Keno dam log boom.

TSS sampling results from 2003 (the only year sampled by PacifiCorp) indicate that TSS concentration ranged from 0 to 280 mg/L with the mean of Klamath River samples and reservoirs (including the metalimnion and hypolimnion of Copco and Iron Gate reservoir) of 7.9 mg/L.  The maximum reading of 280 mg/L was recorded in the epilimnion of Copco reservoir in May, which corresponds to the same time frame when the maximum turbidity value was measured.  The maximum TSS level recorded in the Copco outflow during the same month was 4.8 mg/L.

*Toxics (Metals and Pesticides)*

PacifiCorp conducted a screening level assessment of chemical contaminants in fish tissue samples taken from Upper Klamath Lake, Keno, J.C. Boyle, Copco, and Iron Gate reservoirs to assess potential threats to humans from the bioaccumulation of toxic substances (PacifiCorp, 2004h).  The Water Board (2004) considers the sampling a screening level analysis only, which provides direction on additional fish tissue and/or sediment sampling, yet to be determined.  Screening level values (based on EPA criteria) for protection of human health used in the study are for recreational fishers and subsistence fishers.  The results of the fish tissue analysis represent an indication of the degree to which toxics may be present in project-influenced water and sediment.  However, because in some cases fish are known to migrate substantial distances, if contaminants are found in fish tissue, they may have originated from habitat outside the project area.

EPA1192

1   All measured fish tissue concentrations for total mercury are well below the screening values for
2   human health. Total mercury concentrations (ppb dry weight) ranged from 0.154 to 2.527. The screening
3   value for wildlife exposure used by PacifiCorp was 2.27 ppb, dry weight. Concentrations measured in
4   largemouth bass from Iron Gate reservoir (two composite samples, 2.299 and 2.527 ppb) and Copco
5   reservoir (a single composite totaling 2.438 ppb) are slightly above the screening value for wildlife
6   exposure. All other measured mercury values were below the screening value for wildlife.

7   Although arsenic was detected in several samples, no concentration exceeded the method
8   reporting limit[42] of 0.3 ppm. Estimated values (those values between the method reporting limit and the
9   method detection limit [0.1 ppm]) for arsenic concentration in samples of largemouth bass from J.C.
10  Boyle, Copco, and Iron Gate reservoirs are below the toxicity screening value for recreational fishers, but
11  equal or exceed the toxicity screening value for subsistence fishers, a level of 0.147 ppm. Estimated
12  arsenic concentrations exceeded the subsistence fishers' toxicity screening value in fish taken from J.C.
13  Boyle (0.19 ppm), Copco (0.19 ppm) and Iron Gate (0.17 ppm) reservoirs. Cadmium and selenium
14  values are below all screening values in all samples. No screening values were available for other metals.

15  DDE and hexachlorobenzene were the only two pesticides or pesticide byproducts detected in the
16  study and were detected below the human health screening values. Some of the fish tissue samples from
17  Upper Klamath Lake and Keno, J.C. Boyle, Copco, and Iron Gate reservoirs exceeded the suggested
18  wildlife screening value for total DDTs, of which DDE is a component. Concentrations of DDE ranged
19  from between the method detection limit of 0.56 ppb and the reporting limit of 2.0 ppb and a maximum of
20  2.91 ppb reported in J.C. Boyle fish. Hexachlorobenzene was detected in only two samples and at levels
21  below the method reporting limit.

22  PCBs were detected in all samples from all of project reservoirs. Total PCB concentrations were
23  less than the screening value for recreational fishers in all samples. Total PCB concentrations exceed the
24  screening value for subsistence fishers in black bullhead from Keno reservoir, and in largemouth bass
25  from J.C. Boyle, Iron Gate, and Copco reservoirs (table 3-33). Total PCB concentrations in all the
26  samples analyzed were less than the toxicity screening value for protection of wildlife.

27  Table 3-33.    Total PCBs found in composite fish tissue samples in Project reservoirs, 2003.
28                 (Source: PacifiCorp, 2004h)

| Site | Species | Total PCB (ppb) |
| --- | --- | --- |
| Upper Klamath Lake | Black Bullhead | 0.846 |
| Upper Klamath Lake | Black Bullhead | 2.015 |
| Keno Reservoir | Black Bullhead | 2.926 |
| J.C. Boyle | Largemouth Bass | 0.885 |
| J.C. Boyle | Largemouth Bass | 1.397 |
| J.C. Boyle | Largemouth Bass | 3.521 |
| Copco Reservoir | Largemouth Bass | 2.822 |
| Copco Reservoir | Largemouth Bass | 2.158 |
| Iron Gate Reservoir | Largemouth Bass | 6.574 |
| Iron Gate Reservoir | Largemouth Bass | 4.909 |

29  Notes:  Method Detection Limit:  Varies
30          Method Reporting Limit:  0.200 ppb
31          Screening Values: Recreational fishers (0.2 ppb); Subsistence fishers (2.45 ppb); Wildlife (100 ppb).

[42]The method detection limit is a statistically derived value, such that if an analyte is measured above this value the laboratory is 99 percent confident that the constituent is present at a value above this level. The method reporting limit is the limit at which the laboratory is confident about the measurement of the presence of the actual target analyte as determined within the sample matrix. Hence, values measured above the method detection limit but below the reporting detection limit are considered estimated values.

3-121

EPA1193

1       *Aesthetics*

2       Recreational user surveys conducted by PacifiCorp in the project area in 2001 contained
3   information from some respondents on the public's perception of water quality. Thirty-eight percent of
4   respondents in the project area said that water quality had detracted from their visit. Table 3-34
5   summarizes their responses.

6   Table 3-34.     Perceived effect of water quality on recreational visits in the Klamath
7                   Hydroelectric Project study area (yes/no). (Source: PacifiCorp, 2004c)

*Survey Question: Has water quality ever affected your visit to the Klamath River area?*

| Resource Area | Yes (percent) | No (percent) |
|---|---|---|
| Link River/Lake Ewauna/Keno Reservoir | 32 | 68 |
| J.C. Boyle Reservoir | 39 | 61 |
| Upper Klamath River/Hell's Corner Reach | 61 | 39 |
| Copco Reservoir | 35 | 65 |
| Iron Gate Reservoir | 32 | 68 |
| Study Area (Total) | 38 | 62 |

8       Of those persons who felt that water quality detracted from their visit, the most commonly cited
9   factor was algae or aquatic plants (respondents mentioned "algae, green stuff, muck, seaweed, moss,
10  slime") and the attendant odor. Other factors that were mentioned included dead fish and turbidity. We
11  discuss project-related aesthetics in more detail in section 3.3.7.1.3, *Aesthetic Resources*.

12  **3.3.2.2      Environmental Effects**

13  **3.3.2.2.1      Water Quantity**

14      *Flow and Water Level Monitoring*

15      PacifiCorp's proposed flow and water level regimes for project-influenced reaches and reservoirs
16  and the recommendations of other entities for flow and water level management cover a variety of
17  alternative measures for each project development. Because measures related to flow and water level
18  management primarily pertain to protecting and enhancing aquatic and riparian habitat and recreational
19  opportunities, we discuss the specific aspects of these measures in sections 3.3.3.2, *Aquatic Resources*,
20  3.3.4.2, *Terrestrial Resources*, and 3.3.6.2, *Recreational Resources*.

21      Regardless of the flow and reservoir and river levels that may be specified in a new license, the
22  Commission would require a means to ensure compliance with such license conditions. We discuss
23  means for monitoring flow and water levels for compliance purposes in the following section. Flow and
24  water level gages are in place on many project-affected reaches and reservoirs (table 3-35).

EPA1194

1   exceptions (i.e., to accommodate routine maintenance of withdrawal systems of irrigators and other
2   consumptive water users at Keno reservoir and extreme natural flow events) emphasize the importance of
3   establishing a project operations coordination plan to ensure that operation of Keno development, if it
4   remains under the Commission's jurisdiction, is consistent with the resource needs of those parties
5   affected by its operation.

6         However, should the Commission determine that Keno development is not jurisdictional,
7   PacifiCorp would still need to coordinate with Reclamation to ensure that flows released from Iron Gate
8   development are consistent with Reclamation's BiOp for the protection of coho salmon (NMFS, 2002).
9   Including Reclamation among the consulted entities during the development of a project operations
10  coordination and monitoring plan would ensure that Reclamation's BiOp responsibilities are met by
11  PacifiCorp's operation of the Klamath Hydroelectric Project, regardless of which specific developments
12  are included in a new license for the project.

13        Oregon law, as interpreted by the Oregon Water Resources Department, determines water rights
14  related to withdrawals from Upper Klamath Lake or Keno reservoir. Any water rights disputes that arise
15  in Oregon between Reclamation and PacifiCorp would be for that department to resolve. The
16  Commission would not attempt to resolve any issues regarding whether Klamath River water should be
17  used for consumptive purposes by clients of the Klamath Irrigation Project or for hydroelectric purposes,
18  if such use would conflict with established consumptive purposes.

19     **3.3.2.2.2    Water Quality**

20     *Keno Reservoir Water Quality Management*

21        Currently, water quality within Keno reservoir does not meet state objectives and a TMDL for the
22  Klamath River is currently underway to address elevated pH, ammonia, nutrients, temperatures,
23  chlorophyll *a*, and low DO concentrations. PacifiCorp states that poor quality of inputs and not project
24  operations are the cause of poor water quality throughout the project area. The combination of
25  hypereutrophic water in Upper Klamath Lake and the extensive amount of irrigated lands
26  supported by the Klamath River, supply (at times), nutrient enriched water to Keno reservoir. During
27  summer, conditions in Keno reservoir are ideal for algal blooms; elevated water temperatures, ample
28  sunlight, and elevated nutrient levels from the greater percentage of enriched flow from Klamath Straits
29  drain. The resultant algal blooms exacerbate water quality problems by affecting pH and DO, and may
30  potentially include blooms of *Microcystis aeruginosa*, which produce a toxin that can be a threat to
31  human health (discussed later in this section). Isolating the nutrient loading and the effect of Keno
32  reservoir on water quality from Upper Klamath Lake, non-point sources, and internal loading has yet to
33  be performed; however, the TMDL analysis currently underway will identify these loads.

34        In its license application, PacifiCorp did not include Keno development as part of its proposed
35  Klamath Hydroelectric Project, and it stated that it does not believe Keno dam is rightly under the
36  Commission's jurisdiction, due to its lack of influence on hydropower production. PacifiCorp states that
37  it would continue to own the dam and appurtenant facilities; however, it would relinquish all hydropower
38  responsibilities associated with the current license and would operate the development according to state
39  of Oregon and Reclamation direction. Future jurisdictional authority could affect environmental
40  stewardship, which could affect the water quality within Keno reservoir and downstream. We cannot pre-
41  judge the Commission's determination of whether Keno development should continue to be under its
42  jurisdiction. Therefore, we discuss the management of the reservoir and its role in water quality in the
43  event that Keno development remains jurisdictional and a part of the project.

44        NMFS recommends that within 1 year of license issuance, PacifiCorp develop, in consultation
45  with the agencies, a plan to manage Keno reservoir to improve water quality for fish habitat and meet
46  water quality standards as measured immediately downstream of Keno dam. NMFS indicates that

EPA1195

1    possible measures that could be implemented under this plan include restoration of wetlands, treatment
2    wetlands, mechanical aeration, and mechanical removal of algae. Should Reclamation develop such a
3    plan that addresses water quality issues at Keno reservoir before, PacifiCorp would incorporate
4    Reclamation's plan into its plan under NMFS' direction. FWS makes a similar recommendation to that of
5    NMFS except as a precursor to the development of the plan, PacifiCorp would form and lead a regional
6    team within 1 year of license issuance whose purpose would be to study and develop a Keno reservoir
7    water quality plan. The plan would be filed with the Commission within 2 years of license issuance
8    (rather than the 1 year specified by NMFS).

9        Oregon Water Resources recommends that PacifiCorp should be prepared to address Keno dam's
10   share of TMDL effects on temperature, algae, and DO levels in Keno reservoir and the Klamath River.
11   The Klamath Tribe recommends that PacifiCorp fund efforts to plan and implement measures to
12   ameliorate water quality problems generated within Keno reservoir.

13       *Our Analysis*

14       There is no disputing that the quality of water entering, within, and leaving Keno reservoir is
15   degraded. However, the degree to which the presence of Keno dam influences that water quality is not as
16   clear. The dam and its impoundment affect water quality primarily by increasing surface area and
17   hydraulic retention time. This increases water temperature and facilitates photosynthetic and microbial
18   processes that can degrade water quality, by causing DO and pH fluctuations, and increases in
19   concentrations of nitrogenous compounds, including ammonia and other nitrogen species. Because the
20   rate of flow through the reservoir is largely a function of Reclamation's need to meet the 2002 BiOp
21   flows below Iron Gate dam, it appears that water quality problems in Keno reservoir would be the same
22   whether or not Keno dam remains part of the project. In that sense, it is the presence of the dam (and
23   associated reservoir), rather than its specific use, that contributes to the observed water quality
24   degradation.

