Exhibit B

# WATER QUALITY CONTROL PLAN
# FOR THE
# NORTH COAST REGION

JANUARY 2007

**NORTH COAST REGIONAL WATER QUALITY CONTROL BOARD**
**5550 Skylane Blvd., Suite A**
**Santa Rosa, CA  95403**

**Telephone:  (707) 576-2220**

## 2. BENEFICIAL USES

### INTRODUCTION

The basis for the discussion of beneficial water uses, which follows, is Section 13050(f) of California's Porter-Cologne Water Quality Control Act, which states:

> "Beneficial uses" of the waters of the state that may be protected against water quality degradation include, but are not necessarily limited to, domestic, municipal, agricultural, and industrial supply; power generation; recreation; aesthetic enjoyment; navigation; and preservation and enhancement of fish, wildlife, and other aquatic resources or preserves.

An essential part of a water quality control plan is an assessment of the beneficial uses, which are to be designated and protected. Table 2-1 identifies beneficial uses for each hydrologic area in the Region, as well as for specific waterbodies and broad categories of waters (i.e., bays, estuaries, minor coastal streams, ocean waters, wetlands, and groundwaters). Protection will be afforded to the present and potential beneficial uses of waters of the North Coast Region as designated and presented in Table 2-1. The beneficial uses of any specifically identified water body generally apply to all its tributaries.

Water quality standards are adopted to protect public health or welfare, enhance the quality of water, and serve the purposes of the Clean Water Act (as defined in Sections 101(a)(2), and 303(c) of the Act). Water quality standards consist of 1) designated beneficial uses; 2) the water quality objectives to protect those designated uses; 3) implementation of the Federal and State policies for antidegradation; and 4) general policies for application and implementation. Chapter 3 of the Basin Plan contains numeric and narrative water quality objectives, including Resolution 68–16, designed to ensure that all designated beneficial uses of water in the Region are maintained and protected. Chapter 4 contains the implementation plans and Policies intended to meet water quality objectives and protect beneficial uses. Chapter 5 describes the Region and statewide monitoring and surveillance methods to measure achievement of the water quality objectives. The objective of the State's Policy for Maintaining High Quality of Waters in California (Antidegradation Policy - Resolution 68-16) is explained in Chapter 3, on page 3-2.00. The entire text of this Policy is contained in Appendix 6 to the Basin Plan. The federal Antidegradation Policy also applies to the protection of beneficial uses. The federal Antidegradation Policy is contained in Appendix 6-B.

### BENEFICIAL USE DEFINITIONS

In 1972, the State Water Board adopted a uniform list of beneficial uses, including descriptions, to be applied throughout all basins of the State. This list was updated in 1996. In addition to the beneficial uses identified on the statewide list, the following uses have been identified in this Region: Three wetland beneficial uses, recognizing the value of protecting these unique waterbodies: Wetland Habitat (WET); Water Quality Enhancement (WQE); and Flood Peak Attenuation/ Flood Water Storage (FLD).  The Native American Cultural (CUL) use and Subsistence Fishing (FISH) use have been added, identifying the traditional and cultural uses of waters within the Region.

The following beneficial uses are designated within the North Coast Region.

**Municipal and Domestic Supply (MUN)** Uses of water for community, military, or individual water supply systems including, but not limited to, drinking water supply.

**Agricultural Supply (AGR)** Uses of water for farming, horticulture, or ranching including, but not limited to, irrigation, stock watering, or support of vegetation for range grazing.

**Industrial Service Supply (IND)** Uses of water for industrial activities that do not depend primarily on water quality including, but not limited to, mining, cooling water supply, hydraulic conveyance, gravel washing, fire protection, or oil well repressurization.

**Industrial Process Supply (PRO)** Uses of water for industrial activities that depend primarily on water quality.

**Groundwater Recharge (GWR)** Uses of water for natural or artificial recharge of groundwater for purposes of future extraction, maintenance of water

2. BENEFICIAL USES

quality, or halting of saltwater intrusion into freshwater aquifers.

**Freshwater Replenishment (FRSH)** Uses of water for natural or artificial maintenance of surface water quantity or quality (e.g., salinity).

**Navigation (NAV)** Uses of water for shipping, travel, or other transportation by private, military or commercial vessels.

**Hydropower Generation (POW)** Uses of water for hydropower generation.

**Water Contact Recreation (REC-1)** Uses of water for recreational activities involving body contact with water, where ingestion of water is reasonably possible. These uses include, but are not limited to, swimming, wading, water-skiing, skin and scuba diving, surfing, white-water activities, fishing, or use of natural hot springs.

