Exhibit C

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE: JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Toxaphene (tissue) | | B | 12  Miles | 2005 |
| | | | | Toxicity | Nonpoint Source | B | 12  Miles | 2005 |
| | | | | | Nonpoint Source | | | |
| 4 | L | Echo Park Lake | 40515010 | Algae | | A | 13  Acres | 2019 |
| | | | | Ammonia | Nonpoint Source | A | 13  Acres | 2019 |
| | | | | Copper | Nonpoint Source | A | 13  Acres | 2019 |
| | | | | Eutrophic | Nonpoint Source | A | 13  Acres | 2019 |
| | | | | Lead | Nonpoint Source | A | 13  Acres | 2019 |
| | | | | Odor | Nonpoint Source | A | 13  Acres | 2019 |
| | | | | PCBs (Polychlorinated biphenyls) (tissue) | Nonpoint Source | A | 13  Acres | 2019 |
| | | | | pH | Nonpoint Source | A | 13  Acres | 2019 |
| | | | | Trash | Nonpoint Source | A | 13  Acres | 2007 |
| | | | | | Source Unknown | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| 4 | L | El Dorado Lakes | 40515010 | Algae | | A | 35  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Ammonia | | A | 35  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Copper | | A | 35  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Eutrophic | | A | 35  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Lead | | A | 35  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Mercury (tissue) | | A | 35  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | pH | | A | 35  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | L | Elizabeth Lake | 40351000 | Eutrophic | | A | 123  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Organic Enrichment/Low Dissolved Oxygen | | A | 123  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | pH | | A | 123  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Trash | | A | 123  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Escondido Beach | 40434000 | DDT | | A | 1.2  Miles | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | Indicator bacteria | | B | 1.2  Miles | 2003 |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS
## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Odor | | A | 18 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Organic Enrichment/Low Dissolved Oxygen | | A | 18 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | pH | | A | 18 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | L | Lake Hughes | 40351000 | | | | | |
| | | | | Algae | | A | 21 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Eutrophic | | A | 21 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Fish Kills | | A | 21 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Odor | | A | 21 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Trash | | A | 21 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | L | Lake Lindero | 40423000 | | | | | |
| | | | | Algae | | A | 15 Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Chloride | | A | 15 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Eutrophic | | A | 15 Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Odor | | A | 15 Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Selenium | | A | 15 Acres | 2019 |
| | | | | | Source Unknown | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE: JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|--------|------|------|--------------------|--------------------|-------------------|--------------------------|-------------------------|-------------------------------------------|
| | | | | Specific Conductivity | | A | 15 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Trash | | A | 15 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | L | Lake Sherwood | 40426000 | | | | | |
| | | | | Algae | | A | 135 Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Ammonia | | A | 135 Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Eutrophic | | A | 135 Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Mercury (tissue) | | A | 135 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Organic Enrichment/Low Dissolved Oxygen | | A | 135 Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Las Flores Beach | 40415000 | | | | | |
| | | | | Coliform Bacteria | | B | 1.1 Miles | 2003 |
| | | | | | Nonpoint Source | | | |
| | | | | DDT | | A | 1.1 Miles | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 1.1 Miles | 2019 |
| | | | | *Fish Consumption Advisory for PCBs.* | | | | |
| | | | | | Nonpoint Source | | | |
| 4 | C | Las Tunas Beach | 40412000 | | | | | |
| | | | | DDT | | A | 1.2 Miles | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Indicator bacteria | | B | 1.2  Miles | 2003 |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 1.2  Miles | 2019 |
| | | | | *Fish Consumption Advisory for PCBs.* | | | | |
| | | | | | Nonpoint Source | | | |
| 4 | R | Las Virgenes Creek | 40422010 | | | | | |
| | | | | Coliform Bacteria | | B | 12  Miles | 2005 |
| | | | | | Nonpoint Source | | | |
| | | | | Nutrients (Algae) | | A | 12  Miles | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Organic Enrichment/Low Dissolved Oxygen | | A | 12  Miles | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Scum/Foam-unnatural | | A | 12  Miles | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Sedimentation/Siltation | | A | 12  Miles | 2019 |
| | | | | | Source Unknown | | | |
| | | | | Selenium | | A | 12  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Trash | | A | 12  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | L | Legg Lake | 40531000 | | | | | |
| | | | | Ammonia | | A | 25  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Copper | | A | 25  Acres | 2019 |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

