Daniel Cooper (State Bar No. 153576)
Drevet Hunt (State Bar No. 240487)
LAWYERS FOR CLEAN WATER, INC.
1004 A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
e-mail: cleanwater@sfo.com, drev@lawyersforcleanwater.com

Christopher Sproul (State Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California  94121
Telephone:  (415) 533-3376
Facsimile:  (415) 561-2223(415) 358-5695
e-mail: csproul@enviroadvocates.com

Counsel for Plaintiff
KLAMATH RIVERKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER, a project of the Klamath Forest Alliance, a non-profit public benefit corporation organized under the laws of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>Defendants. | Case No. 3:07-cv-03908-WHA<br><br>**JOINT CASE MANAGEMENT STATEMENT FOR MAY 8, 2008 CASE MANAGEMENT CONFERENCE**<br><br>Fed. R. Civ. P. 16 and Civil L.R. 16-10(d)<br><br>Judge: Honorable William H. Alsup<br>Date:   May 8, 2008<br>Time:  11:00 a.m.<br>Place:  Courtroom 9, 19th Floor |

Plaintiff Klamath Riverkeeper and Defendants United States Environmental Protection Agency, Stephen Johnson, and Wayne Nastri ("Defendants" or "EPA" or "Agency") hereby file this Joint Case Management Statement pursuant to Civil Local Rule 16-10(d) to update the Court on the current status and potential dismissal of this case in anticipation of the case management conference scheduled for May 8, 2008.

1. **Background**

On July 30, 2007, Plaintiff Klamath Riverkeeper filed the instant action against EPA, challenging the Agency's decision not to disapprove the State of California's decision not to list the Klamath River and its reaches that include the Iron Gate and Copco Dam reservoirs as impaired due to *Microcystis aeruginosa* ("blue green algae") and microcystin toxin in the 2006 Clean Water Act Section 303(d) List of Water Quality Limited Segments for California ("2006 303(d) List"). See Compl. ¶ 1, DE #1.

On December 6, 2007, the Court entered a Case Management Scheduling Order setting a summary judgment briefing and hearing schedule for the case, with Plaintiff's motion for summary judgment due December 20, 2007 and EPA's opposition and counter-motion for summary judgment due January 31, 2008. See DE #28. After Plaintiff filed its motion for summary judgment but before EPA filed its opposition and counter-motion for summary judgment, EPA determined that a reconsideration of its decision not to disapprove the State of California's decision not to list portions of the Klamath River that include the Iron Gate and Copco Dam reservoirs as impaired due to microcystin toxin was warranted. See DE #33. The parties subsequently filed a stipulation and proposed Stipulated Order to remand the challenged microcystin toxin listing decision to EPA for reconsideration, to vacate the scheduled summary judgment briefing and hearing dates, and to stay the case ninety (90) days to allow EPA sixty days (60) days to reconsider and issue a new decision and to allow thirty (30) days for public comment on that listing decision. See id. On January 22, 2008, the Court entered the parties' proposed Stipulated Order and set a case management conference for May 8, 2008. See DE #34.

2. **Remand Status**

On March 13, 2008, EPA withdrew its prior approval of, and disapproved, the State of California's decision not to include the "Klamath River HU, Middle HA, Oregon to Iron Gate"

segment of the Klamath River, which includes the Copco and Iron Gate Dam reservoirs, on the state's 2006 303(d) List as impaired due to elevated concentrations of microcystin toxin. See Ex. 1 ("March 13, 2008 Disapproval"). In particular, EPA identified for inclusion on the state's 2006 303(d) List "microsystin toxins" as an additional cause of impairment for the "Klamath River HU, Middle HA, Oregon to Iron Gate" segment. Id. On March 27, 2008, EPA published in the Federal Register a Notice of Availability and Opportunity to Comment on the Agency's decision. See Ex. 2 ("March 27, 2008 Federal Register Notice"). The public comment period for this decision closes on April 28, 2008. See id. EPA anticipates completing its review of those public comments and, as appropriate, issuing a revised decision in light of those comments, by May 30, 2008, but may need additional time, depending on the type and quantity of public comments received.

**3. Settlement and Proposed Schedule**

In light of EPA's March 13, 2008 decision, the parties have agreed to engage in good faith settlement efforts to resolve the issues in this case. Accordingly, the parties jointly propose that the case be stayed until June 12, 2008 to allow EPA time to complete its public comment review and to allow the parties sufficient time to conduct settlement negotiations. In the event that private settlement of the case becomes unlikely, the parties will request at the June 12, 2008 case management conference that the case be referred to ADR with Daniel Bowling as a mediator (who previously worked with the parties in settlement of this case) or propose a schedule for the Court to brief and resolve the remaining issues in the case.

**Dated:**   April 25, 2008

/s/
Christopher Sproul
Attorney for Plaintiff
KLAMATH RIVERKEEPER

**Dated:**   April 25, 2008

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Attorney for Defendants
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, and WAYNE NASTRI

1 | I, Christopher Sproul, attest that the content of this document is acceptable to all persons required to sign this document.

Date: April 25, 2008

                                                /s/
Christopher Sproul
Attorney for Plaintiff
KLAMATH RIVERKEEPER