the Resource Conservation and Recovery Act (RCRA), as amended, the U.S. Environmental Protection Agency (EPA) is finalizing revisions to the RCRA hazardous waste permitting program to allow a ''standardized permit.'' The standardized permit is available to facilities that generate hazardous waste and routinely manage the waste on-site in non-thermal units such as tanks, containers, and containment buildings. This ICR presents a comprehensive description of the information collection requirements for owners and operators submitting applications for a standardized permit or a standardized permit modification.

*Burden Statement:* The annual public reporting and recordkeeping burden for this collection of information is estimated to average 2 hours per response. Burden means the total time, effort, or financial resources expended by persons to generate, maintain, retain, or disclose or provide information to or for a Federal agency. This includes the time needed to review instructions; develop, acquire, install, and utilize technology and systems for the purposes of collecting, validating, and verifying information, processing and maintaining information, and disclosing and providing information; adjust the existing ways to comply with any previously applicable instructions and requirements which have subsequently changed; train personnel to be able to respond to a collection of information; search data sources; complete and review the collection of information; and transmit or otherwise disclose the information.

The ICR provides a detailed explanation of the Agency's estimate, which is only briefly summarized here:

*Estimated total number of potential respondents:* 175.

*Frequency of response:* 1.

*Estimated total average number of responses for each respondent:* 1.

*Estimated total annual burden hours:* 15,045.

*Estimated total annual costs:* $1,478,050. This includes an estimated labor burden cost of $866,391 and an estimated cost of $611,659 for capital investment or maintenance and operational costs.

**What Is the Next Step in the Process for This ICR?**

EPA will consider the comments received and amend the ICR as appropriate. The final ICR package will then be submitted to OMB for review and approval pursuant to 5 CFR 1320.12. At that time, EPA will issue another **Federal Register** notice pursuant to 5 CFR 1320.5(a)(1)(iv) to announce the submission of the ICR to OMB and the opportunity to submit additional comments to OMB. If you have any questions about this ICR or the approval process, please contact the technical person listed under **FOR FURTHER INFORMATION CONTACT**.

Dated: March 10, 2008.

**Matthew Hale,**

*Director, Office of Solid Waste.*

[FR Doc. E8–6265 Filed 3–26–08; 8:45 am]

**BILLING CODE 6560-50-P**

---

**ENVIRONMENTAL PROTECTION AGENCY**

**[FRL–8547–7]**

**Clean Water Act Section 303(d): Availability of List Decision**

**ACTION:** Notice of Availability and Opportunity to Comment.

---

**SUMMARY:** This notice announces the availability of, and opportunity to comment on, an EPA decision reconsidering its decision to approve the omission of microcystin toxins listings for three segments of the Klamath River in California and identifying microcystin toxins as an additional cause of impairment for a segment of the Klamath River pursuant to Clean Water Act section 303(d)(2). Section 303(d)(2) requires that states submit and EPA approve or disapprove lists of waters for which existing technology-based pollution controls are not stringent enough to attain or maintain state water quality standards and for which total maximum daily loads (TMDLs) must be prepared.

**DATES:** Comments must be submitted to EPA on or before April 28, 2008.

**FOR FURTHER INFORMATION CONTACT:** Comments should be sent in writing to Peter Kozelka, TMDL Coordinator, Water Division (WTR–2), U.S. Environmental Protection Agency Region IX, 75 Hawthorne Street, San Francisco, CA 94105, telephone (415) 972–3448, facsimile (415) 947–3537, e-mail *kozelka.peter@epa.gov*. Materials relating to EPA's reconsideration and determination can be viewed at EPA Region 9's Web site: *http://www.epa.gov/region9/water/tmdl/303d.html* or obtained by writing or calling Mr. Kozelka at the above address. Documentation relating to EPA's action is available for public inspection at the above address.

**SUPPLEMENTARY INFORMATION:** Section 303(d) of the Clean Water Act (CWA) requires that each state identify those waters for which existing technology-based pollution controls are not stringent enough to attain or maintain state water quality standards. For those waters, states are required to establish TMDLs according to a priority ranking.

