IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMMATH RIVERKEEPER, a project of the Klammath Forest Alliance, a non-profit public benefit corporation organized under the laws of the State of California,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>    Defendant.<br>_____/ | No. C 07-03908 WHA<br><br>**SECOND CASE MANAGEMENT ORDER** |

After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

A further case management conference shall be held on **JUNE 12, 2008, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: May 8, 2008.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE