UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>May 8, 2008</u>

Case No.  <u>C 07-03908 WHA</u>

Title: <u>KLAMATH RIVERKEEPER</u>  v. <u>US ENVIRONMENTAL PROTECTION</u>

Plaintiff Attorneys: Drev Hunt

Defense Attorneys: Rochelle Russell

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Kathy Wyatt</u>

**PROCEEDINGS**

1)   Further CMC - HELD

2)

Continued to **6/12/08 at 11:00 am**   for Further Case Management Conference

Continued to     for Pretrial Conference

Continued to     for Trial

**ORDERED AFTER HEARING:**

Parties would like time to conduct settlement negoations.