1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment & Natural Resources Division

3  ROCHELLE L. RUSSELL (CA Bar No. 244992)
   Trial Attorney
4  U.S. Department of Justice
   Environment & Natural Resources Division
5  Environmental Defense Section
   P.O. Box 23986
6  Washington, D.C. 20026-3986
   Tel:    (202) 514-1950
7  Fax:    (202) 514-8865
   Email: rochelle.russell@usdoj.gov
8  *Counsel for Defendants EPA, Johnson, and Nastri*

9

10

11

12                       UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

                              SAN FRANCISCO DIVISION
14

15
                                                    )   Civil Case No. C 07-3908 WHA
16   KLAMATH RIVERKEEPER, a project of               )
     the Klamath Forest Alliance, a non-profit       )
17   public benefit corporation organized under      )   **STIPULATION AND [PROPOSED]**
     the laws of the State of California,            )   **ORDER TO CONTINUE STATUS**
                                                    )   **CONFERENCE TO AUGUST 7, 2008**
18                  Plaintiff,                       )   **TO ALLOW THE PARTIES TIME TO**
                                                    )   **NEGOTIATE SETTLEMENT OF FEES**
19          v.                                       )   **AND COSTS AND DISMISSAL OF**
                                                    )   **THE CASE**
20   UNITED STATES ENVIRONMENTAL                     )
     PROTECTION AGENCY, STEPHEN L.                   )
21   JOHNSON, as Administrator of the United         )
     States Environmental Protection Agency,         )
22   WAYNE NASTRI, as Regional                       )
     Administrator of the United States              )
23   Environmental Protection Agency, Region 9,      )
                                                    )
24                  Defendants.                      )
                                                    )
25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE STATUS CONFERENCE TO AUGUST 7, 2008                    Case No. C 07-3908 WHA

1      WHEREAS Plaintiff Klamath Riverkeeper filed the instant action, challenging the
2  decision of Defendants United States Environmental Protection Agency; Stephen L. Johnson, as
3  Administrator of the United States Environmental Protection Agency; and Wayne Nastri, as
4  Regional Administrator of the United States Environmental Protection Agency, Region IX
5  (collectively, "EPA" or "Agency"), not to disapprove the State of California's decision not to list
6  the Klamath River and its reaches that include the Iron Gate and Copco Dam reservoirs as
7  impaired due to *Microcystis aeruginosa* ("blue green algae") and microcystin toxin in the 2006
8  Clean Water Act Section 303(d) List of Water Quality Limited Segments for California ("2006
9  303(d) List") (DE #1);
10     WHEREAS, on January 22, 2008, the Court entered the parties' proposed Stipulated
11 Order to remand the challenged microcystin toxin listing decision to EPA for reconsideration, to
12 vacate the scheduled summary judgment briefing and hearing dates, and to stay the case ninety
13 (90) days to allow EPA sixty (60) days to reconsider and issue a new decision and to allow thirty
14 (30) days for public comment on that decision (DE #28);
15     WHEREAS, on March 13, 2008, EPA withdrew its prior approval of, and disapproved,
16 the State of California's decision not to include the "Klamath River HU, Middle HA, Oregon to
17 Iron Gate" segment of the Klamath River, which includes the Copco and Iron Gate Dam
18 reservoirs, on the State's 2006 303(d) List as impaired due to elevated concentrations of
19 microcystin toxin, and specifically identified for inclusion on the State's 2006 303(d) List
20 "microcystin toxins" as an additional cause of impairment for the "Klamath River HU, Middle
21 HA, Oregon to Iron Gate" segment (see Exhibit 1);
22     WHEREAS, on March 27, 2008, EPA published in the Federal Register a Notice of
23 Availability and Opportunity to Comment on the Agency's decision, the public comment period
24 for which closed on April 28, 2008;
25     WHEREAS, on May 29, 2008, EPA determined in light of comments received to revise
26 only the description of the segment of the Klamath River which EPA had identified in its March
27 13, 2008 decision as impaired due to microcystin toxins, and transmitted this listing decision to
28 the State (see Exhibit 2);

1  WHEREAS, on May 8, 2008, Plaintiff and EPA informed the Court during a Case Management Conference that the parties wished to stay the case until June 12, 2008 to allow EPA time to complete its public comment review and to allow the parties sufficient time to determine whether EPA's March 13, 2008 decision warrants settlement of the case;

WHEREAS, in light of EPA's March 13, 2008 and May 29, 2008 decisions, the parties believe it likely that they will be able to reach a settlement agreement that resolves this matter and obviate the need for any further litigation;

WHEREAS, considering the above, and in the interest of judicial economy, the parties believe a continuance of the June 12, 2008 status conference is warranted to allow the parties time to continue their good faith efforts to negotiate a settlement of Plaintiff's claims and its request for reasonable fees and costs incurred in bringing this action;

NOW THEREFORE Plaintiff and EPA hereby stipulate and jointly request that the Court continue the June 12, 2008 status conference until August 7, 2008 to allow the parties time to negotiate a settlement of this case.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____            _____

                                   HON. WILLIAM H. ALSUP

Dated:   June 2, 2008              /s/   Drevet Hunt
                                   CHRISTOPHER SPROUL
                                   DREVET HUNT
                                   *Counsel for Plaintiff Klamath Riverkeeper*

                                   RONALD J. TENPAS
                                   Assistant Attorney General
                                   Environment & Natural Resources Division

Dated:   June 2, 2008              /s/ Rochelle L. Russell
                                   ROCHELLE L. RUSSELL
                                   Trial Attorney

1  
2  
3  
4  
                          U.S. Department of Justice  
                          Environment & Natural Resources Division  
                          Environmental Defense Section  
                          P.O. Box 23986  
                          Washington, D.C. 20026-3986  
                          *Counsel for Defendants EPA, Johnson,*  
                          *and Nastri*

5  OF COUNSEL:

6  Barbara E. Pace  
   Office of General Counsel  
7  U.S. EPA  
   1200 Pennsylvania Ave., NW (2355A)  
8  Washington, D.C. 20460

9  Gary Hess  
   EPA, Region IX  
10 75 Hawthorne Street  
   San Francisco, CA 94105

11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

STIPULATION AND [PROPOSED] ORDER TO  
CONTINUE STATUS CONFERENCE TO AUGUST 7, 2008                   Case No. C 07-3908 WHA

**CERTIFICATE OF SERVICE**

    I certify that on June 2, 2008, a true and correct copy of the foregoing **"STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 7, 2008 TO ALLOW THE PARTIES TIME TO NEGOTIATE SETTLEMENT OF FEES AND COSTS AND DISMISSAL OF THE CASE"** was served electronically via the Court's e-filing system to Counsel of Record in Klamath Riverkeeper v. EPA, Case No. C 07-3908 WHA.

                                              /s/ Rochelle L. Russell
                                              ROCHELLE L. RUSSELL