1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment & Natural Resources Division

3  ROCHELLE L. RUSSELL (CA Bar No. 244992)
   Trial Attorney
4  U.S. Department of Justice
   Environment & Natural Resources Division
5  Environmental Defense Section
   P.O. Box 23986
6  Washington, D.C. 20026-3986
   Tel:   (202) 514-1950
7  Fax:   (202) 514-8865
   Email: rochelle.russell@usdoj.gov
8  *Counsel for Defendants EPA, Johnson, and Nastri*

9
10
11
12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
14

15
                                                    )   Civil Case No. C 07-3908 WHA
16  KLAMATH RIVERKEEPER, a project of               )
    the Klamath Forest Alliance, a non-profit       )
17  public benefit corporation organized under      )   **STIPULATION AND [PROPOSED]**
    the laws of the State of California,            )   **ORDER TO CONTINUE STATUS**
18                                                  )   **CONFERENCE TO AUGUST 7, 2008**
                 Plaintiff,                         )   **TO ALLOW THE PARTIES TIME TO**
19                                                  )   **NEGOTIATE SETTLEMENT OF FEES**
          v.                                        )   **AND COSTS AND DISMISSAL OF**
20                                                  )   **THE CASE**
    UNITED STATES ENVIRONMENTAL                     )
21  PROTECTION AGENCY, STEPHEN L.                   )
    JOHNSON, as Administrator of the United         )
22  States Environmental Protection Agency,         )
    WAYNE NASTRI, as Regional                       )
23  Administrator of the United States              )
    Environmental Protection Agency, Region 9,      )
24                                                  )
                 Defendants.                        )
25                                                  )

26
27
28

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE STATUS CONFERENCE TO AUGUST 7, 2008                          Case No. C 07-3908 WHA

1        WHEREAS Plaintiff Klamath Riverkeeper filed the instant action, challenging the decision of Defendants United States Environmental Protection Agency; Stephen L. Johnson, as Administrator of the United States Environmental Protection Agency; and Wayne Nastri, as Regional Administrator of the United States Environmental Protection Agency, Region IX (collectively, "EPA" or "Agency"), not to disapprove the State of California's decision not to list the Klamath River and its reaches that include the Iron Gate and Copco Dam reservoirs as impaired due to *Microcystis aeruginosa* ("blue green algae") and microcystin toxin in the 2006 Clean Water Act Section 303(d) List of Water Quality Limited Segments for California ("2006 303(d) List") (DE #1);

        WHEREAS, on January 22, 2008, the Court entered the parties' proposed Stipulated Order to remand the challenged microcystin toxin listing decision to EPA for reconsideration, to vacate the scheduled summary judgment briefing and hearing dates, and to stay the case ninety (90) days to allow EPA sixty (60) days to reconsider and issue a new decision and to allow thirty (30) days for public comment on that decision (DE #28);

        WHEREAS, on March 13, 2008, EPA withdrew its prior approval of, and disapproved, the State of California's decision not to include the "Klamath River HU, Middle HA, Oregon to Iron Gate" segment of the Klamath River, which includes the Copco and Iron Gate Dam reservoirs, on the State's 2006 303(d) List as impaired due to elevated concentrations of microcystin toxin, and specifically identified for inclusion on the State's 2006 303(d) List "microcystin toxins" as an additional cause of impairment for the "Klamath River HU, Middle HA, Oregon to Iron Gate" segment (see Exhibit 1);

        WHEREAS, on March 27, 2008, EPA published in the Federal Register a Notice of Availability and Opportunity to Comment on the Agency's decision, the public comment period for which closed on April 28, 2008;

        WHEREAS, on May 29, 2008, EPA determined in light of comments received to revise only the description of the segment of the Klamath River which EPA had identified in its March 13, 2008 decision as impaired due to microcystin toxins, and transmitted this listing decision to the State (see Exhibit 2);

1  WHEREAS, on May 8, 2008, Plaintiff and EPA informed the Court during a Case Management Conference that the parties wished to stay the case until June 12, 2008 to allow EPA time to complete its public comment review and to allow the parties sufficient time to determine whether EPA's March 13, 2008 decision warrants settlement of the case;

WHEREAS, in light of EPA's March 13, 2008 and May 29, 2008 decisions, the parties believe it likely that they will be able to reach a settlement agreement that resolves this matter and obviate the need for any further litigation;

WHEREAS, considering the above, and in the interest of judicial economy, the parties believe a continuance of the June 12, 2008 status conference is warranted to allow the parties time to continue their good faith efforts to negotiate a settlement of Plaintiff's claims and its request for reasonable fees and costs incurred in bringing this action;

NOW THEREFORE Plaintiff and EPA hereby stipulate and jointly request that the Court continue the June 12, 2008 status conference until August 7, 2008 to allow the parties time to negotiate a settlement of this case.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

*IT IS SO ORDERED — Judge William Alsup*

DATED: June 3, 2008

HON. WILLIAM H. ALSUP

Dated: June 2, 2008        /s/   Drevet Hunt
                           CHRISTOPHER SPROUL
                           DREVET HUNT
                           *Counsel for Plaintiff Klamath Riverkeeper*

                           RONALD J. TENPAS
                           Assistant Attorney General
                           Environment & Natural Resources Division

Dated: June 2, 2008        /s/ Rochelle L. Russell
                           ROCHELLE L. RUSSELL
                           Trial Attorney

1
2
3
4

                                                      U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
*Counsel for Defendants EPA, Johnson,
and Nastri*

5 OF COUNSEL:

6 Barbara E. Pace
Office of General Counsel
7 U.S. EPA
1200 Pennsylvania Ave., NW (2355A)
8 Washington, D.C. 20460

9 Gary Hess
EPA, Region IX
10 75 Hawthorne Street
San Francisco, CA 94105

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE STATUS CONFERENCE TO AUGUST 7, 2008                Case No. C 07-3908 WHA

- 4 -

**CERTIFICATE OF SERVICE**

I certify that on June 2, 2008, a true and correct copy of the foregoing **"STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 7, 2008 TO ALLOW THE PARTIES TIME TO NEGOTIATE SETTLEMENT OF FEES AND COSTS AND DISMISSAL OF THE CASE"** was served electronically via the Court's e-filing system to Counsel of Record in Klamath Riverkeeper v. EPA, Case No. C 07-3908 WHA.

    /s/ Rochelle L. Russell
ROCHELLE L. RUSSELL