25       Ongoing TMDL studies are designed to establish the appropriate load for various pollutants that
26   the Klamath River can assimilate. If point sources of pollution are identified in the watershed that cause
27   the allocated TMDL to be exceeded, corrective actions would be identified through the National Pollution
28   Discharge Elimination System (NPDES) permit process. However, past precedent has not identified
29   water that passes through a hydroelectric dam as representing a point source of pollution, and thus an
30   NPDES permit is typically not required. In a proposed rule that would amend the Clean Water Act,
31   issued on June 7, 2006, EPA seeks to clarify that water transfers are not subject to NPDES permit
32   requirements because no addition of a pollutant occurs (Federal Register: June 7, 2006. Volume 71,
33   Number 109, pages 32,887 to 32,895). The proposed rule specifically states that "the movement of water
34   through a dam is not water transfer because the dam merely conveys water from one location to another
35   within the same waterbody." EPA notes in its proposed rule that pollutants in transferred water would
36   best be addressed at the source by the states through such mechanisms as water resource planning, land
37   use regulations, and conditions of a water quality certification.

38       We agree with EPA that an effective approach to addressing water quality issues for water
39   passing through hydroelectric dams is through water resource planning. Such planning is already
40   occurring in the project area through the TMDL process and the ongoing development of Reclamation's
41   Conservation Implementation Program for the Klamath Irrigation Project (the most recent version of the
42   plan was issued in February 2006). If Keno development is determined to be jurisdictional, it would be
43   appropriate for PacifiCorp to participate in cooperative water resource planning with the relevant agencies
44   to identify feasible means for improving the quality of water released from Keno dam. We consider
45   measures to reduce nutrient loading in Keno reservoir and in downstream project waters to be the most
46   likely remedial measure that would come out of such cooperative planning. If nutrients are reduced, algal
47   production would decrease and the resultant DO regime would be enhanced. By assessing feasible
48   methods of reducing nutrient loading from Keno dam to downstream project waters, it may be possible to

EPA1196

1   curtail project-related effects at Copco and Iron Gate reservoirs. However, because the water quality at
2   Keno reservoir influences water quality at all downstream project developments, development of a water
3   quality management plan that encompasses all project waters, not just Keno reservoir, should be
4   considered when specific remedial measures are developed. Consultation with appropriate resource
5   agencies during the development of such a project-wide plan would ensure that water quality
6   enhancement measures implemented by PacifiCorp would be developed with input from technical experts
7   within resource agencies and coordinated with measures implemented by other parties pursuant to parallel
8   water quality management initiatives. We discuss this approach later in this section under *Project-wide
9   Water Quality Management.*

10              *Water Temperature Remediation*

11              Project operations have the potential to alter the temperature regime of affected waters. Keno and
12  J.C. Boyle reservoirs generally do not stratify during the warmer months of the year (as indicated in
13  section 3.3.2.1.2), and water entering and leaving the reservoir are approximately the same temperature.
14  Lacking a hypolimnion, there are no controllable actions that can be taken to cool water released from
15  either Keno or J.C. Boyle developments. Because Copco and Iron Gate reservoirs thermally stratify
16  during the warmer months of the year (see figure 3-23), the potential exists that structural or operational
17  changes at these projects could be used to reduce the temperature of water released downstream.

18              Figure 3-37 shows simulated water temperatures downstream of Iron Gate dam with and without
19  the project, illustrating the effects of project operations on the downstream temperature regime. In
20  general, the "without project scenario" has warmer temperatures in the spring and cooler temperatures in
21  the summer and fall than the existing condition. This reflects the slower warming and slower cooling
22  associated with the large water mass contained within the reservoir. Temperatures during much of July
23  and August are usually higher than 20$^0$C with little variability. Figure 3-37 is based on 2002 data and
24  represents a dry year resulting in more extreme summer temperatures. Modeling results for other years
25  between 2000 and 2004 can be found in PacifiCorp's response to AIR AR-2 filed by letter dated October
26  14, 2005, which exhibit similar, albeit less extreme, temperature trends. As discussed in section 3.3.2.1,
27  PacifiCorp regularly recorded average daily water temperatures below Iron Gate dam of more than 20°C
28  in June, July, and August between 2000 and 2004. In this section, we discuss the effects of various
29  operational procedures, potential structural modifications, and monitoring. We discuss the relationship
30  between temperatures and aquatic resource needs in section 3.3.3.2, *Aquatic Resources.*

31              In its license application, PacifiCorp originally proposed to evaluate the feasibility and
32  effectiveness of a low-level release of cooler hypolimnetic water from Iron Gate and Copco reservoirs
33  during the summer to provide some cooling downstream of the project. We asked PacifiCorp to conduct
34  this analysis in our AIR dated February 17, 2005 (AR-1). In its response, filed by letter dated August 1,
35  2005, PacifiCorp indicated that none of the preliminary facility or operational modifications they
36  considered would result in any substantial relief to the warm summer and fall temperatures downstream
37  of Iron Gate dam.

38              The Forest Service recommends that the temperature of water released from Copco and Iron Gate
39  dams should be managed to compensate for project cooling effects in spring and warming effects in late
40  summer and early fall. Studies to determine a preferred design of intake structures and an outflow
41  schedule would be conducted, and an effective combination of structure(s) and release operations should
42  be required that would result in the greatest change in degree-days.

EPA1197



1
2    Figure 3-37.        Simulated hourly water temperature below Iron Gate dam (RM 190.5) based on
3                        2002 (considered a dry year) for existing conditions compared to hypothetical
4                        conditions without the existing Klamath Hydroelectric Project. (Source:
5                        PacifiCorp, response to AIR-AR-2, dated October 2005)

6        NMFS recommends that within 1 year of license issuance, PacifiCorp file a temperature control
7    device feasibility and implementation plan developed in consultation with the resource agencies.
8    Feasibility would be conducted by an independent third party approved by the agencies to determine the
9    potential effectiveness of a temperature control device at Copco No. 1 and Iron Gate dams to improve
10   habitat resources for anadromous salmonids downstream of Iron Gate dam. The goal of the plan would
11   be the development and implementation of a comprehensive management plan to improve water
12   temperature conditions downstream of Copco No. 1 and Iron Gate dams. Methods and results would be
13   reviewed by the agencies, and if the results of the feasibility study are favorable, PacifiCorp would
14   implement the recommended temperature control measures. The plan would fully model, compare, and
15   evaluate a variety of technologies, including but not limited to construction and operation of a multi-port
16   selective withdrawal structure. It would also include an assessment of effectiveness, cost, and potential
17   effects. FWS makes a similar recommendation, however it also recommends the study should include an
18   uncertainty analysis to quantify model performance for all years simulated, establish a realistic target
19   water temperature schedule, and assess the effect of temperature control options on Iron Gate Hatchery
20   operations.

21       Siskiyou County recommends "...appropriate terms and conditions that result in the aeration and
22   management of cold water in the project reservoirs if these practices have appropriate benefits."
23   Conservation Groups recommend that PacifiCorp operate the project in a run-of-river mode such that the
24   amount of water entering an impoundment is equal to the sum of water passed over the dam, through fish
25   passage facilities, and through the turbines at any given point in time at every relevant facility structure to
26   enhance water temperature. Conservation Groups also recommend that PacifiCorp install adequate
27   temperature monitoring devices and develop an effectiveness monitoring plan that includes the Klamath
28   River downstream of Iron Gate dam to the confluence of the Shasta River to track compliance with water
29   temperature objectives and force adjustments if temperature targets are not met. Conservation Groups

EPA1198

1     also recommend that in the absence of project decommissioning, PacifiCorp should pass sufficient water
2     through the J.C. Boyle and Copco No. 2 bypassed reaches to minimize thermal effects from warming
3     throughout each reach.

4     *Our Analysis*

5        We have seen no evidence that operation of the project in a run-of-river mode as recommended
6     by the Conservation Groups would result in downstream temperatures being more suitable for salmonids.
7     Operating J.C. Boyle in a run-of-river mode is not likely to induce measurable differences in temperature
8     in the peaking reach because of the relatively small volume of the reservoir and lack of substantial
9     stratification. Operating Copco No. 1 and No. 2, and Iron Gate developments in a run-of-river mode
10    would result in the continuous seasonal release of relatively warm epilimnetic water from Copco and Iron
11    Gate reservoirs, resulting in little expected change from the existing temperature regime.

12       The Conservation Group's desire to minimize thermal effects from warming in the J.C. Boyle
13    bypassed reach would best be achieved by releasing no flow to the bypassed reach, not more flow. The
14    more than 200 cfs of springwater accretion in the bypassed reach ensures optimal thermal conditions for
15    salmonids during the warm months of the year and any additional flow released from the dam would
16    serve to further warm the bypassed reach water. We consider it inappropriate to manage the J.C. Boyle
17    bypassed reach solely to reduce water temperature. As discussed in section 3.3.3.2.1, *Aquatic Resources,*
18    *Instream Flows,* both temperature and physical habitat (depth, velocity, and substrate) should be assessed
19    when determining an appropriate flow regime for any stream reach.

20       Similarly, passing an alternative water flow through the Copco No. 2 bypassed reach, as
21    recommended by the Conservation Groups, would likely have little effect on thermal regime. The
22    bypassed reach is relatively short and much of it is shaded by encroaching riparian vegetation which,
23    given the relatively low volume of flow currently passing through the reach (about 10 cfs), likely
24    maintains water temperatures. Releasing additional flow from Copco No. 2 dam would pass warm water
25    (originating from the epilimnion of Copco reservoir and passing through Copco No. 1 powerhouse) to the
26    bypassed reach, most likely resulting in little change to current conditions. As indicated in the following
27    paragraph, releasing cooler hypolimnetic water through a valve or gate at the base of the dam, may be
28    possible, but such water would also be low in DO (see figure 3-28). Striking a balance between cooler
29    temperature and DO that is likely to be acceptable for salmonids and resident fish in the bypassed reach
30    would be difficult. Consideration of temperature, DO, and physical habitat collectively should be used to
31    select an appropriate flow regime for the Copco No. 2 bypassed reach (see section 3.3.3.2.1, *Aquatic*
32    *Resources, Instream Flows*).

33       PacifiCorp modeling (response to AIR AR-2, October 17, 2005) of existing conditions compared
34    to the without project scenario indicates that the project can have a noticeable effect on temperatures as
35    far downstream as the confluence of the Scott River, 47 miles downstream of Iron Gate dam. The
36    magnitude, downstream extent, and duration of project effect on temperatures is variable and influenced
37    by numerous factors such as, but not limited to, water year type, climatic and meteorological conditions,
38    and season. Differences in temperature between the modeled existing condition and the without project
39    scenario are most noticeable during the summer and early fall months as the thermal mass of the
40    reservoirs alter the downstream temperature regime. Modeling results indicate that effects of the project
41    on temperature are difficult to discern by the confluence with the Salmon River, about 124 miles
42    downstream of Iron Gate dam, which indicates that the likely downstream limit of project effects on water
43    temperature is between the confluence of the Scott and Salmon rivers.

44       Thermal stratification and the associated cool water in the hypolimnion during warmer times of
45    the year in Copco and Iron Gate reservoir provide the potential to allow selective withdrawals of water
46    from depths within the reservoir to provide relief from peak summer temperatures downstream of Iron
47    Gate. PacifiCorp analyzed the hypothetical release of hypolimnetic water from both Copco and Iron Gate

EPA1199

1    reservoirs using the CE-QUAL-W2 modeling system which has since been incorporated by the EPA into
2    their technical analysis of the forthcoming Klamath River TMDL, giving the model a high level of
3    credibility. PacifiCorp estimates the maximum useable cold water volume in Copco reservoir to be about
4    3,100 acre-feet and 4,800 acre-feet at less than 14°C and 16°C, respectively. This maximum volume of
5    cold water typically occurs around September 1, which is when it would most likely be needed to provide
6    downstream temperature relief for migrating salmon. PacifiCorp's modeling results show that the
7    duration of hypolimnetic releases from that storage would last about 1.8 days at 1,000 cfs. It may be
8    possible to extend this release period by a small amount by reducing the release volume to less than 1,000
9    cfs. However, if inflow to Copco reservoir exceeds the amount released from near the base of Copco No.
10   1 dam, the reservoir would fill and spill, or epilimnetic water would need to be released through the
11   powerhouse; both actions would release warm water into Copco No. 2 reservoir and negate the
12   temperature benefits of the cool, hypolimnetic releases. As table 3-19 shows, the average flow at the
13   Copco No. 1 powerhouse is 702 cfs in July, 804 cfs in August, and 974 cfs in September, which are the
14   months when temperature relief would most likely be needed. We independently reviewed
15   PacifiCorp's area-capacity curves and vertical temperature profiles for Copco reservoir and concur with
16   PacifiCorp's assessment of the relatively limited coldwater release capabilities at Copco No. 1 dam. To
17   achieve releases of the magnitude and duration specified by PacifiCorp, releases would need to be made
18   from a valve or gate near the base of the dam and water used in any such releases would not be used to
19   generate electricity. PacifiCorp refurbished these low level outlets in 2005 to comply with state of
20   California dam safety requirements (PacifiCorp, 2005i). As we note in the previous paragraph, any such
21   hypolimnetic flow release would likely be very low in DO.