**Non-Contact Water Recreation (REC-2)** Uses of water for recreational activities involving proximity to water, but not normally involving body contact with water, where ingestion of water is reasonably possible. These uses include, but are not limited to, picnicking, sunbathing, hiking, beachcombing, camping, boating, tidepool and marine life study, hunting, sightseeing, or aesthetic enjoyment in conjunction with the above activities.

**Commercial and Sport Fishing (COMM)** Uses of water for commercial, recreational (sport) collection of fish, shellfish, or other aquatic organisms including, but not limited to, uses involving organisms intended for human consumption or bait purposes.

**Aquaculture (AQUA)** Uses of water for aquaculture or mariculture operations including, but not limited to, propagation, cultivation, maintenance, or harvesting of aquatic plants and animals for human consumption or bait purposes.

**Warm Freshwater Habitat (WARM)** Uses of water that support warm water ecosystems including, but not limited to, preservation or enhancement of aquatic habitats, vegetation, fish, or wildlife, including invertebrates.

**Cold Freshwater Habitat (COLD)** Uses of water that support cold water ecosystems including, but not limited to, preservation or enhancement of aquatic habitats, vegetation, fish, or wildlife, including invertebrates.

**Inland Saline Water Habitat (SAL)** Uses of water that support inland saline water ecosystems including, but not limited to, preservation or enhancement of aquatic saline habitats, vegetation, fish, or wildlife, including invertebrates.

**Estuarine Habitat (EST)** Uses of water that support estuarine ecosystems including, but not limited to, preservation or enhancement of estuarine habitats, vegetation, fish, shellfish, or wildlife (e.g., estuarine mammals, waterfowl, shorebirds).

**Marine Habitat (MAR)** Uses of water that support marine ecosystems including, but not limited to, preservation or enhancement of marine habitats, vegetation such as kelp, fish, shellfish, or wildlife (e.g., marine mammals, shorebirds).

**Wildlife Habitat (WILD)** Uses of water that support terrestrial ecosystems including, but not limited to, preservation and enhancement of terrestrial habitats, vegetation, wildlife (e.g., mammals, birds, reptiles, amphibians, invertebrates), or wildlife water and food sources.

**Preservation of Areas of Special Biological Significance (ASBS)** Includes marine life refuges, ecological reserves and designated areas of special biological significance, such as areas where kelp propagation and maintenance are features of the marine environment requiring special protection.

**Rare, Threatened, or Endangered Species (RARE)** Uses of water that support habitats necessary, at least in part, for the survival and successful maintenance of plant or animal species established under state or federal law as rare, threatened or endangered.

**Migration of Aquatic Organisms (MIGR)** Uses of water that support habitats necessary for migration or other temporary activities by aquatic organisms, such as anadromous fish.

**Spawning, Reproduction, and/or Early Development (SPWN)** Uses of water that support high quality aquatic

habitats suitable for reproduction and early development of fish.

**Shellfish Harvesting (SHELL)** Uses of water that support habitats suitable for the collection of filter-feeding shellfish (e.g., clams, oysters, and mussels) for human consumption, commercial, or sports purposes.

**Water Quality Enhancement (WQE)** Uses of waters, including wetlands and other waterbodies, that support natural enhancement or improvement of water quality in or downstream of a waterbody including, but not limited to, erosion control, filtration and purification of naturally occurring water pollutants, streambank stabilization, maintenance of channel integrity, and siltation control.

**Flood Peak Attenuation/Flood Water Storage (FLD)** Uses of riparian wetlands in flood plain areas and other wetlands that receive natural surface drainage and buffer its passage to receiving waters.

**Wetland Habitat (WET)** Uses of water that support natural and man-made wetland ecosystems, including, but not limited to, preservation or enhancement of unique wetland functions, vegetation, fish, shellfish, invertebrates, insects, and wildlife habitat.

**Native American Culture (CUL)** Uses of water that support the cultural and/or traditional rights of indigenous people such as subsistence fishing and shellfish gathering, basket weaving and jewelry material collection, navigation to traditional ceremonial locations, and ceremonial uses.

**Subsistence Fishing (FISH)** Uses of water that support subsistence fishing.

## KEY TO TABLE 2-1

The list of beneficial uses in Table 2-1 reflects demands on the water resources of the North Coast Region. Water quality objectives (see Chapter 3) will adequately protect the quality of the waters of the Region for future generations.