### (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| 4 | R | Lindero Creek Reach 1 | 40423000 | | | | | |
| | | | | Algae | | A | 3  Miles | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Coliform Bacteria | | B | 3  Miles | 2005 |
| | | | | | Nonpoint Source | | | |
| | | | | Scum/Foam-unnatural | | A | 3  Miles | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Selenium | | A | 3  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Trash | | A | 3  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Lindero Creek Reach 2 (Above Lake) | 40425000 | | | | | |
| | | | | Algae | | A | 4.5  Miles | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Coliform Bacteria | | B | 4.5  Miles | 2005 |
| | | | | | Nonpoint Source | | | |
| | | | | Scum/Foam-unnatural | | A | 4.5  Miles | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Selenium | | A | 4.5  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Trash | | A | 4.5  Miles | 2019 |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Copper, Dissolved | | B | 3.4  Miles | 2005 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Cyanide | | A | 3.4  Miles | 2019 |
| | | | | | Source Unknown | | | |
| | | | | Diazinon | | A | 3.4  Miles | 2019 |
| | | | | | Source Unknown | | | |
| | | | | Lead | | B | 3.4  Miles | 2005 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Nutrients (Algae) | | B | 3.4  Miles | 2004 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | pH | | B | 3.4  Miles | 2003 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Trash | | A | 3.4  Miles | 2007 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Zinc, Dissolved | | B | 3.4  Miles | 2005 |
| | | | | | Nonpoint/Point Source | | | |
| 4 | R | Los Angeles River Reach 2 (Carson to Figueroa Street) | 40515010 | | | | | |
| | | | | Ammonia | | B | 19  Miles | 2004 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Coliform Bacteria | | A | 19  Miles | 2009 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Copper | | B | 19  Miles | 2005 |

*For 2006, this listing was added by USEPA to this being addressed list because of a completed USEPA approved TMDL.*

Source Unknown

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE: JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Lead | | B | 19 Miles | 2005 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Nutrients (Algae) | | B | 19 Miles | 2004 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Oil | | A | 19 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Trash | | A | 19 Miles | 2007 |
| | | | | | Nonpoint/Point Source | | | |
| 4 | R | Los Angeles River Reach 3 (Figueroa St. to Riverside Dr.) | 40521000 | | | | | |
| | | | | Ammonia | | B | 7.9 Miles | 2004 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Copper | | B | 7.9 Miles | 2005 |
| | | | | *For 2006, this listing was added by USEPA to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Source Unknown | | | |
| | | | | Lead | | B | 7.9 Miles | 2005 |
| | | | | *For 2006, this listing was added by USEPA to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Source Unknown | | | |
| | | | | Nutrients (Algae) | | B | 7.9 Miles | 2004 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Trash | | A | 7.9 Miles | 2007 |
| | | | | | Source Unknown | | | |
| 4 | R | Los Angeles River Reach 4 (Sepulveda Dr. to Sepulveda Dam) | 40521000 | | | | | |
| | | | | Ammonia | | B | 11 Miles | 2004 |
| | | | | | Nonpoint/Point Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Coliform Bacteria | | A | 11  Miles | 2009 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Copper | | B | 11  Miles | 2005 |
| | | | | *For 2006, this listing was added by USEPA to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Source Unknown | | | |
| | | | | Lead | | B | 11  Miles | 2005 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Nutrients (Algae) | | B | 11  Miles | 2004 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Trash | | A | 11  Miles | 2007 |
| | | | | | Source Unknown | | | |
| 4 | R | Los Angeles River Reach 5 ( within Sepulveda Basin) | 40521000 | | | | | |
| | | | | Ammonia | | B | 1.9  Miles | 2004 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Copper | | B | 1.9  Miles | 2005 |
| | | | | *For 2006, this listing was added by USEPA to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Source Unknown | | | |
| | | | | Lead | | B | 1.9  Miles | 2005 |
| | | | | *For 2006, this listing was added by USEPA to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Source Unknown | | | |
| | | | | Nutrients (Algae) | | B | 1.9  Miles | 2004 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Oil | | A | 1.9  Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Trash | | A | 1.9  Miles | 2007 |