EPA's Water Quality Planning and Management regulations include requirements related to the implementation of section 303(d) of the CWA (40 CFR 130.7). The regulations require states to identify water quality limited waters still requiring TMDLs every two years. The lists of waters still needing TMDLs must also include priority rankings and must identify the waters targeted for TMDL development during the next two years (40 CFR 130.7).

Consistent with EPA's regulations, California submitted to EPA its listing decisions under section 303(d)(2) on November 24, 2006. On November 30, 2006, EPA approved California's list of impaired waters, except Walnut Creek Toxicity. On March 8, 2007, EPA disapproved California's decisions not to list 36 water quality limited segments and associated pollutants, and additional pollutants for 34 water bodies already listed by the State. On June 28, 2007, EPA issued its final decision regarding the additional waters and pollutants for inclusion on the 2006 section 303(d) list. Among other things, the June 28 decision approved the 2006 section 303(d) list without adding any Klamath River segments as impaired due to microcystin toxins.

California's 2006 section 303(d) List already identifies each segment of the Klamath River within California as impaired due to Nutrients, Organic Enrichment/Low Dissolved Oxygen, and Temperature. EPA has reconsidered its prior approval of the omission of microcystin toxins listings for three Klamath River segments, and on March 13, 2008, determined to add a listing for microcystin toxins for one of these three segments, ''Klamath River HU, Middle HA, Oregon to Iron Gate''. EPA's reconsideration of its decisions related to microcystin toxins and the Klamath River, and its determination to add a listing for microcystin toxins for one of the river's segments, do not affect EPA's determinations regarding any other portion of California's section 303(d) List. Neither EPA's approval of the State's listings for the Klamath River listings, nor EPA's determination to add the listing for microcystin toxins, extends to any water bodies located within Indian country, as defined in 18 U.S.C. 1151.

EPA is providing the public the opportunity to review EPA's reconsideration of the listings for the Klamath River related to microcystin toxins, and its determination to add a

Exhibit 2

listing for microcystin toxins for one segment of the river. EPA may revise its decision if warranted in response to comments received. EPA is soliciting comment only with respect to the reconsideration of listings related to microcystin toxins for three Klamath River segments and EPA's determination to add the listing.

Dated: March 20, 2008.

**Alexis Strauss,**
*Director, Water Division, EPA Region IX.*
[FR Doc. E8–6278 Filed 3–26–08; 8:45 am]
**BILLING CODE 6560–50–P**

## ENVIRONMENTAL PROTECTION AGENCY

[FRL–8548–2]

### National Advisory Council for Environmental Policy and Technology

**AGENCY:** Environmental Protection Agency (EPA).
**ACTION:** Notice of teleconference.

**SUMMARY:** Under the Federal Advisory Committee Act, Public Law 92463, EPA gives notice of a public teleconference of the National Advisory Council for Environmental Policy and Technology (NACEPT). NACEPT provides advice to the EPA Administrator on a broad range of environmental policy, technology, and management issues. The Council is a panel of individuals who represent diverse interests from academia, industry, non-governmental organizations, and local, state, and Tribal governments. The purpose of this teleconference is to discuss and approve the NACEPT Environmental Technology Subcommittee's draft recommendations on actions that EPA and the investment community could take and partnerships they could create to achieve the goal of greater private sector investment in the commercialization of environmental technologies over the long-term. A copy of the agenda for the meeting will be posted at *http://www.epa.gov/ocem/nacept/cal-nacept.htm.*

**DATES:** NACEPT will hold a public teleconference on Monday, April 14, 2008 from 2:30 p.m.—4:30 p.m. EDT.

**ADDRESSES:** The meeting will be held in the U.S. EPA Office of Cooperative Environmental Management at 1201 Constitution Ave, NW., EPA East Building, Room 1132, Washington, DC 20004.

**FOR FURTHER INFORMATION CONTACT:**
Sonia Altieri, Designated Federal Officer, *altieri.sonia@epa.gov,* (202) 564–0243, U.S. EPA, Office of Cooperative Environmental Management (1601M), 1200 Pennsylvania Avenue NW., Washington, DC 20460.