22         PacifiCorp's modeling indicates that at Iron Gate reservoir, the maximum volume of cold water
23   (8°C or less) during the summer is about 8,000 to 10,000 acre-feet. If all of this cold water were passed
24   through a point near the base of them dam at a release rate of 1,000 cfs, this cold water pool would last
25   about 5 days. Our independent review of PacifiCorp's area-capacity curves and vertical temperature
26   profiles for Iron Gate reservoir confirms PacifiCorp's assessment of the size of the cold water pool. We
27   also estimate the approximate volume of the cold water pool available at Iron Gate reservoir in the
28   hypolimnion that would be at or 15°C, to be about 20,000 acre-feet. A release of about 1,000 cfs from
29   near the base of the dam could be sustained for about 10 days. PacifiCorp refurbished these low level
30   outlets in 2005 to comply with state of California dam safety requirements (PacifiCorp, 2005i). As with
31   hypolimnetic releases at Copco dam, the DO of water released from near the bottom of Iron Gate
32   reservoir would generally be very low.

33         PacifiCorp's modeling efforts of selective withdrawal alternatives for Copco and Iron Gate show
34   the cold water pool within the reservoirs could be used for modifying temperatures below the dam;
35   however effects would be short term and would not affect the entire length of river below Iron Gate dam
36   to the ocean. Our review of PacifiCorp's modeling efforts leads us to conclude that it is a valid tool to
37   help understand the limitations of releases of cold, hypolimnetic water from Copco and Iron Gate
38   reservoirs in relation to the temperature regime of project waters. If releases from Iron Gate dam are
39   managed to sustain decreased temperatures for the longest duration, hourly temperatures would be
40   reduced by about 1.1°C on average, with a maximum decrease of 1.8°C, for a period of up to 1 -1/2
41   months in late summer and early fall. Modeling of selective withdrawals from Iron Gate alone designed
42   to maximize the decrease in downstream water temperatures showed promise but the benefits end within
43   2 weeks, as the cold water pool is depleted. Temperature benefits are reduced at Seiad Valley, with
44   almost no benefit below Clear Creek (about 90 miles below Iron Gate) leaving the lower 100 miles of
45   river unaffected. PacifiCorp's modeling results show that selective withdrawals could reduce
46   temperatures below existing conditions by a maximum reduction of 10°C, which would last for about a
47   day midway through the withdrawal period. As the distance downstream from Iron Gate dam increases,
48   observed and modeled temperatures show greater variability as the river becomes more responsive to
49   changes in meteorological conditions. The magnitude of the benefit is related to the hydrological
50   conditions, as temperatures during drier years with less tributary inflow are more sensitive to releases

3-137

EPA1200

1  from Iron Gate dam because they make up a greater percentage of the flow, whereas during wet years the
2  opposite would be true. Selective withdrawal modeling scenarios designed to prolong greater temperature
3  differences by incorporating Copco reservoir into a coordinated effort to lower water temperature
4  downstream of Iron Gate dam showed negligible benefits.

5       Sustained temperature relief of more than 2 weeks to the Klamath River via releases from Iron
6  Gate dam is not feasible. However the cold water pool in Iron Gate has some potential to cool
7  downstream temperatures on a short term basis, and could be considered for extreme circumstances
8  should environmental conditions trigger such a need (e.g., when large numbers of juvenile salmonids are
9  present in the river under extreme temperature stress). Depletion of the cold water pool to reduce warm
10  temperatures below Iron Gate dam would also likely decrease the DO concentration downstream of Iron
11  Gate dam, through the release of oxygen depleted water from the hypolimnion, as previously noted. In
12  addition, the sole water supply for Iron Gate Hatchery withdraws cold water from the deeper water of Iron
13  Gate reservoir, and depleting or exhausting this cold water pool during the summer would likely seriously
14  impair hatchery operations during any year that such hypolimnetic releases occur (see section 3.3.3.2.6,
15  *Aquatic Resources, Iron Gate Hatchery Operations*). Development of a temperature control plan would
16  provide the framework necessary to address cold water withdrawals while integrating water quality
17  monitoring and aquatic resource needs. Addressing the feasibility of renovating the existing Iron Gate
18  dam diversion tunnel to make controlled hypolimnetic releases or installing alternative hypolimnetic
19  release valves or gates that could be activated in emergency circumstances to provide short-term
20  downstream temperature relief could be included in a temperature control plan. In addition, conducting a
21  feasibility study to assess alternative or supplemental Iron Gate Hatchery water supply options that could
22  provide temporary cool water supplies to the hatchery (during any use of hypolimnetic water under
23  emergency circumstances) would provide a basis to determine the overall feasibility of an emergency
24  coolwater flow augmentation program. Alternative supply options to be studied could include:
25  groundwater source availability, piping water from coldwater tributaries, or a combination of several
26  options. NMFS and FWS recommendations for additional, third party, selective withdrawal modeling for
27  the purposes of comparing and evaluating a variety of technologies would be unnecessary based on the
28  limited amount of cold water storage available within Iron Gate reservoir and the current capability to
29  release available cold water, if needed, at Iron Gate dam. An emergency water release plan that specifies
30  environmental target temperatures by season and environmental triggers could be used to signal the
31  release of cool water from storage in Iron Gate reservoir to provide short term benefits to anadromous fish
32  experiencing temperature stress and may improve relief through critical early fall temperature extremes.

33       Addressing operational measures to be considered to increase the temperature of late spring
34  releases from Iron Gate dam, including spills, to reduce the thermal lag in the Klamath River downstream
35  could assist fall Chinook growth and early emigration (discussed in section 3.3.3.2.5, *Aquatic Resources,*
36  *Disease Management*). Initially this option could rely on existing facilities to achieve the benefits of
37  limited short-term temperature relief. An adaptive management approach would allow the most flexibility
38  in achieving temperature objectives while incorporating monitoring results to promote the appropriate
39  conditions for aquatic resources. Details of such an approach could be specified in a temperature
40  management plan.

41       *Dissolved Oxygen Remediation*

42       PacifiCorp's sampling and modeling efforts under "existing conditions" and "without project"
43  scenarios show that operation of the project has an effect on the downstream DO regime. Specifically,
44  the results show that project operations under existing conditions result in reduced DO releases, often
45  below California's numerical objectives (listed previously in table 3-24), downstream of Iron Gate dam
46  from late spring, through the summer and fall. The modeling results indicate that the project influences
47  DO concentrations at least as far downstream as the confluence of the Klamath and Shasta rivers.
48  Distinguishing project-related influences from non-project influences on the DO regime further

EPA1201

1   downstream is difficult using either modeling or field measurements because of the number of variables
2   that influence DO (e.g., degree of turbulence, time of year, time of day, influences of tributary inflow, and
3   non-project-related BOD and SOD).  Figure 3-38 shows DO concentrations below Iron Gate dam that are
4   representative of dry, low flow conditions.  Under the "without project" scenario, DO concentrations
5   could drop below the state objectives of 8 mg/L; however, the duration of these conditions would be short
6   lived compared to the modeled existing conditions.  Modeling results for other years illustrate similar
7   trends, with increased variability.  These results can be found in PacifiCorp's response to AIR AR-2 dated
8   October 17, 2005.



10   Figure 3-38.      Simulated hourly DO levels below Iron Gate dam based on the year 2002 (a dry
11                     year) for existing conditions compared to hypothetical conditions without the
12                     Klamath Hydroelectric Project.  (Source:  PacifiCorp, response to AIR AR-2,
13                     dated October 17, 2005)

14         To address the reduced DO levels below Iron Gate dam, PacifiCorp proposes to install an oxygen
15   diffuser system in Iron Gate reservoir to assist with compliance with  the state water quality objective for
16   DO downstream of the project (PacifiCorp, 2005, response to AIR AR-1 part [b]).  The diffuser system
17   would include a single diffuser line about 4,000 feet long, located in the deepest portion of the reservoir,
18   designed to supply oxygen to the hypolimnion.  The diffuser system would be operated seasonally each
19   year beginning in the spring, as bottom water DO levels start to drop, and continue until reservoir
20   turnover in the fall.  Should conditions require, additional oxygen would be placed in the turbine water
21   flow using three shorter diffusers in front of the intake tower.  PacifiCorp proposes to monitor DO levels
22   in the tailrace to provide guidance on potential adjustments of oxygen injection.  As a separate, but related
23   measure, PacifiCorp also proposes to develop and implement comprehensive water quality management
24   plans for the reservoirs of the proposed project which would include an evaluation of the effectiveness
25   and feasibility of several technologies, including further evaluation of hypolimnetic oxygenation and
26   epilimnetic or surface aeration and circulation.  We discuss PacifiCorp's proposed water quality
27   management plans later in *Project-wide Water Quality Management*.

EPA1202

1    NMFS recommends that, within 1 year of license issuance, PacifiCorp file a DO enhancement
2    plan, developed in consultation with the resource agencies, for the project reaches and Klamath River
3    downstream of Iron Gate dam to improve habitat resources for anadromous salmonids. The goal of the
4    plan would be the development and implementation of a comprehensive management plan to enhance DO
5    downstream of Iron Gate dam that would include (1) measures to meet salmonid requirements for the
6    geographic extent of the project DO effect; (2) further study of PacifiCorp's proposal to install a
7    hypolimnetic oxygenation system in Iron Gate reservoir to demonstrate downstream effectiveness and
8    evaluate the potential for adverse effects on nutrient levels and thermal stratification; and (3) provisions to
9    fully model, compare, and evaluate a variety of technologies, including but not limited to liquid oxygen
10   injection (intake and draft tube), gaseous oxygen injection (intake and draft tube), construction and
11   operation of a multi-port selective withdrawal structure, and turbine venting, and include an assessment of
12   effectiveness, cost, and potential effects.

13   FWS recommends that PacifiCorp's proposal to install a hypolimnetic oxygenation system at Iron
14   Gate reservoir be studied further to demonstrate downstream effectiveness and the potential for adverse
15   effects on nutrient levels and thermal stratification. PacifiCorp would also study the potential
16   effectiveness of a hypolimnetic oxygenation system at Copco No. 2, and J.C. Boyle dams and the
17   potential for adverse effects on nutrient levels and thermal stratification. These studies would provide
18   recommendations to control DO content of reservoirs and released waters from reservoirs to meet
19   salmonid fish requirements for the geographic extent of project DO effects without exacerbating algal
20   blooms or disrupting reservoir thermal stratification. As part of these studies, the role of nutrient input
21   and cycling would also be studied and remedies to the problems of hyper-eutrophication proposed.
22   PacifiCorp would develop and submit to the Commission for approval a DO enhancement plan that would
23   specify measures proposed for implementation, based on these studies. The studies and plan would be
24   developed in consultation with the agencies and be fully implemented within 3 years of license issuance.

25   The Forest Service recommends that the DO level of water released from Iron Gate dam should
26   be controlled to meet salmonid fish requirements for the geographic extent of project DO effect, without
27   exacerbating algal blooms. The PacifiCorp-preferred design (hypolimnetic oxygen diffuser) would be
28   studied further to demonstrate downstream extent of effectiveness.

29   Siskiyou County states they are in favor of appropriate terms and conditions that result in aeration
30   of water in the reservoirs, if these practices have appropriate benefits. Conservation Groups recommend
31   that PacifiCorp operate the project in a run-of-river mode to enhance DO, such that the amount of water
32   entering an impoundment is equal to the sum of water passed over the dam, through fish passage
33   facilities, and through the turbines at any given point in time, at every relevant facility structure.

34   *Our Analysis*

35   We have seen no evidence that operation of the project in run-of-river mode, as recommended by
36   the Conservation Groups, would increase the DO in the outflows of any of the project reservoirs. Low
37   DO concentrations observed in project reservoirs are likely the result of high BOD in the water column,
38   stemming from high levels of organic material, rather than the peaking and re-regulating operations of the
39   dams. Operating the project in run-of-river mode would continue to draw water from the existing intakes
40   and comparable depths and would result in DO levels that are similar to levels released from project
41   structures under existing conditions.