Table 2-1 lists designated beneficial uses of inland surface waters by hydrologic unit, hydrologic area, hydrologic subarea, and in a few cases, by specific waterbody. General categories at the bottom of the table list the beneficial uses of bays/harbors, estuaries/lagoons, ocean waters, minor coastal streams, freshwater and saline wetlands, and groundwater.

Within Table 2-1, hydrologic unit, area, and sub-area numbers are shown as developed for the State's hydrologic basin planning system. For uniformity purposes, the Calwater system was developed by a State and Federal interagency committee in 1997. Calwater is a set of standardized watershed boundaries for California nested into larger previously standardized watersheds, which meet standardized delineation criteria.

**"CALWATER (Rbuas) Number"** This column contains a numeric identifier in a specified order representing specific subdivisions of drainage used by the Calwater classification system. The number follows the format below:
Hydrologic Region + Basin/ HU + HA + HSA

**"Hydrologic Unit/Subunit/Drainage Feature"** This column contains (in bold type) the names of watersheds and subwatersheds corresponding to the hydrologic unit (HU), hydrologic area (HA), or hydrologic subarea (HSA) number in the preceding column. The definitions of these area classifications are provided below.

**HU: Hydrologic Unit** Each hydrologic region is divided into hydrologic units, which are defined by surface drainage as well as topographic and geographic conditions. A hydrologic unit may encompass a major river watershed or a major groundwater basin, contiguous watersheds with similar hydrogeologic characteristics, or a closed drainage area, such as a desert basin or group of such basins.

**HA: Hydrologic Area** Major subdivisions of hydrologic units. Best described as major tributaries of a river, large valley groundwater basin, or a component of a stream or desert basin group.

**HSA: Hydrologic Subarea** Consist of a major segment of a hydrologic area having significant

2. BENEFICIAL USES

geographical characteristics of hydrological homogeneity.

**Drainage Feature/Waterbody**  An individual waterbody, which has been listed as a distinct feature of the hydrologic subunit in which it exists, based on unique designated beneficial uses.

**Beneficial Uses**  The subheadings under this heading are abbreviations of beneficial uses, which are defined above. An "E" or a "P" in a column beneath one of these designates an existing or potential beneficial use for a given hydrologic area, sub-area or waterbody, respectively. The complete list of beneficial uses follows:

| | |
|---|---|
| **MUN** | Municipal and Domestic Supply |
| **AGR** | Agricultural Supply |
| **IND** | Industrial Service Supply |
| **PRO** | Industrial Process Supply |
| **GWR** | Groundwater Recharge |
| **FRSH** | Freshwater Replenishment |
| **NAV** | Navigation |
| **POW** | Hydropower Generation |
| **REC-1** | Water Contact Recreation |
| **REC-2** | Non-Contact Water Recreation |
| **COMM** | Commercial and Sport Fishing |
| **WARM** | Warm Freshwater Habitat |
| **COLD** | Cold Freshwater Habitat |
| **ASBS** | Preservation of Areas of Special Biological Significance |
| **SAL** | Inland Saline Water Habitat |
| **WILD** | Wildlife Habitat |
| **RARE** | Rare, Threatened, or Endangered Species |
| **MAR** | Marine Habitat |
| **MIGR** | Migration of Aquatic Organisms |
| **SPWN** | Spawning, Reproduction, and/or Early Development |
| **SHELL** | Shellfish Harvesting |
| **EST** | Estuarine Habitat |
| **AQUA** | Aquaculture |
| **CUL** | Native American Culture |
| **FLD** | Flood Peak Attenuation/ Flood Water Storage |
| **WET** | Wetland Habitat |
| **WQE** | Water Quality Enhancement |
| **FISH** | Subsistence Fishing |