| | | | | | Nonpoint/Point Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|--------|------|------|--------------------|--------------------|--------------------|--------------------------|--------------------------|--------------------------------------------|
| | | | | Trash | | A | 31 Acres | 2019 |
| | | | | Zinc | Source Unknown | A | 31 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Lunada Bay Beach | 40511000 | Indicator bacteria | | B | 0.63 Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| 4 | L | Machado Lake (Harbor Park Lake) | 40512000 | Algae | | A | 45 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Ammonia | | A | 45 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | ChemA (tissue) *Historical use of pesticides and lubricants.* | | A | 45 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Chlordane (tissue) *Fish Consumption Advisory.* | | A | 45 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | DDT (tissue) *Fish Consumption Advisory.* | | A | 45 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Dieldrin (tissue) | | A | 45 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Eutrophic | | A | 45 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Odor | | A | 45 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) (tissue) | | A | 45 Acres | 2019 |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Trash | | A | 45 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Malaga Cove Beach | 40511000 | | | | | |
| | | | | DDT | | A | 0.39 Miles | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | Indicator bacteria | | B | 0.39 Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 0.39 Miles | 2019 |
| | | | | *Fish Consumption Advisory for PCBs.* | | | | |
| | | | | | Nonpoint Source | | | |
| 4 | L | Malibu Lake | 40424000 | | | | | |
| | | | | Algae | | A | 40 Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Eutrophic | | A | 40 Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Organic Enrichment/Low Dissolved Oxygen | | A | 40 Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Malibu Beach | 40421000 | | | | | |
| | | | | DDT | | A | 0.77 Miles | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | Indicator bacteria | | B | 0.77 Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Malibu Creek | 40421000 | | | | | |
| | | | | Coliform Bacteria | | B | 11 Miles | 2002 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Fish Barriers (Fish Passage) | | A | 11 Miles | 2019 |
| | | | | | Dam Construction | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Nutrients (Algae) | | A | 11  Miles | 2006 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Scum/Foam-unnatural | | A | 11  Miles | 2006 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Sedimentation/Siltation | | A | 11  Miles | 2019 |
| | | | | | Source Unknown | | | |
| | | | | Selenium | | A | 11  Miles | 2019 |
| | | | | | Source Unknown | | | |
| | | | | Sulfates | | A | 11  Miles | 2019 |
| | | | | | Source Unknown | | | |
| | | | | Trash | | A | 11  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | E | Malibu Lagoon | 40421000 | | | | | |
| | | | | Benthic Community Effects | | A | 15  Acres | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Coliform Bacteria | | B | 15  Acres | 2005 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Eutrophic | | A | 15  Acres | 2006 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | pH | | A | 15  Acres | 2006 |
| | | | | *Possible sources might be septic systems, storm drains, and birds.* | | | | |
| | | | | | Source Unknown | | | |
| | | | | Shellfish Harvesting Advisory | | A | 15  Acres | 2005 |
| | | | | | Nonpoint/Point Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|--------|------|------|--------------------|--------------------|-------------------|------------------------|-------------------------|-------------------------------------------|
| | | | | Sediment Toxicity | | A | 20  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Medea Creek Reach 1 (Lake to Confl. with Lindero) | 40424000 | | | | | |
| | | | | Algae | | A | 2.6  Miles | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Coliform Bacteria | | B | 2.6  Miles | 2005 |
| | | | | | Nonpoint Source | | | |
| | | | | Sedimentation/Siltation | | A | 2.6  Miles | 2019 |
| | | | | | Source Unknown | | | |
| | | | | Selenium | | A | 2.6  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Trash | | A | 2.6  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Medea Creek Reach 2 (Abv Confl. with Lindero) | 40423000 | | | | | |
| | | | | Algae | | A | 5.4  Miles | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Coliform Bacteria | | B | 5.4  Miles | 2005 |
| | | | | | Nonpoint Source | | | |
| | | | | Sedimentation/Siltation | | A | 5.4  Miles | 2019 |
| | | | | | Source Unknown | | | |
| | | | | Selenium | | A | 5.4  Miles | 2019 |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