**SUPPLEMENTARY INFORMATION:** Requests to make oral comments or to provide written comments to the Council should be sent to Sonia Altieri, Designated Federal Officer, at the contact information above by Wednesday, April 9, 2008. The public is welcome to attend all portions of the meeting, but seating is limited and is allocated on a first-come, first-serve basis. Members of the public wishing to gain access to the conference room on the day of the meeting must contact Sonia Altieri at (202) 564–0243 or *altieri.sonia@epa.gov* by April 9, 2008.

*Meeting Access:* For information on access or services for individuals with disabilities, please contact Sonia Altieri at 202–564–0243 or *altieri.sonia@epa.gov.* To request accommodation of a disability, please contact Sonia Altieri, preferably at least 10 days prior to the meeting, to give EPA as much time as possible to process your request.

Dated: March 17, 2008.

**Sonia Altieri,**
*Designated Federal Officer.*
[FR Doc. E8–6267 Filed 3–26–08; 8:45 am]
**BILLING CODE 6560–50–P**

## ENVIRONMENTAL PROTECTION AGENCY

[FRL–8548–3]

### National and Governmental Advisory Committees to the U.S. Representative to the Commission for Environmental Cooperation

**AGENCY:** Environmental Protection Agency (EPA).
**ACTION:** Notice of meeting.

**SUMMARY:** Under the Federal Advisory Committee Act, Public Law 92–463, EPA gives notice of a meeting of the National Advisory Committee (NAC) and Governmental Advisory Committee (GAC) to the U.S. Representative to the North American Commission for Environmental Cooperation (CEC). The National and Governmental Advisory Committees advise the EPA Administrator in his capacity as the U.S. Representative to the CEC Council. The Committees are authorized under Articles 17 and 18 of the North American Agreement on Environmental Cooperation (NAAEC), North American Free Trade Agreement Implementation Act, Public Law 103–182, and as directed by Executive Order 12915, entitled ''Federal Implementation of the North American Agreement on Environmental Cooperation.'' The NAC is composed of 12 members representing academia, environmental non-governmental organizations, and private industry. The GAC consists of 12 members representing state, local, and Tribal governments. The Committees are responsible for providing advice to the U.S. Representative on a wide range of strategic, scientific, technological, regulatory, and economic issues related to implementation and further elaboration of the NAAEC.

The purpose of the meeting is to review the CEC's Trade and Environment projects and assist in the development of U.S. priorities for the CEC Council Session in June 2008. The meeting will also include a public comment session. A copy of the agenda will be posted at *http://www.epa.gov/ocem/nacgac-page.htm.*

**DATES:** The National and Governmental Advisory Committees will hold an open meeting on Wednesday, April 16, from 8:30 a.m. to 5:30 p.m., and Thursday, April 17, from 8:30 a.m. until 2:30 p.m.

**ADDRESSES:** The meeting will be held at the Hilton Alexandria Old Town Hotel, 1767 King Street, Alexandria, VA 22314. Telephone: 703–837–0440. The meeting is open to the public, with limited seating on a first-come, first-served basis.

**FOR FURTHER INFORMATION CONTACT:**
Oscar Carrillo, Designated Federal Officer, *carrillo.oscar@epa.gov*, 202–564–0347, U.S. EPA, Office of Cooperative Environmental Management (1601–M), 1200 Pennsylvania Avenue, NW., Washington, DC 20460.

**SUPPLEMENTARY INFORMATION:** Requests to make oral comments or provide written comments to the Committees should be sent to Oscar Carrillo, Designated Federal Officer, at the contact information above.

*Meeting Access:* For information on access or services for individuals with disabilities, please contact Oscar Carrillo at 202–564–0347 or *carrillo.oscar@epa.gov.* To request accommodation of a disability, please contact Oscar Carrillo, preferably at least 10 days prior to the meeting, to give EPA as much time as possible to process your request.

Dated: March 17, 2008.

**Oscar Carrillo,**
*Designated Federal Officer.*
[FR Doc. E8–6291 Filed 3–26–08; 8:45 am]
**BILLING CODE 6560–50–P**

Exhibit 2