42   Currently, DO concentrations measured at flows that range from 370 to 2,400 cfs in the J.C.
43   Boyle peaking reach meet applicable state objectives. When the J.C. Boyle powerhouse is operating in
44   peaking mode, generation flows are released only during the day. Typically, summer DO concentrations
45   are higher in a reservoir during the day, when photosynthesis produces oxygen, than at night, when
46   respiration depletes oxygen. If J.C. Boyle were to operate in a run-of-river mode during the summer,
47   generation flow releases from the powerhouse would be relatively constant over a 24-hour period.

3-140

EPA1203

1  Releases during the daytime would contain higher concentrations of DO, and the increase in
2  concentrations in the peaking reach via natural aeration would be limited. The resultant increased flow at
3  night would create more favorable conditions for a re-aeration from the turbulence in the peaking reach
4  because oxygen dissolves more readily in water with low DO. It is uncertain whether increased DO
5  uptake at night in the peaking reach would influence the DO regime in downstream Copco reservoir.

6      Our review of available DO data and modeling results from downstream of Iron Gate dam
7  indicates that during the warmer months of the year, project operations results in DO that does not meet
8  applicable water quality objectives. Therefore, measures to enhance DO downstream of Iron Gate should
9  be implemented. Implementation of PacifiCorp's proposal to inject oxygen into the bottom waters of Iron
10  Gate reservoir during times of low DO concentrations would increase DO concentrations within the
11  reservoir; however, based on our review of PacifiCorp's assumptions of oxygenation efficiency and the
12  measured DO concentrations at a depth of 40 feet (the powerhouse intake depth) during the summer and
13  fall months, we conclude that the proposed diffuser technology may not be sufficient to meet state water
14  quality objectives for DO downstream of the dam. The average DO concentration in Iron Gate reservoir
15  from July to October at a depth of 40 feet was between 1.1 and 4.9 mg/L during 2000 to 2004 and the
16  oxygen delivery capacity of the conceptual design is based on providing 1 to 3 mg/L of DO uptake.

17      In addition to our concerns regarding effectiveness, implementation of a hypolimnetic
18  oxygenation system, although designed to enhance DO concentrations, may produce undesirable or
19  unanticipated secondary effects. PacifiCorp's hypolimnetic oxygenation modeling (PacifiCorp, 2005i)
20  predicts there would be a slight rise in outflow temperatures in August and September when forced
21  oxygenation or aeration is applied. PacifiCorp credited this to a complex relationship with algae shading;
22  however, several agencies question the ability of the model to capture the complex interactions created by
23  adding oxygen to the bottom of such a eutrophic reservoir. Wells (2004) points out that it is difficult to
24  account for the complex relationship of nutrients, algae, and DO concentrations in models that are
25  currently available. However, he suggests that without factoring such considerations into the modeling,
26  the results may not predict actual DO and temperature outcomes. Although we agree that modeling
27  temperature and DO in stratified eutrophic reservoirs may have drawbacks, it is the best available tool for
28  predicting outcomes of various alternatives, and general trends shown by the model results can serve a
29  valuable purpose with regard to the potential results of implementing environmental measures. However,
30  the uncertainty of modeling results emphasizes the importance of verifying actual environmental
31  responses by data collection in the field.

32      Turbulence created as oxygen rises through the water column would also likely alter the location
33  of the thermocline, or possibly eliminate it. If this occurs, the potential for cool, hypolimnetic releases to
34  lower the water temperature downstream of Iron Gate dam would be reduced. PacifiCorp's modeling
35  results show that conditions with higher DO concentrations exhibit greater concentrations of inorganic
36  nutrients (e.g., nitrate-nitrite) compared to nutrients bound to organic molecules, which may exacerbate
37  algae blooms because algae can more readily assimilate inorganic nutrients. The modeling results
38  showed oxygenation of the reservoir slightly decreased ammonia, noticeably decreased orthophosphate,
39  and substantially increased nitrate-nitrite in the outflow between mid-July and mid-October. The
40  ammonia and orthophosphate results are consistent with monitoring results taken before and after
41  installation of a hypolimnetic oxygenation system in Comanche reservoir in California (Beutel, 2005).
42  Chlorophyll *a* concentrations in Comanche reservoir decreased to about a quarter of that measured prior
43  to hypolimnetic oxygenation, which is the opposite of what PacifiCorp's model predicts.

44      Increased amounts of inorganic nitrogen released downstream could affect the growth of attached
45  algae in the river below the dam because the Klamath is nitrogen limited, as described in our discussion
46  of the affected environment (see section 3.3.2.1.2). This could have other unwanted effects, such as
47  increasing suitable habitat for the intermediate host of the salmonid pathogen *C. shasta*, discussed in the
48  following subsection, *Monitoring and Control of Algae that Pose a Risk to Fish, Wildlife, and Public
49  Health.* In light of our analysis, additional study of hypolimnetic oxygenation is warranted prior to

3-141

EPA1204

1    implementing such a program in order to determine if the expected environmental benefits would
2    outweigh any adverse environmental effects.

3    Oxygen or air injection into the turbines would increase DO levels in project outflows without the
4    associated potential consequences of a hypolimnetic oxygenation system. The need for DO enhancement
5    downstream of Iron Gate dam is immediate, especially during dry or critically dry years. Turbine air
6    venting, which PacifiCorp's consultant estimates could increase DO in the Iron Gate dam tailwaters by at
7    least 2.2 to 2.7 mg/L, depending on the configuration (Mobley, 2005), could be implemented with
8    relatively minor adjustments to the turbine headcover or draft tube. Implementing turbine venting would
9    provide some short-term relief during periods of low DO, enabling alternative long-term DO
10   enhancement solutions to be further evaluated (in the context of remedial measures) to address other
11   water quality issues in project waters. Depending on the results of DO monitoring in the tailwaters,
12   turbine venting may also represent a viable long-term solution to the existing DO problem. Monitoring
13   DO in the tailrace as well as in the reservoir adjacent to the Iron Gate powerhouse would provide data
14   regarding the effectiveness of this approach, whether modifications to the venting system are needed, and
15   whether supplemental or alternative DO enhancement measures should be considered.

16   Improving the DO concentration of the upstream hydro releases could further assist PacifiCorp in
17   meeting DO objectives downstream of Iron Gate dam. As a supplement to air or oxygen injection at Iron
18   Gate, injection could also be provided at Copco No. 1 or No. 2 powerhouse turbines which would
19   increase DO concentrations of water entering Iron Gate reservoir. Flows from Copco No. 2 powerhouse
20   would be discharged to the epilimnion of Iron Gate reservoir and the density of the relatively warm,
21   oxygenated water would not likely be great enough to penetrate the thermocline. This would shorten the
22   residence time of this water as it passes through Iron Gate reservoir because the oxygenated inflow would
23   pass over the denser water to the intake of Iron Gate powerhouse. As figure 3-24 shows, water that flows
24   through the powerhouse is primarily drawn from a location near the surface. Figure 3-28 (DO profiles)
25   shows that, during the summer, the top few meters have high concentrations of DO while concentrations
26   drop off substantially after 5 meters. Increasing the DO concentration in the top 10 meters of Iron Gate
27   reservoir should translate to enhanced DO concentrations in the Klamath River downstream of Iron Gate
28   dam. DO monitoring in Copco No. 2 and Iron Gate reservoirs coupled with DO monitoring in the Iron
29   Gate tailwaters would document the effectiveness of such an approach, if implemented.

30   Spillage from project dams would increase downstream DO and may be appropriate for
31   consideration in a comprehensive DO enhancement plan. This method could be used at times when spills
32   would not result in inappropriate increases in water temperature downstream of Iron Gate dam, such as in
33   May or June; however, DO concentrations at this time of year are typically above state objectives.
34   Spillage at Copco No. 2 dam during certain times would increase DO of water entering Iron Gate
35   reservoir through the relatively steep Copco No. 2 bypassed reach by using natural aeration from
36   turbulence. This approach could be triggered by target DO concentrations in Iron Gate reservoir or
37   downstream and may be more effective than direct air or oxygen injection at Copco No. 2 powerhouse.
38   Using spillage to increase DO downstream of Iron Gate could also be achieved without the potential
39   negative effects on nutrients and temperature that could occur with hypolimnetic oxygenation.

40   Monitoring DO concentrations in the outflows of Iron Gate near the USGS gage would assist in
41   the management of an air or oxygen injection system at the turbines or within the waters of the reservoir
42   while providing data for compliance monitoring. Incorporation of additional water quality parameters
43   and locations would further assist PacifiCorp and appropriate parties in evaluating the effectiveness of
44   any implemented measure and its effects on water in the reservoir. Development of additional studies to
45   increase the understanding of relationships between enhanced DO concentrations and nutrient and algae
46   dynamics, as recommended by NMFS, FWS, and FS, are actions similar to measures that would occur in
47   PacifiCorp's proposed reservoir management plans, discussed later under *Project-wide Water Quality*
48   *Management.* Distribution of PacifiCorp's plans to appropriate agencies for review and comment prior to
49   filing with the Commission would ensure that the study plans address the best available technologies,

EPA1205

1    resources, and monitoring techniques to ensure the chosen strategy would improve water quality.
2    Implementation of air or oxygen injection systems at Copco No. 1 and 2 powerhouses, spillage at dams,
3    or hypolimnetic oxygenation, if appropriate, could be initiated over time under an adaptive tiered
4    approach, based on feasibility analysis and monitoring. A reasonable time frame for completing this
5    adaptive approach would be 5 years (during which one or more additional DO enhancement measure may
6    be implemented, if needed).

7    *Monitoring and Control of Algae that Pose a Risk to Fish, Wildlife, and Public Health*

8    During summer 2005 (Kann et al., 2006), and 2006 (Water Board, 2006), Copco and Iron Gate
9    reservoirs experienced substantial and sustained blooms of the blue-green algae, *Microcystis aeruginosa*,
10   and accompanying high levels of microcystin a toxin often produced by this algae. These algal blooms
11   were detected starting in mid-July and lasted through most of October. During much of this period, cell
12   density levels of *Microcystis aeruginosa* and microcystin toxin concentrations exceeded threshold levels
13   identified by the World Health Organization as posing a Moderate Probability of Adverse Health Effects.
14   There are no federal or California regulatory guidelines for cyanobacteria and their toxins. Although the
15   toxic algae *Microcystis aeruginosa* has been known to occur regularly in Upper Klamath Lake (Gilroy et
16   al., 2000), where it may degrade the quality of commercially harvested populations of the blue-green
17   algae, *Aphanizomenon flos-aquae*, and as far as 125 miles downstream of the project reservoirs (Kann et
18   al., 2006), this was the first time the extent of the blooms and their toxicity, at locations other than Upper
19   Klamath Lake, had been documented and health advisories issued by public agencies (Water Board) for
20   project waters.

21   In addition to the toxic algae, the fish pathogens *C. shasta* and *Parvicapsula minibicornis* occur
22   throughout the Klamath Basin and are a source of mortality to migrating salmonids throughout the
23   Klamath River. PacifiCorp's investigation into *C. shasta* and its intermediate polychaete host
24   *Manayunkia speciosa (M. speciosa)* indicates that habitat for the polychaete is available in areas of the
25   project, primarily in free-flowing stretches of the river and riverine segments of the reservoirs
26   (PacifiCorp, 2004f). The study of *C. shasta* is complicated by the fact that the pathogen changes form
27   and apparently function, and has multiple hosts (juvenile fish and a polychaete alternate host) (Stocking
28   and Bartholomew, 2004). Benthic sampling efforts within the Klamath River discovered the highest
29   densities of the polychaete worms were always found within dense populations of the attached algae
30   *Cladophora* (PacifiCorp, 2004f). One hypothesis for the high incidence of *C. shasta* in the Klamath
31   River is that the polychaete populations have increased as a result of an increase in available habitat, most
32   notably *Cladophora* (Stocking and Bartholomew, 2004). Bartholomew and Cone (2006) recently found
33   the fish pathogen *P. minibicornis* requires the same worm host as *C. shasta*, thus, conditions that support
34   *Cladophora* growth could enhance the prevalence of both fish pathogens. *Cladophora* populations, as
35   well as other populations of aquatic vegetation, increase when nutrients enrich areas of suitable habitat.
36   Whether or not the project contributes to nutrient enrichment is a complex issue. We discuss the effects
37   of *C. shasta* and *P. minibicornis* on salmonids in section 3.3.3.2.5, *Aquatic Resources, Disease*
38   *Management.*

39   PacifiCorp proposes to implement Reservoir Management Plans aimed at reducing algae
40   concentrations, increasing dissolved oxygen, and improving pH. The Reservoir Management Plans
41   would be designed to evaluate the effectiveness and feasibility of several technologies and measures
42   (specifically hypolimnetic oxygenation, epilimnetic or surface aeration and/or circulation, and copper
43   sulphate algaecide treatment) for more effectively controlling water quality conditions in the reservoirs.
44   Although relevant to the control of algae in project waters, we discuss this measure, as well as
45   recommendations of others that could reduce nutrient loading and thus control algal blooms, in the
46   following section, *Project-wide Water Quality Management.*

47   FWS recommends that PacifiCorp develop a monitoring program, in consultation with other
48   agencies, to assess the risk of toxic cyanobacteria blooms in Iron Gate and Copco reservoirs on fish health

EPA1206

1    and the environmental factors that lead to such blooms and their adverse effects on fish.  A plan would be
2    developed, in consultation with the agencies, and implemented to reduce the risk of cyanobacteria blooms
3    on fish.