**TABLE 2-1: BENEFICIAL USES OF WATERS OF THE NORTH COAST REGION**

| HU/HA/HSA | HYDROLOGIC UNIT/AREA/ SUBUNIT/DRAINAGE FEATURE | MUN | AGR | IND | PRO | GWR | FRSH | NAV | POW | REC1 | REC2 | COMM | WARM | COLD | ASBS | SAL | WILD | RARE | MAR | MIGR | SPWN | SHELL | EST | AQUA | CUL | FLD | WET | WQE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **101.00** | **Winchuck River Hydrologic Unit** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Winchuck River | E | E | E | P | | E | E | P | E | E | E | | E | | | E | E | | E | E | | | P | | | | |
| **102.00** | **Rogue River Hydrologic Unit** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 102.20 | Illinois River Hydrologic Area | E | E | E | P | | E | E | E | E | E | E | | E | | | E | E | | E | E | | | E | | | | |
| 102.30 | Applegate River Hydrologic Area | E | E | E | E | | E | E | P | E | E | E | | E | | | E | E | | E | E | | | P | | | | |
| **103.00** | **Smith River Hydrologic Unit** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 103.10 | Lower Smith River Hydrologic Area | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 103.11 | Smith River Plain Hydrologic Subarea | E | E | E | P | | E | E | | E | E | E | | E | | | E | E | E | E | E | | E | P | E | | | |
| | Lake Talawa | P | | | | | E | E | | E | E | E | | E | | | E | E | | E | | | | P | E | | | |
| | Lake Earl | E | E | E | | | E | E | | E | E | E | E | E | | | E | E | | E | | | | P | E | | | |
| | Crescent City Harbor | | | | | | E | E | | E | E | E | P | E | | | E | E | E | E | | | E | E | | | | |
| 103.12 | Rowdy Creek Hydrologic Subarea | E | E | E | P | | E | E | P | E | E | E | | E | | | E | E | | E | E | | | P | | | | |
| 103.13 | Mill Creek Hydrologic Subarea | E | E | E | P | | E | E | P | E | E | E | | E | | | E | E | | E | E | | | P | | | | |
| 103.20 | South Fork Smith River Hydrologic Area | E | E | E | P | | E | E | E | E | E | E | | E | | | E | E | | E | E | | | P | E | | | |
| 103.30 | Middle Fork Smith River Hydrologic Area | E | E | E | P | | E | E | E | E | E | E | | E | | | E | E | | E | E | | | E | P | | | |
| 103.40 | North Fork Smith River Hydrologic Area | E | E | E | P | | E | E | E | E | E | E | | E | | | E | E | | E | E | | | P | | | | |
| 103.50 | Wilson Creek Hydrologic Area | E | E | E | P | | E | E | E | E | E | E | | E | | | E | E | | E | E | | | P | E | | | |
| **105.00** | **Klamath River Hydrologic Unit** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 105.10 | Lower Klamath River Hydrologic Area | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 105.11 | Klamath Glen Hydrologic Subarea | E | E | P | P | E | E | E | P | E | E | E | E | E | | | E | E | E | E | E | E | E | P | E | | | |
| 105.12 | Orleans Hydrologic Subarea | E | E | E | P | E | E | E | P | E | E | E | E | E | | | E | E | | E | E | P | | P | E | | | |
| 105.20 | Salmon River Hydrologic Area | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 105.21 | Lower Salmon Hydrologic Subarea | E | E | E | P | | E | E | P | E | E | E | | E | | | E | E | | E | E | P | | P | E | | | |
| 105.22 | Wooley Creek Hydrologic Subarea | E | P | E | P | E | E | E | P | E | E | E | | E | | | E | E | | E | E | P | | P | E | | | |
| 105.23 | Sawyers Bar Hydrologic Subarea | E | E | E | P | | E | E | P | E | E | E | | E | | | E | E | | E | E | P | | P | | | | |
| 105.24 | Cecilville Hydrologic Subarea | E | E | E | P | | E | E | P | E | E | E | | E | | | E | E | | E | E | P | | P | | | | |