**USEPA APPROVAL DATE: JUNE 28, 2007**

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|--------|------|------|--------------------|--------------------|--------------------|--------------------|--------------------|--------------------|
| | | | | Trash | | A | 5.4 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Mint Canyon Creek Reach 1 (Confl to Rowler Cyn) | 40351000 | | | | | |
| | | | | Nitrate and Nitrite | | A | 8.1 Miles | 2004 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Monrovia Canyon Creek | 40531000 | | | | | |
| | | | | Lead | | B | 3.4 Miles | 2005 |
| | | | | | Nonpoint Source | | | |
| 4 | L | Munz Lake | 40351000 | | | | | |
| | | | | Eutrophic | | A | 6.6 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Trash | | A | 6.6 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Nicholas Canyon Beach | 40444000 | | | | | |
| | | | | DDT | | A | 1.7 Miles | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | Indicator bacteria | | B | 1.7 Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 1.7 Miles | 2019 |
| | | | | *Fish Consumption Advisory for PCBs.* | | | | |
| | | | | | Nonpoint Source | | | |
| 4 | C | Ormond Beach | 40311000 | | | | | |
| | | | | Indicator bacteria | | A | 1.6 Miles | 2008 |
| | | | | *This listing was made by USEPA for 2006. This listing includes the area of Ormond Beach at J St., Oxnard Drain, and Arnold Rd.* | | | | |
| | | | | | Source Unknown | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| 4 | R | Palo Comado Creek | 40423000 | Coliform Bacteria | | B | 6.8  Miles | 2005 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Palo Verde Shoreline Park Beach | 40511000 | Pathogens | | B | 0.24  Miles | 2003 |
| | | | | | Nonpoint Source | | | |
| | | | | Pesticides | | A | 0.24  Miles | 2019 |
| | | | | | Source Unknown | | | |
| 4 | C | Paradise Cove Beach | 40435000 | DDT | | A | 1.7  Miles | 2019 |
| | | | | *Fish consumption advisory for DDT.* | Nonpoint Source | | | |
| | | | | Fecal Coliform | | B | 1.7  Miles | 2003 |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 1.7  Miles | 2019 |
| | | | | *Fish consumption advisory for PCBs.* | Nonpoint Source | | | |
| 4 | L | Peck Road Park Lake | 40531000 | Chlordane (tissue) | | A | 103  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | DDT (tissue) | | A | 103  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Lead | | A | 103  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Odor | | A | 103  Acres | 2019 |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Organic Enrichment/Low Dissolved Oxygen | | A | 103 Acres | 2019 |
| | | | | Trash | Nonpoint Source | A | 103 Acres | 2007 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Peninsula Beach | 40311000 | Indicator bacteria | | A | 0.2 Miles | 2003 |
| | | | | *Area affected is beach area north of South Jetty.* | Nonpoint/Point Source | | | |
| 4 | R | Piru Creek (from gaging station below Santa Felicia Dam to headwaters) | 40342000 | Chloride | | A | 67 Miles | 2019 |
| | | | | pH | Source Unknown | A | 67 Miles | 2019 |
| | | | | | Conservation Discharge Releases Nonpoint Source | | | |
| 4 | C | Point Dume Beach | 40435000 | DDT | | A | 2.5 Miles | 2019 |
| | | | | *Fish consumption advisory for DDT.* | Nonpoint Source | | | |
| | | | | Indicator bacteria | | B | 2.5 Miles | 2002 |
| | | | | PCBs (Polychlorinated biphenyls) | Nonpoint Source | A | 2.5 Miles | 2019 |
| | | | | *Fish consumtiion advisory for PCBs.* | Nonpoint Source | | | |
| 4 | C | Point Fermin Park Beach | 40512000 | DDT | | A | 1.6 Miles | 2019 |
| | | | | *Fish consumption advisory for DDT.* | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS
## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE: JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | PCBs (Polychlorinated biphenyls) | | A | 1.6 Miles | 2019 |
| | | | | *Fish consumption advisory for PCBs.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | Total Coliform | | B | 1.6 Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Point Vicente Beach | 40511000 | | | | | |
| | | | | Indicator bacteria | | B | 0.63 Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Pole Creek (trib to Santa Clara River Reach 3 ) | 40331000 | | | | | |
| | | | | Sulfates | | A | 9 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Total Dissolved Solids | | A | 9 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | B | Port Hueneme Harbor (Back Basins) | 40311000 | | | | | |
| | | | | DDT (tissue) | | A | 65 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) (tissue) | | A | 65 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Port Hueneme Pier | 40311000 | | | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 0.33 Miles | 2019 |
| | | | | | Source Unknown | | | |
| 4 | C | Portuguese Bend Beach | 40511000 | | | | | |
| | | | | DDT | | A | 1.4 Miles | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | Indicator bacteria | | B | 1.4 Miles | 2002 |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE: JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | PCBs (Polychlorinated biphenyls) | | A | 1.4 Miles | 2019 |
| | | | | *Fish Consumption Advisory for PCB.* | | | | |
| | | | | | Nonpoint Source | | | |
| 4 | C | Promenade Park Beach | 40210000 | | | | | |
| | | | | Indicator bacteria | | B | 0.37 Miles | 2003 |