4        Siskiyou County recommends that PacifiCorp provide for the removal of those species of blue-
5    green algae that are a hazard and risk to health and safety of people and animals during the summer
6    period when algae blooms occur.  Conservation Groups recommend that PacifiCorp monitor for
7    *Microcystis aeruginosa* in Copco and Iron Gate reservoirs and locations on the Klamath River affected in
8    past years, downstream to the estuary, and at appropriate trigger points take appropriate actions (consult
9    with public health authorities and public notification).

10        *Our Analysis*

11        *Microcystis aeruginosa* has appeared regularly in Upper Klamath Lake and the extent of the
12   blooms and toxicity documented in 2005 indicates that the algae has dispersed downstream and may have
13   bloomed in project reservoirs prior to last year's documentation.  However, in the absence of a structured
14   monitoring program, any previous occurrence of toxic algal blooms would have been undetected.  The
15   persistence of *Microcystis* in Upper Klamath Lake suggests that there would be continuing availability of
16   algal cells to seed *Microcystis* blooms under favorable conditions in all project reservoirs.  Commission
17   regulations specify that hydropower project licensees provide reasonable public access to project lands
18   and waters, as long as public safety is protected.  The public currently enjoys water-based recreational
19   activities, such as swimming, angling, and boating at facilities at all project reservoirs.  The toxin
20   produced by *Microcystis* represents a threat to public safety.  A structured monitoring program, developed
21   in consultation with resource and public health agencies, based on known life history characteristics of
22   *Microcystis*, would enable monitoring to occur and, if necessary, public health advisory notices to be
23   posted when microcystin levels in the water reach threshold values.  A monitoring plan to identify
24   conditions when blooms could potentially occur in each project reservoir would enable triggers for the
25   initiation of monitoring events to be established, and avoid unnecessary monitoring.  Provisions for
26   updating the plan would enable the monitoring program to be modified to reflect new information about
27   *Microcystis* as it becomes available, and conditions that could lead to monitoring prior to potential
28   blooms refined.

29        If a monitoring program is implemented for *Microcystis* and its toxin in project reservoirs,
30   monitoring results that trigger public health agency notification would enable such agencies to make a
31   determination regarding whether there is a health risk to the public who come in contact with Klamath
32   River water downstream of Iron Gate dam.  Because algal blooms typically occur in reservoirs, not in free
33   flowing river reaches, we expect the concentration of microcystin downstream of reservoirs where trigger
34   levels may be detected, to be lower and less toxic.  Consequently, we find that monitoring for *Microcystis*
35   in free-flowing portions of the Klamath River from Iron Gate dam to the estuary, as Conservation Groups
36   recommend, would be inappropriate to include as a condition of any new license that may be issued for
37   this project.  This would not preclude public health agencies from conducting such downstream
38   monitoring if deemed necessary.  Once detected, it may not be possible or feasible to remove *Microcystis*
39   from project waters, as recommended by Siskiyou County.  However, consideration of methods to reduce
40   nutrient loading that create algal blooms and environmentally acceptable methods to control algal blooms
41   when they occur, could be incorporated into the development of an overall water quality management
42   plan, discussed in the following section.

43        *Cladophora spp.* is considered a nuisance algae capable of covering the entire stream bed.
44   Schönborn (1996, as cited in Stocking and Bartholomew, 2004) found that *Cladophora* can displace all
45   other aquatic macrophytes (individual aquatic plants large enough to be seen with the naked eye) due, in
46   part, to a competitive advantage in nutrient enriched waters.  This prolific, complex, and aggressive
47   organism is considered an "ecosystem-reorganizer" capable of altering benthic food webs and centralizing
48   the ecosystem by collecting fine organic matter and creating its own habitat (Schönborn 1996 as cited in

EPA1207

1    Stocking and Bartholomew, 2004). Stocking and Bartholomew (2004) link increases in *C. shasta*
2    infections in juvenile salmonids with the spread of *Cladophora* in the Klamath River, as the upstream
3    eutrophic reservoirs supply a steady flow of warm, nutrient-rich water to downstream river reaches.
4    Stocking (2006, as cited by Resighini Rancheria, 2006) has shown that the primary habitat for the
5    polychaete host for both *C. shasta* and *P. minibicornis* is sand with fine benthic organic matter and that
6    the filamentous green algal *Cladophora* is a secondary habitat type. Polychaetes living on sand with fine
7    benthic organic matter substrate are restricted to low-velocity areas, whereas polychaetes can exist in
8    *Cladophora* in areas with higher water velocities (Stocking 2006, as cited by Resighini Rancheria).
9    Furthermore, sand substrate is susceptible to scour and active bed movement in response to increased
10    velocities, whereas attached algae such as *Cladophora* may be able to withstand higher velocities
11    providing a relatively stable habitat for the intermediate polychaete host. Stocking (2006, as cited by
12    Resighini Rancheria) sampled an extremely large and dense population of polychaetes at Tree of Heaven
13    (around RM 170) in March 2005. When Stocking returned to sample again in July, after a high-flow
14    event (discharge below Iron Gate Dam peaked at 5,380 cubic feet per second on May 18), much of the
15    organic matter was gone and all polychaetes had disappeared (presumably both had been washed
16    downstream). In contrast, polychaete populations in *Cladophora* beds remained intact. Eilers (2005)
17    recorded decreased biomass of attached algae downstream of Iron Gate dam following a doubling of
18    released flow (from about 600 cfs to about 1,300 cfs) a week prior to his field work.

19        FWS pathogen monitoring of juvenile salmonids in the Klamath River during spring of 2006
20    showed 10 incidences of *C. shasta* infection out of 391 (2.6 percent) samples taken through the second
21    week of June (True, 2006).). Flows in spring of 2006 (up to 10,000 cfs) were substantially above median
22    levels (as described in section 3.3.2.1, *Water Quantity*) suggesting that increased flows may be capable of
23    moderating the infection rates in juvenile salmonids, possibly by displacing or disrupting the growth of
24    either the attached algae or the ability of the host polychaete to exist within the *Cladophora* habitat. FWS
25    pathogen monitoring in 2005 detected juvenile salmonid infection rates of up to 100 percent of both *C.*
26    *shasta* and *P. minibicornis* (FWS memo undated. Accessed on the web, July 7, 2006, via: http://ncncr-
27    isb.dfg.ca.gov/KFP/uploads/KR%20pathogen%20monitoring%20summary%2005-26-05.doc; last
28    updated May 31, 2005). Reclamation classified 2005 as a "below average water year" (Reclamation,
29    2005c) where flows were well below the median during the time of recorded infections. Continued high
30    nutrient levels in the Klamath River that create ideal colonization conditions for *Cladophora*, at sites with
31    favored flow and substrate conditions, would enable the host polychaete to become reestablished, and *C.*
32    *shasta* and *P. minibicornis* would likely continue to pose a serious threat to downstream salmon for the
33    foreseeable future. However, by using information gathered during years when *C. shasta* infestations are
34    low, such as 2006, it may be possible to develop methods to minimize future infestations by using
35    controlled flows that displace either *Cladophora*, the hard substrate on which it grows, or the intermediate
36    polychaete hosts that use this algae as its preferred habitat. We discuss the threat of *C. shasta* and *P.*
37    *minibicornis* on anadromous fish and plans to control such threats in section 3.3.3.2.5, *Aquatic Resources-*
38    *Disease Management* and the influence of flow on substrate conditions and active bed transport are
39    discussed in section 3.3.1.2, *Geology and Soils.*

40        The presence of the blue-green algae *Aphanizomenon flos-aquae* in Upper Klamath Lake and its
41    ability to fix nitrogen (convert inert nitrogen gas to more biologically available forms such as nitrite or
42    nitrate) has been identified as a seasonally substantial source of nitrogen to Upper Klamath Lake (Walker,
43    2001; Oregon Environmental Quality, 2001). Dense blooms of *Aphanizomenon flos-aquae* occur in
44    Copco and Iron Gate reservoirs during July and August (PacifiCorp, 2004a), and are a source of nitrogen
45    into project waters and releases downstream.

46        A reservoir management plan that limits the amount of inorganic nitrogen inputs would reduce
47    suitable conditions for *Cladophora* colonization and reduce the risk of *Microcystis* as these organisms
48    thrive under nitrogen rich conditions. Because *Aphamizonmeon flos-aquae* algae fixes nitrogen, which
49    increases the amount of available inorganic nitrogen and could enhance the proliferation of downstream

EPA1208

1  aquatic algae such as *Cladophora*, a reservoir management plan should address factors or conditions that
2  support *Aphamizonmeon flos-aquae* blooms and identify measures that could be implemented to reduce
3  such blooms in project reservoirs.

4      *Project-wide Water Quality Management*

5      As previously discussed, water quality within the Klamath River and throughout the mainstem
6  portion of the project, is compromised for a number of water quality parameters which has triggered
7  CWA 303(d) listings and the development of TMDLs, as well as other actions throughout the upper
8  Klamath Basin. Numerous entities have filed comments that the project is a source of the poor water
9  quality in the Klamath River and have filed recommendations designed to improve water quality to meet
10  state standards.

11      Basin wide monitoring results show that Upper Klamath Lake is nutrient-rich, with
12  hypereutrophic conditions observed during the summer. Project wide monitoring results show eutrophic
13  conditions in all project reservoirs during the same time period. Project waters are typically high in total
14  phosphorous and nitrogen, and experience extensive algae blooms during summer months resulting in
15  high chlorophyll *a* concentrations. Upper Klamath Lake is undoubtedly responsible for a large portion of
16  the nutrient loading downstream of Link River dam; however, there are additional inputs from the Lost
17  River, Klamath Straits Drain, and other non-point sources downstream of Keno dam (e.g., runoff from
18  agricultural lands along the downstream portion of the peaking reach and adjacent to J.C. Boyle, Copco
19  and Iron Gate reservoirs). In addition, nutrient cycling in the project reservoirs (Kann and Asarian, 2005;
20  Campbell, 1999) increases the complexity of readily using predictive modeling to accurately understand
21  the nutrient regime within the Klamath River. PacifiCorp states that the project does not contribute to
22  nutrient loading on a net annual basis, arguing that the reservoirs act to trap sediments and the nutrients
23  associated with them, thus improving downstream water quality. Previous nutrient loading investigations
24  by Campbell (1999) and Kann and Asarian (2005) suggest that the project reservoirs act as both sinks and
25  sources depending on the seasonal conditions within the reservoirs. Regardless, nutrient availability
26  contributes to algae blooms of *Aphanizomenon flos-aquae,* a nitrogen fixing algae, in all mainstem
27  Klamath River reservoirs, and attached algae growth downstream of the project which, as discussed in the
28  previous section, has other undesirable environmental effects.

29      PacifiCorp, as part of their water quality certification application, proposes to develop
30  comprehensive reservoir management plans aimed at reducing algae concentrations, improving DO, and
31  improving pH in J.C. Boyle, Copco, and Iron Gate reservoirs (letter from C. Scott, Project Manager,
32  PacifiCorp, to the Commission, dated May 12, 2006). The plans would include evaluation of
33  technologies and potential effects of implementing them on the conditions resulting from the high nutrient
34  and organic inputs. The plans would also provide for evaluating the appropriateness of treating algal
35  blooms with copper-based algaecide. In addition, the plans would include further evaluation of
36  hypolimnetic aeration (as previously discussed in *Dissolved Oxygen Remediation*) and epilimnetic or
37  surface aeration/circulation. PacifiCorp expects that actions identified in the plans would achieve the
38  following: reduced hypolimnetic BOD and ammonia (through oxidation of these compounds), reduced
39  orthophosphate (through retention in sediments), and a decrease in algae populations in surface waters
40  that would lead to decreased fluctuations in pH.