**TABLE 2-1: BENEFICIAL USES OF WATERS OF THE NORTH COAST REGION**

| HU/HA/ HSA | HYDROLOGIC UNIT/AREA/ SUBUNIT/DRAINAGE FEATURE | MUN | AGR | IND | PRO | GWR | FRSH | NAV | POW | REC1 | REC2 | COMM | WARM | COLD | ASBS | SAL | WILD | RARE | MAR | MIGR | SPWN | SHELL | EST | AQUA | CUL | FLD | WET | WQE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105.30 | Middle Klamath River Hydrologic Area | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 105.31 | Ukonom Hydrologic Subarea | E | E | E | E | E | E | E | P | E | E | E | E | E | | | E | E | | E | E | | | P | E | | | |
| 105.32 | Happy Camp Hydrologic Subarea | E | E | E | E | E | E | E | P | E | E | E | E | E | | | E | E | | E | E | | | P | E | | | |
| 105.33 | Seiad Valley Hydrologic Subarea | E | E | E | E | E | E | E | P | E | E | E | E | E | | | E | E | | E | E | | | P | E | | | |
| 105.35 | Beaver Creek Hydrologic Subarea | E | E | E | E | E | E | E | P | E | E | E | E | E | | | E | E | | E | E | | | P | | | | |
| 105.36 | Hornbrook Hydrologic Subarea | E | E | E | E | E | E | E | P | E | E | E | E | E | | | E | E | | E | E | | | P | | | | |
| 105.37 | Iron Gate Hydrologic Subarea | P | P | P | P | | E | E | E | E | E | E | E | E | | | E | E | | E | E | E | | E | | | | |
| 105.38 | Copco Lake Hydrologic Subarea | E | E | E | P | | E | E | E | E | E | E | E | E | | | E | E | | E | E | | | E | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 105.40 | Scott River Hydrologic Area | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 105.41 | Scott Bar Hydrologic Subarea | E | E | E | P | E | E | E | E | E | E | E | | E | | | E | E | | E | E | | | P | | | | |
| 105.42 | Scott Valley Hydrologic Subarea | E | E | E | P | E | E | E | E | E | E | E | | E | | | E | E | | E | E | | | E | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 105.50 | Shasta Valley Hydrologic Area | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Shasta River & Tributaries | E | E | E | P | E | E | E | P | E | E | E | E | E | | | E | E | | E | E | | | E | | | | |
| | Lake Shastina | P | E | P | P | E | E | E | | E | E | | E | E | | | E | | | P | | | | P | | | | |
| | Lake Shastina Tributaries | E | E | E | P | E | E | P | P | E | E | E | E | E | | | E | | | E | E | | | P | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 105.80 | Butte Valley Hydrologic Area | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 105.81 | Macdoel-Dorris Hydrologic Subarea | E | E | P | P | | | | E | E | E | E | E | E | | | E | E | | E | E | | | P | | | | |
| | Meiss Lake | E | E | P | P | E | | | | P | E | | E | E | | | E | | | | | | | P | | | | |
| 105.82 | Bray Hydrologic Subarea | E | E | | | | | | P | E | E | E | E | | | | E | E | | E | E | | | P | | | | |
| 105.83 | Tennant Hydrologic Subarea | E | E | P | P | E | E | | P | E | E | P | P | E | | | E | P | | E | E | | | P | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

# 3.  WATER QUALITY OBJECTIVES

The California Water Code, Division 7, Chapter 4, Section 13241 specifies that each Regional Water Quality Control Board (Regional Water Board) shall establish water quality objectives which, in the Regional Water Board's judgment, are necessary for the reasonable protection of the beneficial uses and for the prevention of nuisance.

The federal Clean Water Act (33 U.S.C. § 303) requires the State to submit to the Administrator of the U.S. Environmental Protection Agency for approval all new or revised water quality standards which are established for surface and ocean waters.  Under federal terminology, water quality standards consist of the beneficial uses enumerated in Table 2-1 and the water quality objectives contained in this section.  The water quality objectives contained herein are designed to satisfy all state and federal requirements.

As new information becomes available, the Regional Water Board will review the appropriateness of the objectives contained herein.  These objectives will be subject to public hearing at least once during each three-year period following adoption of this Basin Plan to determine the need for review and modification as appropriate.

The water quality objectives contained herein are a compilation of objectives adopted by the State Water Board, the Regional Water Board, and other state and federal agencies.  Other water quality objectives and policies may apply that may be more stringent.  Whenever several different objectives exist for the same water quality parameter, the strictest objective applies.  In addition, the State Water Board "Policy With Respect to Maintaining High Quality Waters in California" also applies.  The state policy incorporates the federal Antidegradation Policy, where the federal Antidegradation Policy is applicable.

Controllable water quality factors shall conform to the water quality objectives contained herein.  When other factors result in the degradation of water quality beyond the levels or limits established herein as water quality objectives, then controllable factors shall not cause further degradation of water quality. Controllable water quality factors are those actions, conditions, or circumstances resulting from man's activities that may influence the quality of the waters of the State and that may be reasonably controlled.

Water quality objectives form the basis for establishment of waste discharge requirements, waste discharge prohibitions, or maximum acceptable cleanup standards for all individuals and dischargers.

These water quality objectives are considered to be necessary to protect those present and probable future beneficial uses enumerated in Table 2-1 and to protect existing high quality waters of the State. These objectives will be achieved primarily through the establishment of waste discharge requirements and through the implementation of this Basin Plan.  The appropriate numeric water quality standards will be established in waste discharge orders.