| | | | | *Area affected is at Oak Street , Redwood Apartments, and south of drain at California Street.* | | | | |
| | | | | | Nonpoint/Point Source | | | |
| 4 | L | Puddingstone Reservoir | 40552000 | | | | | |
| | | | | Chlordane (tissue) | | A | 243 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | DDT (tissue) | | A | 243 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Mercury (tissue) | | A | 243 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Organic Enrichment/Low Dissolved Oxygen | | A | 243 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) (tissue) | | A | 243 Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Puerco Beach | 40431000 | | | | | |
| | | | | DDT | | A | 0.5 Miles | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | Indicator bacteria | | B | 0.5 Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 0.5 Miles | 2019 |
| | | | | *Fish Consumption Advisory for PCBs.* | | | | |
| | | | | | Nonpoint Source | | | |
| 4 | C | Redondo Beach | 40512000 | | | | | |
| | | | | Coliform Bacteria | | B | 1.5 Miles | 2003 |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE: JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | DDT | | A | 1.5 Miles | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 1.5 Miles | 2019 |
| | | | | *Fish Consumption Advisory for PCBs.* | | | | |
| | | | | | Nonpoint Source | | | |
| 4 | C | Resort Point Beach | 40511000 | | | | | |
| | | | | Indicator bacteria | | B | 0.15 Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Rincon Beach | 40100010 | | | | | |
| | | | | Indicator bacteria | | A | 0.09 Miles | 2003 |
| | | | | *Area affected is 50 and 150 yards south of mouth of Rincon Creek, and at the end of the footpath.* | | | | |
| | | | | | Nonpoint/Point Source | | | |
| 4 | R | Rio De Santa Clara/Oxnard Drain No. 3 | 40311000 | | | | | |
| | | | | ChemA (tissue) | | A | 1.9 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Chlordane (tissue) | | A | 1.9 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | DDT (tissue) | | A | 1.9 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Nitrogen | | A | 1.9 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) (tissue) | | A | 1.9 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Sediment Toxicity | | A | 1.9 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Toxaphene (tissue) | | A | 1.9 Miles | 2019 |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE: JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| 4 | R | Rio Hondo Reach 1 (Confl. LA River to Snt Ana Fwy) | 40515010 | | | | | |
| | | | | Coliform Bacteria | | A | 4.6 Miles | 2009 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Copper | | B | 4.6 Miles | 2005 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Lead | | B | 4.6 Miles | 2005 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | pH | | B | 4.6 Miles | 2004 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Trash | | A | 4.6 Miles | 2007 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Zinc | | B | 4.6 Miles | 2005 |
| | | | | | Nonpoint/Point Source | | | |
| 4 | R | Rio Hondo Reach 2 (At Spreading Grounds) | 40515010 | | | | | |
| | | | | Ammonia | | B | 4.9 Miles | 2004 |
| | | | | *For 2006, this listing was added by USEPA to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Source Unknown | | | |
| | | | | Coliform Bacteria | | A | 4.9 Miles | 2009 |
| | | | | | Nonpoint/Point Source | | | |
| 4 | C | Robert H. Meyer Memorial Beach | 40441000 | | | | | |
| | | | | Beach Closures | | A | 1.2 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | DDT | | A | 1.2 Miles | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | PCBs (Polychlorinated biphenyls) | | A | 1.2  Miles | 2019 |
| | | | | *Fish Consumption Advisory for PCBs.* | | | | |
| | | | | | Nonpoint Source | | | |
| 4 | C | Royal Palms Beach | 40511000 | | | | | |
| | | | | DDT | | A | 1.1  Miles | 2019 |
| | | | | *Fish consumption advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | Indicator bacteria | | B | 1.1  Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 1.1  Miles | 2019 |
| | | | | *Fish consumption advisory for PCBs.* | | | | |
| | | | | | Nonpoint Source | | | |
| 4 | R | San Antonio Creek (Tributary to Ventura River Reach 4) | 40220023 | | | | | |
| | | | | Nitrogen | | A | 9.8  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | C | San Buenaventura Beach | 40210000 | | | | | |
| | | | | Indicator bacteria | | A | 1.8  Miles | 2008 |
| | | | | *This listing was made by USEPA for 2006.  This listing includes the area of San Buenaventura Beach at Kalorama, San Jon Rd, Dover Lane, and Weymouth drains.* | | | | |
| | | | | | Source Unknown | | | |
| 4 | R | San Gabriel River Estuary | 40516000 | | | | | |
| | | | | Copper | | A | 3.4  Miles | 2007 |
| | | | | *This listing was made by USEPA for 2006.* | | | | |
| | | | | | Source Unknown | | | |
| 4 | R | San Gabriel River Reach 1 (Estuary to Firestone) | 40515010 | | | | | |
| | | | | Coliform Bacteria | | A | 6.4  Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | pH | | A | 6.4  Miles | 2019 |
| | | | | | Source Unknown | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| 4 | R | San Gabriel River Reach 2 (Firestone to Whittier Narrows Dam | 40515010 | | | | | |