41      The Forest Service recommends that PacifiCorp work cooperatively to address cumulative effects
42  on water quantity and quality in the Klamath basin through appropriate remediation such that water
43  influenced by the project is of sufficient quality to meet or exceed applicable state objectives. The Forest
44  Service further recommends that PacifiCorp study the feasibility of improving Klamath River nutrient
45  levels in and downstream of project reservoirs by mitigating nutrients released in project river reaches and
46  reservoirs, including offsite remediation to improve nutrient loading from Upper Klamath Lake.

EPA1209

1        Oregon Fish & Wildlife recommends that within 1 year of license issuance, PacifiCorp develop a
2   water quality resource management plan, in consultation with Oregon Fish & Wildlife, and other state,
3   federal, and tribal resource agencies.  The plan would be updated every 5 years, in consultation with the
4   agencies.  PacifiCorp would submit annual reports to the Commission and the agencies that would
5   include the annual work plan for the upcoming year and a report with narrative and graphs demonstrating
6   compliance with water quality requirements and standards for project reservoirs and reaches.  The report
7   would also include a summary of non-compliant events for the following parameters:  water temperature,
8   DO, TDG, pH, chlorophyll *a*, nutrients (including nitrogen and phosphorus), and toxic algae.

9        Oregon Fish & Wildlife and the Hoopa Valley Tribe recommend that PacifiCorp implement
10  mitigation measures and conduct water quality monitoring pursuant to the water quality management and
11  monitoring plan(s) approved by the Oregon Environmental Quality and the Water Board in connection
12  with the water quality certificates.

13      *Our Analysis*

14       Our review of available water quality information indicates that the Klamath River experiences
15  tremendous nutrient inputs from upstream of the project and elevated nutrient concentrations within
16  project reservoirs and downstream of Iron Gate dam.  Generally, mean nutrient concentrations are
17  reduced in the riverine reaches as compared to project reservoirs.  Upper Klamath Lake and the
18  surrounding agricultural lands are undoubtedly the source of much of the nutrient load in project waters;
19  however, due to complex nutrient cycling dynamics, project reservoirs act as both a sink and a source of
20  nutrients depending on the time of year.

21       PacifiCorp suggests that Copco and Iron Gate reservoirs trap and remove nutrients from the
22  Klamath River.  Table 3-29 shows the concentrations of total phosphorous, orthophosphate phosphorus,
23  and ammonia in the hypolimnion of Copco reservoir increase in the summer, which could be used to
24  support such conclusions; however, the concentration data alone are not enough to irrefutably support
25  PacifiCorp's position.  A nutrient mass balance study conducted on behalf of the Karuk Tribe and
26  summarized by the Water Board (2005) indicates that the reservoirs have periods in which they both trap
27  and generate nutrients.  Nutrient load estimates by Kann and Asarian (2005) indicate that Copco and Iron
28  Gate reservoirs act as sinks for the nutrients phosphorous and nitrogen during April, May, parts of July
29  and August and October, but both reservoirs can act as a nutrient source to the Klamath River below Iron
30  Gate dam during most of June and September.  Likely pathways for this increased load include internal
31  sediment loading and nitrogen fixation by cyanobacteria such as *Aphanizomenon flos-aquae*, according to
32  Kann and Asarian (2005).  Nutrient loading analysis was not available for the period from November
33  through March, which could include the period of reservoir turnover when nutrients within the
34  hypolimnion could become either available for transport downstream or undergo aerobically induced
35  chemical processes that result in the formation of insoluble precipitates, which could settle out rather than
36  be passed downstream.  After settling to the bottom, nutrients would be released from the precipitates
37  under anaerobic conditions the following year, resulting in an internal cycling of nutrients.  Due to the
38  limited field data, the net fate of the nutrients is not entirely clear.  Our review of available temperature
39  profiles for Copco and Iron Gate reservoirs (figure 3-23) indicates that in 2002, fall turnover likely
40  occurred between September and October at Copco reservoir.  In 2001, fall turnover likely occurred
41  between October and November at Iron Gate reservoir.  The potential effect of nutrient releases from Iron
42  Gate development associated fall turnover on downstream aquatic habitat is unknown.  Spawning adult
43  fall Chinook salmon would be in the river during this time frame.  The Water Board is conducting a
44  follow-up study that broadens the temporal and spatial data collection that limited the Kann and Asarian
45  (2005) study.

46       Results from Kann and Asarian (2005) are supported by an earlier investigation by Campbell
47  (1999) who also concluded that the project reservoirs act as both nutrient sinks and sources.  Campbell
48  concluded that there is a general increase in phosphorus loading longitudinally from Keno to below Iron

3-147

EPA1210

1   Gate dam which is not completely explained by increases in flow between the two sites and may be
2   caused by internal nutrient cycling in the project reservoirs. Campbell further notes that although internal
3   nutrient cycling in the project reservoirs was not quantified, the reservoirs in series do not seem to be
4   functioning as a substantial nutrient sink between Keno and Iron Gate dam.

5       PacifiCorp acknowledges that Keno reservoir is seeded with algae passed from Link River, such
6   that the same nutrient cycling dynamics occurring in Upper Klamath Lake also would be likely to occur
7   in Keno and other downstream reservoirs. The total nitrogen balance developed for the Upper Klamath
8   Lake TMDL indicates that Upper Klamath Lake is a seasonally important source of nitrogen (Kann and
9   Walker, 2001). The primary source for this increase is internal nitrogen loading from nitrogen fixation by
10  the blue-green alga *Aphanizomenon flos-aqaue* (Kann, 1998 as cited by Oregon Environmental Quality,
11  2002). The ongoing Water Board nutrient balance study for Copco and Iron Gate reservoir should
12  provide resolution of this complex issue at these reservoirs. We conclude, based on our review of the
13  available information that Copco and Iron Gate reservoirs act as sources of inorganic nitrogen during the
14  summer, at least during relatively dry years primarily because the reservoirs create conditions that foster
15  algal blooms of *Aphanizomenon flos-aqaue* and associated nitrogen fixation.

16      DO and pH in project-influenced waters are indirectly affected by nutrients because they are
17  related to background water quality conditions, photosynthetic activity, and the amount of organic
18  material exerting biological oxygen demand in the water. A shift in nutrient cycling in project reservoirs
19  and outflow to inorganic nitrogen could act as a stimulant to enhance growth of attached algae in the
20  Klamath River downstream of Iron Gate dam. Based on our review of available information, project
21  reservoirs contribute to increased nutrient enrichment both within and downstream of project reservoirs
22  on a seasonal basis, with associated related adverse affects (i.e., low DO during the summer and early fall
23  and increased habitat for the *C. shasta* polychaete host, discussed in the previous subsection). Table 3-29
24  shows ammonia accumulates in the hypolimnion of both Copco and Iron Gate during the summer into
25  October. Ammonia concentrations in the Klamath River above the confluence with the Shasta River were
26  recorded at the highest levels in October, which is not unexpected under reduced conditions; however
27  high levels in a well mixed environment such as the Klamath River at the confluence of the Shasta River
28  (over 13 miles downstream of Iron Gate dam) suggests turnover at Copco and Iron Gate reservoirs or fish
29  hatchery effluent could be responsible for the elevated ammonia concentrations. Ammonia can be toxic
30  to fish. Therefore, we conclude that it is appropriate for PacifiCorp to assess measures to reduce such
31  nutrient-related project effects, as PacifiCorp proposes and others recommend.

32      Development of reservoir management plans, as proposed by PacifiCorp, would address
33  conditions stemming both directly and indirectly from the high levels of nutrients in project waters.
34  Assessing a variety of technologies for reducing algae concentrations and enhancing the DO and pH of
35  project waters would identify potentially effective measures to be implemented to address known water
36  quality problems. However, development of separate management plans for each project reservoir would
37  make it more difficult to take a comprehensive approach to addressing water quality issues, as previously
38  discussed in *Keno Reservoir Water Quality Management*. We consider a more effective approach to
39  water quality management to include all project-affected waters in a single comprehensive water quality
40  resource management plan, as recommended by Oregon Fish & Wildlife. By including all project
41  reservoirs and free-flowing reaches influenced by the project (e.g., project bypassed reaches, the peaking
42  reach, and project-influenced portions of the Klamath River downstream of Iron Gate dam) in such a plan,
43  water quality monitoring and potential remedial measures would incorporate inter-relations of reservoir
44  dynamics with those of free-flowing project reaches into deliberations regarding measures that should be
45  implemented.

46      We consider consultation with appropriate resource agencies in the development of any
47  comprehensive water quality resources management plan to be essential. In some instances, potential
48  measures for controlling water quality issues within project waters may entail balancing benefits against
49  potential adverse effects. For example, using an algaecide to control a *Microcystis* bloom could be

3-148

EPA1211

1  effective in reducing the amount of microcystin toxin, and associated human health risk, in project
2  reservoirs. However, depending on the algaecide used, there could be associated adverse water quality
3  effects. In addition, as treated algae die and settle to the bottom of the reservoir, nutrients within the algal
4  cells become susceptible for release and reintroduction to the water column at a later time. Resource
5  agencies that represent the local natural resources and the related public health interests should be
6  involved in such decisions.

7        Although we agree with the Forest Service that offsite measures to reduce nutrient loading
8  coming into the project could help control nutrient levels within the project-influenced portion of the
9  Klamath River, we consider it appropriate to consider such measures in plans that address loading to the
10  Klamath River from throughout the entire basin. For example, we conclude the forthcoming TMDL and
11  Reclamation's CIP would address loads entering the Klamath River and we consider it unreasonable to
12  assign to PacifiCorp the responsibility of nutrient removal prior to reaching the project. However,
13  provisions for periodic updates to a comprehensive water quality management plan specific to the
14  Klamath Hydroelectric Project would enable parallel water quality enhancement initiatives to be
15  incorporated into the plan, as appropriate. Although the outcome of PacifiCorp's proposed assessments
16  of measures to control algae and related water quality problems associated with high nutrient and organic
17  input may identify techniques that could be used directly in project waters, another possible outcome
18  could be that it may be more effective to treat water before it is influenced by the project. Cooperation
19  and coordination with other entities with an interest in addressing basin-wide water quality issues could
20  lead to creative solutions to such issues. As discussed in *Keno Reservoir Water Quality Management*,
21  assessing measures that would reduce the nutrient load of water passing from Keno dam, could effectively
22  address project-related water quality issues at Copco and Iron Gate reservoirs. We discuss the basin-wide
23  efforts targeting nutrients and other water quality analytes in section 3.3.2.3, *Cumulative Effects.*

24        Project operations contribute to water quality conditions that affect the taste and odor of project
25  waters and could affect the flesh of harvestable salmonids and other aquatic resources that occur within
26  the river. Table 3-34 indicates that two-thirds of recreational users in the project area had negative
27  perceptions of the water quality, commenting on its color, turbidity, and odor. Given the eutrophic
28  conditions within the reservoirs and the nutrient and organic matter loading to the river, it is not
29  unreasonable to imagine the water would have a distinctive taste. We have no information regarding
30  what specific conditions are causing taste and odor complaints by recreational users, but given the
31  prevalence of algal blooms in project reservoirs, we suspect that such blooms are the likely cause of taste
32  and odor problems. In addition to algal blooms, taste and odor issues at reservoirs are often associated
33  with hydrogen sulfide, which produces a "rotten egg" taste and smell. Hydrogen sulfide production
34  typically occurs as a byproduct of anaerobic decomposition of organic matter. Conditions that would
35  allow hydrogen sulfide production (high organic matter and anoxic conditions) are present when Copco
36  and Iron Gate stratify in the summer. We have no direct evidence that this is the case at any of the project
37  reservoirs, but it would not be unexpected. Methane production, which is strongly suspected as occurring
38  under certain similar anoxic conditions, at least in Iron Gate reservoir (Eilers and Eilers, 2004), can also
39  produce taste and odor problems. Additional unpleasant odors could stem from the decomposition of
40  algal mats that are attached to the shoreline providing a source of odors in areas visited by shoreline
41  recreationists. A water quality management plan that includes measures that would reduce the likelihood
42  of algae blooms, as well as enhance the DO of hypolimnetic water in Copco and Iron Gate reservoirs
43  would also likely serve to reduce the taste and odor issues of project waters.

44        *Dam Removal to Enhance Water Quality*

45        Oregon Fish & Wildlife and the Hoopa Valley Tribe recommend that if it is not feasible to meet
46  water quality objectives for water quality certification through modification of project facilities and
47  operations, PacifiCorp should prepare a decommissioning amendment application for the subject facility,

EPA1212

1  in consultation with state, federal, and tribal stakeholders, in order to achieve compliance with applicable
2  water quality objectives.