The Regional Water Board, in setting waste discharge requirements, will consider, among other things, the potential impact on beneficial uses within the area of influence of the discharge, the existing quality of receiving waters, and the appropriate water quality objectives.  The Regional Water Board will make a finding as to the beneficial uses to be protected within the area of influence of the discharge and establish waste discharge requirements to protect those uses and to meet water quality objectives.  Resolution Nos. 87-113, 89-131, and 92-135 describe the policy of the Regional Water Board regarding the specific types of waste discharge for which it will waive issuance of waste discharge requirements.  These resolutions are included in the Appendix Section of this Plan.

The water quality objectives for the Region refer to several classes of waters.  Ocean waters are waters of the Pacific Ocean outside of enclosed bays, estuaries, and coastal lagoons, and within the territorial (3 mile) limit.  Bays are indentations along the coast which include oceanic waters within distinct headlands or harbor works whose narrowest opening is less than 75 percent of the greatest dimension of the enclosed portion of the bay; this definition includes only Crescent City Harbor in the Klamath River Basin, and Humboldt Bay and Bodega Bay in the North Coastal Basin.  Estuaries are waters at the mouths of streams which serve as mixing zones for freshwater and seawater; they generally extend from the upstream limit of tidal action to a bay or open ocean.  The principal estuarine areas of the Region are at the mouths of the Smith and Klamath Rivers, Lakes Earl and Talawa, and at the mouths of the Eel, Noyo, and Russian Rivers.  Inland waters include all surface waters and groundwaters of the basin not included in the definitions of ocean waters, enclosed bays, or estuaries.  Interstate waters include all rivers, streams, and lakes which flow across or form part of a state boundary.  Groundwaters are any subsurface bodies of water which are beneficially used or usable.  They include perched water if such water is used or usable or is hydraulically continuous with used or usable water.

3. WATER QUALITY OBJECTIVES

The water quality objectives which follow supersede and replace those contained in the 1971 "Interim Water Quality Control Plan for the Klamath River Basin," the 1967 "Water Quality Control Policy for the Klamath River in California," the 1967 "Water Quality Control Policy for the Smith River in California," the 1967

"Water Quality Control Policy for the Humboldt-Del Norte Coastal Waters," the 1969 "Water Quality Control Policy for the Lost River," the 1971 "Interim Water Quality Control Plan for the North Coastal Basin," the 1967 "Water Quality Control Policy for the Sonoma-Mendocino Coast," the 1975 "Water Quality Control Plan for the Klamath River Basin (1A)," the 1975 "Water Quality Control Plan for the North Coastal Basin (1B)," and the 1988 "Water Quality Control Plan for the North Coast Region".

**GENERAL OBJECTIVE**

The following objective shall apply to all waters of the Region.

Whenever the existing quality of water is better than the water quality objectives established herein, such existing quality shall be maintained unless otherwise provided by the provisions of the State Water Resources Control Board Resolution No. 68-16, "Statement of Policy with Respect to Maintaining High Quality of Waters in California", including any revisions thereto. A copy of this policy is included verbatim in the Appendix Section of this Plan.

State Water Resources Control Board (State Board) Resolution No. 68-16 contains the state Antidegradation Policy. It is titled the "Statement of Policy with Respect to Maintaining High Quality Waters in California and is commonly known as "Resolution 68-16." The State Water Board has interpreted Resolution No. 68-16 to incorporate the federal Antidegradation Policy where the federal policy applies. (State Board Order WQO 86-17). The federal policy is found at 40 CFR Section 131.12. The state and federal antidegradation policies are included as Appendices to the Basin Plan.

The state Antidegradation Policy applies more comprehensively to water quality changes than the federal policy. In particular, the state policy applies to both groundwater and surface waters whose quality meets or exceeds (is better than) water quality objectives. The state policy establishes two conditions that must be met before the quality of high

quality waters may be lowered by waste discharges. First, the state must determine that lowering the quality of high quality waters:

1) Will be consistent with the maximum benefit to the people of the state,

2) Will not unreasonably affect present and anticipated beneficial uses of such water, and

3) Will not result in water quality less than that prescribed in state policies (e.g., water quality objectives in Water Quality Control Plans).

Second, any activities that result in discharges to high quality waters are required to a) meet waste discharge requirements that will result in the best practicable treatment or control of the discharge necessary to avoid pollution or nuisance and b) maintain the highest water quality consistent with the maximum benefit to the people of the state. If such treatment or control results in a discharge that maintains the existing high water quality, then a less stringent level of treatment or control would not be in compliance with 68-16.

Likewise, the discharge could not be allowed under Resolution 68-16 if a) the discharge, even after treatment, would unreasonably affect beneficial uses or b) would not comply with applicable provisions of water quality control plans.