| | | | | Coliform Bacteria | | A | 12  Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Lead | | A | 12  Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| 4 | R | San Gabriel River, East Fork | 40543000 | | | | | |
| | | | | Trash | | B | 5.9  Miles | 1999 |
| | | | | | Nonpoint Source | | | |
| 4 | R | San Jose Creek Reach 1 (SG Confluence to Temple St.) | 40531000 | | | | | |
| | | | | Ammonia | | C | 2.7  Miles | NA |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Coliform Bacteria | | A | 2.7  Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Selenium | | A | 2.7  Miles | 2007 |
| | | | | *This listing was made by USEPA for 2006.* | | | | |
| | | | | | Source Unknown | | | |
| | | | | Toxicity | | A | 2.7  Miles | 2007 |
| | | | | *This listing was made by USEPA for 2006.* | | | | |
| | | | | | Source Unknown | | | |
| 4 | R | San Jose Creek Reach 2 (Temple to I-10 at White Ave.) | 40531000 | | | | | |
| | | | | Coliform Bacteria | | A | 17  Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| 4 | B | San Pedro Bay Near/Off Shore Zones | 40512000 | | | | | |
| | | | | Chlordane | | A | 8173  Acres | 2019 |
| | | | | | Source Unknown | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Chromium (sediment) | | A | 8173  Acres | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Copper (sediment) | | A | 8173  Acres | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | DDT (tissue & sediment) | | A | 8173  Acres | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint/Point Source | | | |
| | | | | PAHs (Polycyclic Aromatic Hydrocarbons) (sediment) | | A | 8173  Acres | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 8173  Acres | 2019 |
| | | | | *Fish consumption advisory for PCBs.* | | | | |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Sediment Toxicity | | A | 8173  Acres | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Zinc (sediment) | | A | 8173  Acres | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| 4 | E | Santa Clara River Estuary | 40311000 | | | | | |
| | | | | ChemA | | A | 49  Acres | 2019 |
| | | | | | Source Unknown | | | |
| | | | | Coliform Bacteria | | A | 49  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Toxaphene | | A | 49  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Santa Clara River Reach  1 (Estuary to Hwy 101 Bridge) | 40311000 | | | | | |
| | | | | Toxicity | | A | 10  Miles | 2019 |
| | | | | | Source Unknown | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| 4 | R | Santa Clara River Reach  3 (Freeman Diversion to  A Street) | 40331000 | | | | | |
| | | | | Ammonia | | B | 31  Miles | 2004 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Chloride | | B | 31  Miles | 2002 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Total Dissolved Solids | | A | 31  Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| 4 | R | Santa Clara River Reach  5 (Blue Cut gaging station to West Pier Hwy 99 Bridge) (was named Santa Clara River Reach 7 on 2002 303(d) list) | 40351000 | | | | | |
| | | | | Ammonia | | B | 9.4  Miles | 2004 |
| | | | | *For 2006, this listing was added by USEPA to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Source Unknown | | | |
| | | | | Chloride | | B | 9.4  Miles | 2005 |
| | | | | *Chloride was relisted by USEPA in 2002.* | | | | |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Coliform Bacteria | | A | 9.4  Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Nitrate and Nitrite | | B | 9.4  Miles | 2004 |
| | | | | *For 2006, this listing was added by USEPA to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Source Unknown | | | |
| 4 | R | Santa Clara River Reach  6 (W Pier Hwy 99 to Bouquet Cyn Rd) (was named Santa Clara River Reach 8 on 2002 303(d) list) | 40351000 | | | | | |
| | | | | Ammonia | | B | 5.2  Miles | 2004 |
| | | | | *For 2006, this listing was added by USEPA to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Source Unknown | | | |
| | | | | Chloride | | B | 5.2  Miles | 2005 |
| | | | | *Chloride was relisted by USEPA in 2002.* | | | | |
| | | | | | Nonpoint/Point Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Chlorpyrifos | | A | 5.2  Miles | 2019 |
| | | | | | Source Unknown | | | |
| | | | | Coliform Bacteria | | A | 5.2  Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Diazinon | | A | 5.2  Miles | 2019 |
| | | | | | Source Unknown | | | |
| | | | | Toxicity | | A | 5.2  Miles | 2019 |
| | | | | | Source Unknown | | | |
| 4 | R | Santa Clara River Reach  7 ( Bouquet Canyon Rd to above Lang Gaging Station) (was named Santa Clara River Reach 9 on 2002 303(d) list) | 40351000 | | | | | |
| | | | | Coliform Bacteria | | A | 21  Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| 4 | R | Santa Clara River Reach 11 (Piru Creek, from confluence with Santa Clara River Reach 4 to gaging station below Santa Felicia Dam) | 40341000 | | | | | |
| | | | | Boron | | A | 6.2  Miles | 2019 |
| | | | | | Source Unknown | | | |
| | | | | Sulfates | | A | 6.2  Miles | 2019 |
| | | | | | Source Unknown | | | |
| 4 | L | Santa Fe Dam Park Lake | 40531000 | | | | | |
| | | | | Copper | | A | 20  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Lead | | A | 20  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | pH | | A | 20  Acres | 2019 |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