3      The Hoopa Valley Tribe states that "PacifiCorp's own analyses make it clear that the Klamath
4  Hydro Project's effects on water temperature are immitigable; therefore, the only way to substantially
5  reduce the impacts is to remove all KHP dams and drain the reservoirs." We consider this to be a
6  recommendation for project dam removal to enhance the downstream water temperature regime for
7  salmonids.

8      Conservation Groups recommend that PacifiCorp prepare a decommissioning plan in consultation
9  with federal state, tribal, and other relicensing parties that results in the modification or removal of project
10  facilities and operations to achieve compliance with all applicable water quality objectives.

11  *Our Analysis*

12      Both Oregon and California have listed project waters as "impaired" because they fail to meet
13  applicable water quality objectives. We assess the potential effects on water quality resulting from
14  removal of each mainstem dam because numerous parties have recommended the removal of some or all
15  project dams. Many parties suggest that dam removal may be the only means to effectively address
16  adverse project-related water quality effects. If project operation can be demonstrated to be responsible
17  for continued violations of applicable water quality objectives after implementation of reasonable
18  measures, and it is not feasible to correct the problem, we consider it appropriate to consider
19  decommissioning the development. However, we expect considerable effort to be expended to identify
20  all options to correct the problem before decommissioning is considered. If water quality objectives are
21  not met for reasons that aren't related to project operations (e.g., the quality of water entering the
22  development is similar to the quality of water leaving the development), it would be inappropriate to
23  consider decommissioning the development. We do not expect the Fall Creek diversion dams to have any
24  long-term effect on water quality. We do not consider removal of either diversion dam to be a reasonable
25  option because applicable water quality objectives are currently being met. Therefore, we do not further
26  discuss removal of these dams to achieve water quality objectives.

27      PacifiCorp's temperature modeling results show a Klamath River without hydroelectric dams
28  would generally be warmer in the spring, more variable in the summer and fall (in particular, downstream
29  of Iron Gate dam, as shown in figure 3-37), and similar to existing conditions between December and
30  March. Unfortunately, because many of the other parameters in the model (e.g., pH, nutrients, and algae)
31  are driven by much more complex biochemical processes than temperature,[43] modeling results for these
32  parameters are contingent on the quality of the entire dataset and subject to variable interpretation. We
33  base much of our analysis of the potential effects of dam removal on our review of existing water quality
34  data from the riverine reaches and general principles that typically influence water quality. Without
35  project dams and their associated reservoirs, the river would become well-oxygenated below the Keno
36  dam site, due to mixing and reaeration afforded by natural river systems in steep, fast flowing
37  environments. The Klamath River without project dams would still experience high levels of nutrients
38  and organic matter originating from upstream sources, unless measures are implemented by other entities
39  to reduce nutrient input. Given the high inputs to project waters, nutrients would continue to persist in
40  project area waters in the absence of water treatment by other parties, and it is likely that without
41  treatment of water entering the Klamath River from Link River and the Klamath Irrigation Project,
42  Klamath River water quality would continue to be impaired. More importantly, conditions that support
43  planktonic algae, including *Microcystis, Aphamizonmeon flos-aquae,* and other species that cause blooms
44  in project reservoirs, would be diminished because such algae do not thrive in free-flowing reaches with

---

[43]Temperature is a physical process and as such is relatively simple to model, as the physics that affect it are well understood.

EPA1213

1   turbulent conditions, such as would exist in the Klamath River without project dams. Therefore, the
2   geographical extent of Klamath River impairment would likely be reduced with mainstem project dam
3   removal.

4           Removal of Keno dam would result in substantial changes to the thermal regime in the formerly
5   impounded area, as the surface area would be substantially reduced and the residence time of water
6   passing through the former reservoir site would be decreased, thus reducing solar warming of the
7   impounded water. However, inflow to the Klamath River from irrigation runoff and from Upper Klamath
8   Lake would still be warm. Figure 3-39 shows the expected temperatures below Keno dam under a
9   "without project" scenario summarized by 2 week time periods. Daily maximums under the without
10  project scenario would be similar to existing conditions; however, the greatest differences would be in the
11  daily minimums, which could be almost 4°C lower than the existing conditions during the warmest
12  periods in July. Similarly, daily average temperatures would be lower without the project, with
13  temperatures about 2°C lower during the same time period. We discuss the effects of such temperature
14  differences on salmonid refugia in section 3.3.3.2, *Aquatic Resources*.

15          High nutrient inputs would be expected to continue, but because the reach would be free flowing
16  there would be a decrease in planktonic algae and a likely increase in attached algae (including
17  *Cladophora spp*.) and submergent and emergent vegetation. Biggs (2000, as cited by Resighini
18  Rancheria, 2006) reports that rivers around the world follow common patterns in response to localized
19  nutrient enrichment. He states that, as long as additional nutrient inputs do not occur, nutrient
20  concentrations typically diminish as the river flows downstream. Increased nutrient uptake by periphyton
21  below a source is documented by USGS investigations on the South Fork Umpqua River in Oregon.
22  USGS concluded that periphyton acts as an effective sink for nutrients entering the South Umpqua River
23  (Tanner and Anderson, 1996). The free-flowing Oregon portion of the Klamath River below Keno dam is
24  currently dominated by nuisance filamentous green algae species (i.e., *Cladophora*) (Oregon
25  Environmental Quality, 2002), which would likely continue in the future. However, the distribution
26  might shift depending on any future changes in the nutrient regime and whether or not any dams are
27  removed.

28          The continued loading of organic material from Upper Klamath Lake and the shallow nature of
29  the relatively low gradient of the Klamath River currently submerged by Keno reservoir (see figure 3-2)
30  are conditions that would persist post-dam removal and may continue to exert an elevated biological
31  oxygen demand throughout the water column. This may result in a continuation of DO conditions that
32  are similar to current conditions in that the high biological demand would compromise DO concentrations
33  resulting in low DO levels. Because the portion of the Klamath River now impounded by Keno dam
34  would be returned to a shallow river, high nutrient inputs would stimulate aquatic plant growth, which
35  would also contribute to fluctuations in DO concentrations (NAS, 2004). If Keno dam is removed, the
36  former Lake Ewauna would not serve to retain fine-grained sediment and associated nutrients and other
37  contaminants, because the bedrock sill that formed Lake Ewauna was removed when the original
38  regulating dam was constructed at Keno (see section 3.3.1.1, *Geology and Soils*). This could allow for
39  some turbulence causing reaeration; however given the shallow, meandering nature of the reach this may
40  only result in modest aeration and may not overcome the biological oxygen demand. In general, we
41  expect changes in nutrient and DO concentrations in the former Keno reservoir area and the downstream
42  Keno reach, if Keno dam should be removed, to be related to a shift from free floating planktonic algae to
43  attached algae and emergent vegetation which could begin the nutrient assimilation process closer to the
44  source of inputs.

EPA1214



1

2  a   Box plots (line inside box is median, box ends are 25th and 75th percentiles, whisker ends are 10th and 90th
3      percentiles, dots are outliers) of daily minimum, mean, and maximum temperatures predicted by PacifiCorp's
4      Klamath River Water Quality Model below Keno dam.

5  b   Models estimate Existing Condition (EC) and Without Project (WOP). Numbers adjacent to the box plots are
6      the mean temperature under EC (top) and the mean difference (WOP-EC) ± 1 SD (bottom).

7  Figure 3-39.    Composite box plots[a] of two week summaries of modeled[b] water temperature
8                  from April to November for the years 2000 through 2004 below Keno dam.
9                  (Source:  Resighini Rancheria, 2006)

EPA1215

1

2        The Keno reach upstream of J.C. Boyle reservoir is generally steep, free flowing, and has a
3  boulder type substrate, and waters entering Boyle reservoir are well aerated.  Residence time in J.C. Boyle
4  reservoir is short compared to other reservoirs (about 3 days), which limits the amount of time for
5  alteration of water quality directly related to the project.  Little sediment has accumulated in the reservoir
6  according to available information (see table 3-1).  If J.C. Boyle dam would be removed, we expect there
7  would be little effect on downstream water quality.  The exception would be a substantial increase in
8  water temperature in the J.C. Boyle bypassed reach because the increased volume of water would dilute
9  the coldwater inflow from springs in this area.  Similarly, the temperatures in what is now the peaking
10  reach would be modified by eliminating the swings caused by peaking operations and the influence of the
11  spring water in this reach during non-generation periods.  However, we expect that daily averages would
12  be similar to existing conditions.  We discuss the loss of cold water salmonid refugia associated with this
13  scenario in section 3.3.3.2, *Aquatic Resources*.

14        Removal of Copco No. 1 and Iron Gate dams would result in the greatest effects on Klamath
15  River water quality due to loss of their associated reservoirs.  Without these two dams, we expect the
16  Klamath River would experience reduced ammonia and pH fluctuations, as these conditions are
17  associated with algae blooms, anaerobic decomposition, and stratification processes within the reservoirs,
18  as well as a reduced risk of *Microcystis* blooms.  Removal of Copco No. 1 and Iron Gate dams would
19  likely result in changes in the distribution of attached algae and moderate DO and pH.  Without Copco
20  and Iron Gate, temperatures below Iron Gate would experience more diurnal variability than existing
21  conditions; however this variability would not be as extreme as without project scenario predictions
22  (PacifiCorp, 2005).

23        Removal of Copco No. 2 dam would return flows to the Copco No. 2 bypassed reach providing
24  natural aeration from the turbulent passage of water over the coarse, steep gradient in this reach, thus
25  improving DO.  However, because of the lack of a sizeable impoundment we do not expect additional
26  effects on water quality.

27        With an abundance of nutrients in the water, aquatic plants thrive in the Klamath River and the
28  mainstem reservoirs (Campbell, 1999).  Without Iron Gate and Copco No. 1 dams in place, planktonic
29  algae densities would substantially decrease, allowing opportunistic attached algae and rooted vegetation
30  to capitalize on the nutrient-rich waters within the river in areas with suitable substrate.  The dense algae
31  blooms that currently occur in Copco and Iron Gate in July and August are dominated by the same
32  nitrogen fixing algae that contributes to increased nitrogen in Upper Klamath Lake.  Removal of the dams
33  would reduce the seasonal nitrogen loading potential by the algae, thereby reducing nitrogen availability
34  within the area or downstream.  The greatest amount of nutrient uptake by attached algae or rooted
35  vegetation would most likely occur close to the source of nutrient inputs, which without Copco or Iron
36  Gate would be closer to Keno reservoir and nutrient uptake would continue through the project area and
37  beyond.

38        Should *Cladophora* become established in formerly impounded river reaches at Copco and Iron
39  Gate, as figure 3-34 suggests could occur, we expect it to thrive, given the high nutrient concentrations
40  entering the river from the upper basin.  This could have implications for anadromous fish restoration,
41  discussed in section 3.3.3.2.3, *Anadromous Fish Restoration.*  However, the nutrient dynamics in the
42  Klamath River would be altered if one or more mainstem dams were to be removed, and predicting future
43  nutrient conditions and associated *Cladophora* colonization in the vicinity of the current Copco and Iron
44  Gate dam sites would be difficult.  Because the river would be free flowing for a longer portion of the
45  reach, there would be ample opportunity for waters to be well-aerated from natural turbulence, dampening
46  the current extremes in DO concentrations in the middle section of what is now Copco and Iron Gate
47  reservoirs.  When oxygen is present, phosphate typically is bound to sediment particulates, becoming
48  unavailable for plant growth.

EPA1216

1    *Hazardous Substances*

2        The Bureau of Land Management specifies that PacifiCorp file a hazardous substances plan for
3    oil and hazardous substance storage, spill prevention, and clean up with the Commission prior to
4    planning, construction, or maintenance that may affect Bureau of Land Management-managed land. At
5    least 90 days prior to filing the plan with the Commission, PacifiCorp would submit the plan to the
6    Bureau of Land Management for review and approval. The plan would outline procedures for reporting
7    and responding to releases of hazardous substances and make provisions for maintaining emergency
8    response and HAZMAT cleanup equipment sufficient to contain any spill from the project.

9        The Bureau of Land Management also specifies that PacifiCorp should semi-annually provide the
10   Bureau of Land Management with information on the location of spill cleanup equipment on Bureau of
11   Land Management-managed land and the location, type, and quantity of oil and hazardous substances
12   stored in the project area. PacifiCorp would inform the Bureau of Land Management immediately as to
13   the nature, time, date, location, and action taken for any spill affecting Bureau of Land Management-
14   managed land.