The federal Antidegradation Policy applies to surface waters, regardless of the water quality. Where water quality is better than the minimum necessary to support instream uses, the federal policy requires that quality to be maintained and protected, unless the state finds, after ensuring public participation, that:

1) Such activity is necessary to accommodate important economic or social development in the area in which the waters are located,

2) Water quality is adequate to protect existing beneficial uses fully, and

3) The highest statutory and regulatory requirements for all new and existing point source discharges and all cost-effective and reasonable best management practices for non point source control are achieved.

Under this policy, an activity that results in discharge

would be prohibited if the discharge will lower the quality of surface waters that do not currently attain water quality standards.

Both the state and federal antidegradation policies acknowledge that an activity that results in a minor water quality lowering, even if incrementally small, can result in a violation of antidegradation policies through cumulative effects, especially, for example, when the waste is a cumulative, persistent, or bioaccumulative pollutant.

The state and federal antidegradation policies are enforceable independent of this Basin Plan provision. The above summary of the state and federal antidegradation policies is provided merely for the convenience of the reader.

**OBJECTIVES FOR OCEAN WATERS**

The provisions of the State Water Board's "Water Quality Control Plan for Ocean Waters of California" (Ocean Plan), and "Water Quality Control Plan for Control of Temperature in the Coastal and Interstate Waters and Enclosed Bays and Estuaries of California" (Thermal Plan), and any revisions thereto shall apply. Copies of these plans are included verbatim in the Appendix Section of this Plan.

**OBJECTIVES FOR INLAND SURFACE WATERS, ENCLOSED BAYS, AND ESTUARIES**

In addition to the General Objective, the specific objectives contained in Table 3-1 and the following objectives shall apply for inland surface waters, bays, and estuaries.

Color

Waters shall be free of coloration that causes nuisance or adversely affects beneficial uses.

Tastes and Odors

Waters shall not contain taste- or odor-producing substances in concentrations that impart undesirable tastes or odors to fish flesh or other edible products of aquatic origin, or that cause nuisance or adversely affect beneficial uses.

Numeric water quality objectives with regards to taste and odor thresholds have been developed by the State

Department of Health Services and the U.S. EPA. These numeric objectives, as well as those available in the technical literature, are incorporated into waste discharge requirements and cleanup and abatement orders as appropriate.

Floating Material

Waters shall not contain floating material, including solids, liquids, foams, and scum, in concentrations that cause nuisance or adversely affect beneficial uses.

Suspended Material

Waters shall not contain suspended material in concentrations that cause nuisance or adversely affect beneficial uses.

Settleable Material

Waters shall not contain substances in concentrations that result in deposition of material that causes nuisance or adversely affect beneficial uses.

Oil and Grease

Waters shall not contain oils, greases, waxes, or other materials in concentrations that result in a visible film or coating on the surface of the water or on objects in the water, that cause nuisance, or that otherwise adversely affect beneficial uses.

Biostimulatory Substances

Waters shall not contain biostimulatory substances in concentrations that promote aquatic growths to the extent that such growths cause nuisance or adversely affect beneficial uses.

Sediment

The suspended sediment load and suspended sediment discharge rate of surface waters shall not be altered in such a manner as to cause nuisance or adversely affect beneficial uses.

Turbidity

Turbidity shall not be increased more than 20 percent above naturally occurring background levels. Allowable zones of dilution within which higher percentages can be tolerated may be defined for specific discharges upon the issuance of discharge permits or waiver thereof.

3. WATER QUALITY OBJECTIVES

pH

The pH shall conform to those limits listed in Table 3-1. For waters not listed in Table 3-1 and where pH objectives are not prescribed, the pH shall not be depressed below 6.5 nor raised above 8.5.
Changes in normal ambient pH levels shall not exceed 0.2 units in waters with designated marine (MAR) or saline (SAL) beneficial uses nor 0.5 units within the range specified above in fresh waters with designated COLD or WARM beneficial uses.

Dissolved Oxygen

Dissolved oxygen concentrations shall conform to those limits listed in Table 3-1. For waters not listed in Table 3-1 and where dissolved oxygen objectives are not prescribed the dissolved oxygen concentrations shall not be reduced below the following minimum levels at any time.