**USEPA APPROVAL DATE:  JUNE 28, 2007**

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|---|
| 4 | B | Santa Monica Bay Offshore/Nearshore | 40513000 | | | | | | |
| | | | | DDT (tissue & sediment)  *Centered on Palos Verdes Shelf.* | | A | 146645 | Acres | 2019 |
| | | | | | Nonpoint/Point Source | | | | |
| | | | | Debris | | A | 146645 | Acres | 2019 |
| | | | | | Nonpoint/Point Source | | | | |
| | | | | Fish Consumption Advisory | | A | 146645 | Acres | 2019 |
| | | | | | Nonpoint/Point Source | | | | |
| | | | | PCBs (Polychlorinated biphenyls) (tissue & sediment) | | A | 146645 | Acres | 2019 |
| | | | | | Nonpoint/Point Source | | | | |
| | | | | Sediment Toxicity | | A | 146645 | Acres | 2019 |
| | | | | | Nonpoint/Point Source | | | | |
| 4 | C | Santa Monica Beach | 40513000 | | | | | | |
| | | | | Indicator bacteria | | B | 3 | Miles | 2002 |
| | | | | | Nonpoint Source | | | | |
| 4 | R | Santa Monica Canyon | 40513000 | | | | | | |
| | | | | Indicator bacteria | | B | 2.7 | Miles | 2002 |
| | | | | | Nonpoint Source | | | | |
| | | | | Lead | | A | 2.7 | Miles | 2019 |
| | | | | | Nonpoint Source | | | | |
| 4 | R | Sawpit Creek | 40531000 | | | | | | |
| | | | | Bis(2ethylhexyl)phthalate/DEHP | | A | 3.9 | Miles | 2019 |
| | | | | | Source Unknown | | | | |
| | | | | Fecal Coliform | | A | 3.9 | Miles | 2019 |
| | | | | | Source Unknown | | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE: JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|--------|------|------|--------------------|--------------------|-------------------|--------------------------|-------------------------|--------------------------------------------|
| 4 | C | Sea Level Beach | 40441000 | | | | | |
| | | | | DDT | | A | 0.21  Miles | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | Indicator bacteria | | B | 0.21  Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 0.21  Miles | 2019 |
| | | | | *Fish Consumption Advisory for PCBs.* | | | | |
| | | | | | Nonpoint Source | | | |
| 4 | R | Sepulveda Canyon | 405.13 | | | | | |
| | | | | Ammonia | | A | 0.83  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Copper | | B | 0.83  Miles | 2005 |
| | | | | *For 2006, this listing was added by USEPA to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Source Unknown | | | |
| | | | | Indicator bacteria | | B | 0.83  Miles | 2007 |
| | | | | *For 2006, indicator bacteria was moved by USEPA from the 303(d) list to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | Lead | | B | 0.83  Miles | 2005 |
| | | | | *For 2006, lead was moved by USEPA from the 303(d) list to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | Selenium | | B | 0.83  Miles | 2005 |
| | | | | *For 2006, this listing was added by USEPA to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Source Unknown | | | |
| | | | | Zinc | | B | 0.83  Miles | 2005 |
| | | | | *For 2006, this listing was added by USEPA to this being addressed list because of a completed USEPA approved TMDL.* | | | | |
| | | | | | Source Unknown | | | |
| 4 | R | Sespe Creek (from 500 ft below confluence with Little Sespe Cr to headwaters) | 40332020 | | | | | |
| | | | | Chloride | | A | 54  Miles | 2019 |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE: JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | pH | | A | 54 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Stokes Creek | 40422020 | Coliform Bacteria | | B | 4.7 Miles | 2005 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Surfers Point at Seaside | 40210000 | Indicator bacteria | | B | 0.53 Miles | 2003 |
| | | | | *Area affected is the end of the access path via a wooden gate.* | | | | |
| | | | | | Nonpoint/Point Source | | | |
| 4 | C | Topanga Beach | 40413000 | Coliform Bacteria | | B | 2.5 Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| | | | | DDT | | A | 2.5 Miles | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 2.5 Miles | 2019 |
| | | | | *Fish Consumption Advisory for PCBs.* | | | | |
| | | | | | Nonpoint Source | | | |
| 4 | R | Topanga Canyon Creek | 40411000 | Lead | | A | 8.6 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Torrance Beach | 40512000 | Coliform Bacteria | | B | 1.1 Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Torrance Carson Channel | 40512000 | Coliform Bacteria | | A | 3.4 Miles | 2007 |
| | | | | | Nonpoint Source | | | |
| | | | | Copper | | A | 3.4 Miles | 2019 |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Lead | | A | 3.4  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Torrey Canyon Creek | 40341000 | | | | | |
| | | | | Nitrate and Nitrite | | B | 1.7  Miles | 2004 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Trancas Beach (Broad Beach) | 40437000 | | | | | |
| | | | | DDT | | A | 1.7  Miles | 2019 |
| | | | | *Fish Consumption Advisory for DDT.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | Fecal Coliform | | B | 1.7  Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 1.7  Miles | 2019 |
| | | | | *Fish Consumption Advisory for PCBs.* | | | | |
| | | | | | Nonpoint Source | | | |
| 4 | R | Triunfo Canyon Creek Reach 1 | 40424000 | | | | | |
| | | | | Lead | | A | 2.5  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Mercury | | A | 2.5  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Sedimentation/Siltation | | A | 2.5  Miles | 2019 |
| | | | | | Source Unknown | | | |
| 4 | R | Triunfo Canyon Creek Reach 2 | 40424000 | | | | | |
| | | | | Lead | | A | 3.3  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Mercury | | A | 3.3  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Sedimentation/Siltation | | A | 3.3  Miles | 2019 |
| | | | | | Source Unknown | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