15       PacifiCorp submitted alternative 4(e) conditions to the Bureau of Land Management (filed with
16   the Commission on April 28, 2006). PacifiCorp's alternative 4(e) condition modifies the Bureau of Land
17   Management condition by stating that it would implement and maintain spill prevention control and
18   countermeasure plans at all project facilities in compliance with 40 CFR Part 112. PacifiCorp states that
19   the plans would be made available to the Commission and the Bureau of Land Management as requested.
20   Finally, PacifiCorp states that the scope of this condition would only include Bureau of Land
21   Management lands within the project boundary.

22       PacifiCorp also provided an alternative 4(e) condition to semi-annually provide the Bureau of
23   Land Management with information on the location of spill cleanup equipment on Bureau-managed land
24   and the location, type, and quantity of oil and hazardous substances stored in the project area. PacifiCorp
25   states that it would maintain spill clean-up equipment on Bureau of Land Management lands within the
26   project boundary in accordance with the required spill prevention and cleanup plans. PacifiCorp proposes
27   to submit annually a copy of its annual emergency and hazardous chemical inventory (Tier II form) to the
28   appropriate state jurisdictional agencies in accordance with federal regulations. PacifiCorp does not say
29   that it would provide this Tier II form to the Bureau of Land Management. It agrees to notify the Bureau
30   of Land Management of any spills on Bureau lands within the project boundary, but does not provide for
31   notification if spills affect, but do not occur on, Bureau lands.

32   *Our Analysis*

33       In accordance with 40 CFR §112.1 of EPA's regulations, a hazardous substance plan (also
34   referred to as a spill prevention control and countermeasure plan) is required to be in place for any facility
35   where unburied storage capacity exceeds 1,320 gallons of oil or a single container has capacity in excess
36   of 660 gallons. In addition to the onsite storage of lubricants and other oil products, transformers at the
37   J.C. Boyle, Copco No. 1, Copco No. 2, and Iron Gate powerhouses are oil-cooled and would be of
38   sufficient capacity to exceed the threshold to require a hazardous substances plan to be in place,
39   independent of this relicensing procedure. This plan would provide a quick reference to procedures and
40   notifications in case of oil spills and reduce the possibility of oil or other hazardous substances reaching
41   the Klamath River if a spill occurs. A hazardous substances plan would minimize the amount of
42   petroleum products that would enter project waters in the unlikely event of a spill. There is no evidence
43   that PacifiCorp stores smaller quantities of oil than those that would trigger preparation of a hazardous
44   substances plan or additional hazardous substances besides petroleum products within the existing or
45   proposed project boundary. However, if such is the case, extending the hazardous substances plan to
46   include smaller quantities of oil and other hazardous substances would reduce the risk of contamination of
47   project lands and waters by these products and would reduce the extent of contamination should a spill

3-154

EPA1217

1  occur. If hazardous substances not covered under PacifiCorp's existing hazardous substances plan should
2  be needed prior to any planned construction or maintenance activities, we consider inclusion of a site
3  specific addendum to PacifiCorp's existing plan to cover this construction or maintenance activity to be
4  reasonable and consistent with documented Best Management Practices. For construction or
5  modifications of existing project facilities, the site-specific hazardous substances plan addendum, with the
6  base plan, could be submitted for approval as part of the final plan for the site.

7      We are not aware of any actions proposed by PacifiCorp as part of this relicensing proceeding
8  that would entail new construction or maintenance that would not be addressed in a plan proposed by
9  PacifiCorp or recommended by the staff. The type of construction or maintenance that would require a
10  new plan for oil and hazardous substances storage and spill prevention and cleanup would typically
11  require a licensee to file a request for a license amendment with the Commission. The need for such a
12  new plan would be addressed in the license amendment proceeding.

13      PacifiCorp already reports information on the location of spill cleanup equipment and the
14  location, type, and quantity of oil and hazardous substances stored in the project area to the appropriate
15  state agencies on an annual basis. This report includes Bureau of Land Management managed lands
16  within the project boundary. The Bureau of Land Management has not made its case why the existing
17  annual reporting should be shortened to semi-annual reporting and why the existing reports provided to
18  state agencies are not sufficient to document on-site hazardous material inventories. Coordinated efforts
19  between the Bureau of Land Management and the state agencies would alleviate the need for PacifiCorp
20  to prepare duplicative inventory and reporting information as specified by the Bureau of Land
21  Management. Providing copies of the reports that PacifiCorp provides to state agencies to the Bureau of
22  Land Management should not be burdensome and would keep the Bureau of Land Management informed
23  regarding the location of project-related hazardous material storage sites and spill clean-up equipment.

24  ### 3.3.2.3    Cumulative Effects

25      Construction of the project dams resulted in areas of the river where the physical processes that
26  control water quality have experienced a shift, as the processes in lakes are markedly different relative to
27  the river environment. Although at times water quality meets applicable state water quality objectives
28  (typically during the winter, high flow months) the water quality within some of the project
29  impoundments (i.e., Keno, Copco, and Iron Gate reservoirs) has evolved to mimic highly productive
30  lakes, which experience algal blooms and complex nutrient cycling and loading processes. Diversion of
31  water for hydroelectric generation has substantially altered flow and temperature regimes in the bypassed
32  reaches; however, under the existing hypereutrophic conditions, diversion of water from the J.C. Boyle
33  bypassed reach has resulted in an improvement to that reach's water quality. Other actions throughout the
34  upper Klamath River Basin that could cumulatively affect water quality include management plans and
35  policies, land use practices, and changes in agricultural market conditions. We discuss below the
36  potential effects of other activities not directly under the Commission's control that have a bearing on
37  project water quantity and quality.

38      Implementation of the TMDL for Upper Klamath Lake and the subsequent reduction in
39  phosphorous loading to the lake should, over time, improve water quality within the lake and in releases
40  to the Link River, in addition to releases to the Klamath Irrigation Project through the A canal.
41  Development of the TMDL for the Klamath River would build on the existing TMDL for Upper Klamath
42  Lake and allocate acceptable nutrient loads to the Klamath River from point and non-point sources
43  throughout the Upper Klamath Basin. Once loads have been established, NPDES permit holders and
44  agricultural land owners would become eligible to apply for funding to implement measures to reduce the
45  nutrient loads leaving their properties and entering the Klamath River. This program would provide
46  benefits to water quality throughout the Klamath River over the anticipated term of a new license. The
47  TMDL program relies on voluntary involvement for loads identified from non-point sources; therefore,
48  nutrient load reductions to the allocated size may not be fully realized as farmers and ranchers choose

EPA1218

1    between converting portions of their land to best management practices or maximizing their property's
2    agricultural potential.

3    Reclamation's CIP would work to bring agencies and non-governmental organizations interested
4    in protecting water quality and other affected resources together to develop policies and plans to alleviate
5    the current stresses on water quality and aquatic resources. Currently the CIP is in its third draft and
6    provides a framework of interagency collaboration to aid existing ecosystem restoration and water
7    management efforts developed at the local level to advance more rapidly by providing resources,
8    coordination, and communication. The CIP can also fund research to increase understanding of the
9    Klamath River system and monitoring to evaluate progress toward program goals. Implementation of a
10    final CIP would provide the framework to coordinate basin-wide restoration and monitoring efforts in a
11    collective effort to improve water quality and other resources.

12    Reclamation must maintain certain lake elevations and river flows through implementation of the
13    conditions specified in Biological Opinions issued by FWS and NMFS. At the same time, Reclamation
14    must operate the Klamath Irrigation Project, which includes water in Upper Klamath Lake and releases to
15    the Link River and A canal, consistent with its tribal trust obligations, contracts for the delivery of water
16    throughout the Klamath Irrigation Project, and water supply to the Lower Klamath and Tule Lake
17    National Wildlife refuges. As such, water availability for other purposes (e.g., flushing flows, additional
18    spillage, etc) is limited and during dry years becomes a highly contested resource. Over time, the overall
19    limitations on water availability and dynamic hydrographs contribute to conditions that result in a channel
20    that becomes stable and prone to other undesirable consequences to water quality and aquatic resources.
21    The ability to store additional water at Long Lake is currently under study as a means to increase water
22    availability throughout the Klamath River Basin.

23    Inflow to the Klamath Hydroelectric Project is largely the result of releases from Link River dam
24    and withdrawals or return flows from the Klamath Irrigation Project. The limited active storage of the
25    project reservoirs greatly limits the effects of project operations during flooding events or extremely dry
26    periods along the middle and lower reaches of the Klamath River. Maintenance of the current water level
27    regime within Keno reservoir would ensure the continued supply of water to and from the Klamath
28    Irrigation Project. We discuss cumulative water quantity effects on aquatic and riparian habitat in section
29    3.3.1.3, *Geology and Soils*; and effects on aquatic biota in section 3.3.3.3, *Aquatic Resources*, and 3.3.5.3
30    *Threatened and Endangered Species*.

31    Water demands in other tributary watersheds to the Klamath River can put an additional strain on
32    the resources that rely on the Klamath River. The California State Water Project controls releases from
33    the Trinity River to the Klamath through diversions to the Central Valley, which, depending on the water
34    year type, can have a substantial effect on flows in the lower Klamath River. Diversions of water result in
35    reduced volume entering the Klamath River, exacerbating high temperatures, especially during low flow
36    years, and further stressing anadromous fish. The headwaters of the Trinity are largely undeveloped
37    resulting in good water quality that, before the California State Water Project, would help dilute the
38    naturally high nutrient loads within the Klamath River and buffer temperature extremes. Demand for
39    these tributary sources limits the ability of the natural system to provide protection to the resources that
40    rely on it. Collaboration between interbasin water users (including transfers from the Klamath Basin to
41    the Rogue River Basin to the north and the California State Water Project to the southeast) and diverters
42    could lead to more effective management of flow releases to the Klamath River, which could provide
43    relief from temperature extremes. In addition, during non-dry years, collaboration may provide flushing
44    type flows to mobilize the substrate which could reduce attached algae distribution and may lower *C.*
45    *shasta* infection rates among salmonids within the lower Klamath River.

46    The expiration of the 1956 contract between PacifiCorp and Reclamation which provided reduced
47    electrical rates to Klamath Irrigation Project irrigators may result in changes in agricultural practices that
48    change the amount of Klamath River water that is used for irrigation. Because much of the water initially

EPA1219

1    used for irrigation is returned to the Klamath River, any reduction in irrigation water use would reduce the
2    amount of nutrients and other agricultural byproducts entering the Klamath River during the summer
3    growing season. Allowing fair market practices to determine resource allocation could lead to
4    distribution patterns throughout the basin that could improve water quality as water users choose not to
5    irrigate, change crops, or reduce farming efforts. On the other hand, a change to less expensive, less
6    efficient irrigation practices (such as flood irrigation) may result in increased diversions which may
7    reduce the quantity of water that is returned to the Klamath River

8         Extensive timber harvesting and conversion of land for resource extraction purposes (e.g., mining
9    for gravel, gold, and other materials) throughout the watershed results in increased sediment and nutrient
10   loads to the Klamath River. Increased sediment loading degrades water quality by increasing bedload and
11   suspended solids in the water. As the solids settle, they create a shallower river channel susceptible to
12   warming during months with the most daylight. During high flow events, previously settled sediments
13   could become re-suspended, generating a deeper channel that would buffer the river from daily
14   temperature swings. If the above-mentioned land types become reforested, the area would experience less
15   direct runoff, increased potential groundwater contributions, and reduced pollutants. Effects would be
16   dynamic and ongoing as land uses throughout the basin change due to numerous socioeconomic factors.

17   ### 3.3.2.4    Unavoidable Adverse Effects

18        The project, as proposed, would continue to affect temperatures in the Klamath River.
19   Implementation of strategic operations or facility modifications that use cool water stored in project
20   reservoirs, as discussed previously, could temporarily alleviate project effects on temperatures
21   downstream of Iron Gate dam; however these effects would be limited to a few degrees Celsius and last
22   from a few days to at most a couple of weeks. In addition, even with implementation of best management
23   practices that may be developed as part of a project-wide water quality management plan, it is likely that
24   algal blooms would continue to occur in project reservoirs, albeit at a smaller scale and less frequently,
25   and some degree of project-related nutrient enrichment would occur in the Klamath River downstream of
26   Iron Gate dam.

27        Removal of any project dam(s) as recommended by various stakeholders would expose sediment
28   previously trapped behind project reservoirs to scour, increasing the turbidity of the water downstream of
29   any dam that might be removed. The magnitude and duration of this effect would be related to the
30   amount of sediment trapped behind the dam (see section 3.3.1, *Geology and Soils*), which dam(s) are
31   removed, the removal methods, and any actions taken prior to breaching the dam (e.g., dredging). Based
32   on these factors, we expect the adverse effects from increased turbidity during and following dam
33   removal to range from relatively short-term, minimal increases in turbidity, to increases in turbidity that
34   could last for several years. If sediments should be contaminated, any release of such contaminants
35   during dam removal could also adversely affect water quality.

EPA1220