    Waters designated WARM, MAR, or SAL ..... 5.0 mg/l
    Waters designated COLD .............................. 6.0 mg/l
    Waters designated SPWN............................. 7.0 mg/l
    Waters designated SPWN during critical
       spawning and egg incubation periods ......... 9.0 mg/l

Bacteria

The bacteriological quality of waters of the North Coast Region shall not be degraded beyond natural background levels. In no case shall coliform concentrations in waters of the North Coast Region exceed the following:

In waters designated for contact recreation (REC-1), the median fecal coliform concentration based on a minimum of not less than five samples for any 30-day period shall not exceed 50/100 ml, nor shall more than ten percent of total samples during any 30-day period exceed 400/100 ml (State Department of Health Services).

At all areas where shellfish may be harvested for human consumption (SHELL), the fecal coliform concentration throughout the water column shall not exceed 43/100 ml for a 5-tube decimal dilution test or 49/100 ml when a three-tube decimal dilution test is used (National Shellfish Sanitation Program, Manual of Operation).

Temperature

Temperature objectives for COLD interstate waters, WARM interstate waters, and Enclosed Bays and Estuaries are as specified in the "Water Quality Control Plan for Control of Temperature in the Coastal and Interstate Waters and Enclosed Bays of California" including any revisions thereto. A copy of this plan is included verbatim in the Appendix Section of this Plan. In addition, the following temperature objectives apply to surface waters:

The natural receiving water temperature of intrastate waters shall not be altered unless it can be demonstrated to the satisfaction of the Regional Water Board that such alteration in temperature does not adversely affect beneficial uses.

At no time or place shall the temperature of any COLD water be increased by more than 5°F above natural receiving water temperature.

At no time or place shall the temperature of WARM intrastate waters be increased more than 5°F above natural receiving water temperature.

Toxicity

All waters shall be maintained free of toxic substances in concentrations that are toxic to, or that produce detrimental physiological responses in human, plant, animal, or aquatic life. Compliance with this objective will be determined by use of indicator organisms, analyses of species diversity, population density, growth anomalies, bioassays of appropriate duration, or other appropriate methods as specified by the Regional Water Board.

The survival of aquatic life in surface waters subjected to a waste discharge, or other controllable water quality factors, shall not be less than that for the same water body in areas unaffected by the waste discharge, or when necessary for other control water that is consistent with the requirements for "experimental water" as described in **Standard Methods for the Examination of Water and Wastewater**", 18th Edition (1992). As a minimum, compliance with this objective as stated in the previous sentence shall be evaluated with a 96-hour bioassay.

In addition, effluent limits based upon acute bioassays of effluents will be prescribed. Where appropriate, additional numerical receiving water objectives for specific toxicants will be established as sufficient data become available, and source control of toxic substances will be encouraged.

## Pesticides

No individual pesticide or combination of pesticides shall be present in concentrations that adversely affect beneficial uses.  There shall be no bioaccumulation of pesticide concentrations found in bottom sediments or aquatic life.

Waters designated for use as domestic or municipal supply shall not contain concentrations of pesticides in excess of the limiting concentrations set forth in California Code of Regulations, Title 22, Division 4,

Chapter 15, Article 4, Section 64444.5 (Table 5), and listed in Table  3-2 of this Plan.

## Chemical Constituents

Waters designated for use as domestic or municipal supply (MUN) shall not contain concentrations of chemical constituents in excess of the limits specified in California Code of Regulations, Title 22, Chapter 15, Division 4, Article 4, Section 64435 (Tables 2 and 3), and Section 64444.5 (Table 5), and listed in Table 3-2 of this Plan.

Waters designated for use as agricultural supply (AGR) shall not contain concentrations of chemical constituents in amounts which adversely affect such beneficial use.

Numerical water quality objectives for individual waters are contained in Table 3-1.

## Radioactivity

Radionuclides shall not be present in concentrations which are deleterious to human, plant, animal or aquatic life nor which result in the accumulation of radionuclides in the food web to an extent which presents a hazard to human, plant, animal, or indigenous aquatic life.

Waters designated for use as domestic or municipal supply (MUN) shall not contain concentrations of radionuclides in excess of the limits specified in California Code of Regulations, Title 22, Division 4, Chapter 15, Article 4, Section 64443, Table 4, and listed below:

**MCL Radioactivity**

| Constituent | Maximum Contaminant Level, pCi/l |
|---|---|
| Combined Radium-226 and Radium-228 | 5 |
| Gross Alpha particle activity (including Radium-226 but excluding Radon and Uranium) | 15 |
| Tritium | 20,000 |
| Strontium-90 | 8 |
| Gross Beta particle activity | 50 |
| Uranium | 20 |