### (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

**USEPA APPROVAL DATE:  JUNE 28, 2007**

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| 4 | R | Tujunga Wash (LA River to Hansen Dam) | 40521000 | Ammonia | | B | 9.7  Miles | 2004 |
| | | | | | Nonpoint Source | | | |
| | | | | Coliform Bacteria | | A | 9.7  Miles | 2009 |
| | | | | | Nonpoint Source | | | |
| | | | | Copper | | B | 9.7  Miles | 2005 |
| | | | | | Nonpoint Source | | | |
| | | | | Trash | | A | 9.7  Miles | 2007 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Venice Beach | 40513000 | Indicator bacteria | | B | 2.5  Miles | 2002 |
| | | | | | Nonpoint Source | | | |
| 4 | B | Ventura Harbor:  Ventura Keys | 40311000 | Coliform Bacteria | | A | 179  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | C | Ventura Marina Jetties | 40311000 | DDT | | A | 0.69  Miles | 2019 |
| | | | | | Source Unknown | | | |
| | | | | PCBs (Polychlorinated biphenyls) | | A | 0.69  Miles | 2019 |
| | | | | | Source Unknown | | | |
| 4 | R | Ventura River Estuary | 40210011 | Algae | | A | 0.2  Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Eutrophic | | A | 0.2  Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE: JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Total Coliform | | A | 0.2 Miles | 2019 |
| | | | | *Stables and horse property may be the sources.* | | | | |
| | | | | | Nonpoint Source | | | |
| | | | | Trash | | A | 0.2 Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| 4 | R | Ventura River Reach 1 and 2 (Estuary to Weldon Canyon) | 40210011 | | | | | |
| | | | | Algae | | A | 4.5 Miles | 2019 |
| | | | | | Nonpoint/Point Source | | | |
| 4 | R | Ventura River Reach 3 (Weldon Canyon to Confl. w/ Coyote Cr) | 40210011 | | | | | |
| | | | | Pumping | | A | 2.8 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Water Diversion | | A | 2.8 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Ventura River Reach 4 (Coyote Creek to Camino Cielo Rd) | 40220021 | | | | | |
| | | | | Pumping | | A | 19 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Water Diversion | | A | 19 Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Verdugo Wash Reach 1 (LA River to Verdugo Rd.) | 40521000 | | | | | |
| | | | | Coliform Bacteria | | A | 2 Miles | 2009 |
| | | | | | Nonpoint Source | | | |
| | | | | Trash | | A | 2 Miles | 2007 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Verdugo Wash Reach 2 (Above Verdugo Road) | 40524000 | | | | | |
| | | | | Coliform Bacteria | | A | 7.6 Miles | 2009 |
| | | | | | Nonpoint Source | | | |

# 2006 CWA SECTION 303(d) LIST OF WATER QUALITY LIMITED SEGMENTS

## (Those requiring TMDLS (A), being addressed by USEPA approved TMDLS (B), and being addressed by actions other than TMDLs (C))*

USEPA APPROVAL DATE:  JUNE 28, 2007

| REGION | TYPE | NAME | CALWATER WATERSHED | POLLUTANT/STRESSOR | POTENTIAL SOURCES | TMDL REQUIREMENT STATUS* | ESTIMATED SIZE AFFECTED | PROPOSED OR USEPA APPROVED TMDL COMPLETION |
|---|---|---|---|---|---|---|---|---|
| | | | | Trash | | A | 7.6  Miles | 2007 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Walnut Creek Wash (Drains from Puddingstone Res) | 40531000 | | | | | |
| | | | | pH | | A | 12  Miles | 2007 |
| | | | | | Nonpoint/Point Source | | | |
| | | | | Toxicity | | A | 12  Miles | 2007 |
| | | | | *USEPA deferred action on this listing until 2008.* | | | | |
| | | | | | Nonpoint/Point Source | | | |
| 4 | L | Westlake Lake | 40425000 | | | | | |
| | | | | Algae | | A | 119  Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Ammonia | | A | 119  Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Eutrophic | | A | 119  Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| | | | | Lead | | A | 119  Acres | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Organic Enrichment/Low Dissolved Oxygen | | A | 119  Acres | 2006 |
| | | | | | Nonpoint Source | | | |
| 4 | R | Wheeler Canyon/Todd Barranca | 40321000 | | | | | |
| | | | | Nitrate and Nitrite | | B | 10  Miles | 2004 |
| | | | | | Nonpoint Source | | | |
| | | | | Sulfates | | A | 10  Miles | 2019 |
| | | | | | Nonpoint Source | | | |
| | | | | Total Dissolved Solids | | A | 10  Miles | 2019 |
| | | | | | Nonpoint Source | | | |